Rec # 40383                                                                                     44

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
Eastern | District of | Michigan

|  |  |
|---|---|
| Conrad Rockenhaus | ) |
|  | ) |
| _____ | ) |
| *Petitioner* | ) |
| **v.** | ) |
|  | ) |
|  | ) |
| Lt. Tarneseia Pringle | ) |
| _____ | ) |
| *Respondent* | ) |

Case No. 

FILED USDC – CLRK DET
2025 SEP 15 AM 8:34

Case: 2:25−cv−12913
Assigned To : Grey, Jonathan J.C.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 9/15/2025
HC ROCKENHAUS V. PRINGLE (CMC)

*(name of warden or authorized person having custody of petitioner)*

*Emergency*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a)  Your full name: _____ Conrad Rockenhaus _____
    (b)  Other names you have used: _____

2.  Place of confinement:
    (a)  Name of institution: _____ Livingston County Jail _____
    (b)  Address: _____ 150 S Highlander Way, Howell, MI 48843 _____

    (c)  Your identification number: _____ 483218 _____

3.  Are you currently being held on orders by:
    ☒ Federal authorities        ☐ State authorities        ☐ Other - explain: _____

4.  Are you currently:
    ☒ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
        If you are currently serving a sentence, provide:
        (a)  Name and location of court that sentenced you: _____

        (b)  Docket number of criminal case: _____
        (c)  Date of sentencing: _____
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*: _____
    _____
    _____

Page 1

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Decision or Action You Are Challenging

5.   What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*:

6.   Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:    Livingston County Jail, Howell, MI
   and U.S. District Court for the Eastern District of Michigan, Detroit, MI

(b) Docket number, case number, or opinion number:    2:23-cr-20701

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Unlawful pretrial detention in violation of the U.S. Constitution.
   Ongoing deliberate indifference to serious medical needs (Eighth Amendment).
   Complete denial of the right to functional legal counsel (Sixth Amendment).

(d) Date of the decision or action:    August 29, 2025, to present.

### Your Earlier Challenges of the Decision or Action

7.   **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes               ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:
   U.S. District Court for the Eastern District of Michigan

(2) Date of filing:  August 21, 2025, and August 27, 2025

(3) Docket number, case number, or opinion number:    2:23-cr-20701, Documents #14 and #15

(4) Result:    Petitioner's motions were stricken from the record by the presiding judge.

(5) Date of result:  August 29, 2025

(6) Issues raised:  Petitioner informed the court that his counsel refused to withdraw and
requested a public defender because he was indigent due to his status as a 100% disabled veteran.
These filings, and the subsequent order to strike them, are attached as exhibits to this petition.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b)  If you answered "No," explain why you did not appeal: _____
_____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes              ☒ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____

    (3)  Docket number, case number, or opinion number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____
_____
_____
_____
_____
_____

(b)  If you answered "No," explain why you did not file a second appeal:    Petitioner was prevented
from filing an appeal. The court's "Order to Strike" created a "procedural trap" where he has no
functional lawyer to file an appeal on his behalf, and he is barred from filing one himself.

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes              ☒ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____

    (3)  Docket number, case number, or opinion number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____
_____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal:     Petitioner was prevented
from filing an appeal. The court's "Order to Strike" created a "procedural trap" where he has no
functional lawyer to file an appeal on his behalf, and he is barred from filing one himself.

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                    ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☐ No

If "Yes," provide:

(1)  Name of court: _____
(2)  Case number: _____
(3)  Date of filing: _____
(4)  Result: _____
(5)  Date of result: _____
(6)  Issues raised: _____
_____
_____
_____
_____
_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
sentence?

☐ Yes                    ☐ No

If "Yes," provide:

(1)  Name of court: _____
(2)  Case number: _____
(3)  Date of filing: _____
(4)  Result: _____
(5)  Date of result: _____
(6)  Issues raised: _____
_____
_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

_____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:  _____

_____

_____

_____

_____

_____

_____

_____

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☒ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: N/A _____

(b)   Date of the removal or reinstatement order:  _____

(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes               ☐ No

If "Yes," provide:

(1)  Date of filing:  _____

(2)  Case number:  _____

(3)  Result:  _____

(4)  Date of result:  _____

(5)  Issues raised:  _____

_____

_____

_____

_____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes               ☐ No

If "Yes," provide:

(1)  Name of court:  _____

(2)  Date of filing:  _____

(3)  Case number:  _____

(4)  Result:  _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes                ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:  a.) Formal Complaint of Judicial Misconduct b.) Formal Complaints of Constitutional Violations

(b) Name of the authority, agency, or court:  a.) Judicial Council of the U.S. Court of Appeals for the Sixth Circuit

b.) U.S. Department of Justice Civil Rights Division & Livingston County Jail Administration

(c) Date of filing: September 11, 2025 (for Judicial Misconduct Complaint) and September 5 - 12, 2025 (for complaints to DOJ & Livingston County)

(d) Docket number, case number, or opinion number: _____

(e) Result:          Pending

(f) Date of result:    Pending

(g) Issues raised:    a.) Willful inaction, conflict of interest, deliberate indifference, and retaliatory

delay by Chief Judge Stephen J. Murphy, III.

b.) Deliberate indifference to serious medical needs, cruel and unusual punishment

and retaliatory actions by jail officials.

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**        Violation of the Eighth Amendment Right to be Free from Cruel and Unusual

Punishment (Deliberate Indifference to Serious Medical Needs)

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On September 4, 2025, Petitioner was beaten by U.S. Marshals during his arrest and sustained a

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

serious head injury. Hours later, he suffered a grand mal seizure in federal court. He was

He was transferred to the Livingston County Jail that day. As of the date of this filing

(September 15, 2025), it has been eleven days, and the jail has failed to provide him with an

examination by a medical doctor for his escalating neurological symptoms, including dizziness and impaired vision

Jail staff have also repeatedly failed to administer his pre-existing, prescribed medication on schedule.

(b)  Did you present Ground One in all appeals that were available to you?

☒Yes          ☐No


**GROUND TWO:**      Unconstitutional Denial of the Sixth Amendment Right to Counsel

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

Petitioner's Sixth Amendment rights were violated by his retained counsel, Marc R. Lakin, who coerced Petitioner into pleading guilty on May 13, 2025,

despite possessing exculpatory evidence. Following this, Mr. Lakin demanded an exorbitant amount of money and then refused to withdraw when fired.

Petitioner filed a formal grievance against Mr. Lakin and motions with the court on August 21 and 27, 2025, requesting new counsel. On August 29, 2025,

Chief Judge Stephen J. Murphy, III, who acknowledged a personal friendship with Mr. Lakin on the court record during the May 13, 2025, hearing

issued an "Order to Strike," creating a "procedural trap". This trap ensured Petitioner would be without functional counsel when arrested on September 4, 2025,

and the judge subsequently delayed the hearing until October 7, 2025, in a retaliatory act. This procedural trap has been deployed against the Petitioner, a

100% disabled service-connected veteran who requires appointed counsel because his disability prevents him from working.

(b)  Did you present Ground Two in all appeals that were available to you?

☒Yes          ☐No


**GROUND THREE:**

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

_____

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not:              Not applicable.

_____

_____

_____

### Request for Relief

15.  State exactly what you want the court to do:   Issue the writ of habeas corpus and order an immediate hearing.

Order that Petitioner be provided immediate access to a medical doctor for his head injury.

Order that the constitutional violation of Petitioner's Sixth Amendment rights be remedied and

that he be provided with conflict-free, effective legal counsel in his criminal case, No. 2:23-cr-20701.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

Not applicable.

~~I declare under penalty of perjury that I am the petitioner,~~ I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:   Sept 15, 2025

_____

*Signature of Petitioner*

*I declare under penalty of perjury that the foregoing is true and correct:*

*A. Rockenh___*

_____
*Signature of Attorney or other authorized person, if any*

Adrienne Rockenhaus, as Next Friend for Conrad Rockenhaus, Petitioner

## DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF NEXT FRIEND STANDING

I, Adrienne Rockenhaus, declare under penalty of perjury that the following is true and correct:

### I. Relationship to Petitioner and Dedication to His Best Interests

1. I am the wife of the Petitioner, Conrad Rockenhaus. We reside together, and I serve as the primary caregiver for his service-connected disabilities.
2. I have a significant and ongoing interest in the Petitioner's well-being. On May 12, 2021, the Petitioner granted me a Durable Power of Attorney, naming me as his agent to handle his affairs, demonstrating his utmost trust and confidence in me. A copy of this Power of Attorney is attached as **Exhibit A**.
3. My sole motivation for filing this petition is to protect the Petitioner's life and his constitutional rights, which are being actively violated while he is in federal custody.

### II. Petitioner's Inability to Appear on His Own Behalf

4. The Petitioner cannot appear on his own behalf because he is incarcerated at the Livingston County Jail and is being held incommunicado.
5. Since Friday, September 12, 2025, the jail has engaged in a retaliatory communication blackout under the pretext of a "lockdown," canceling his scheduled video visits and blocking his ability to make phone calls.
6. The conditions of his confinement prevent him from accessing legal materials, a law library, or having the ability to prepare, sign, and mail legal documents to this Court.
7. Furthermore, Petitioner's escalating neurological crisis, including dizziness and impaired vision, resulting from the jail's deliberate indifference to his head injury, physically and mentally hinders his ability to prepare and prosecute his own legal filings.

### III. The Sixth Amendment Crisis Necessitating This "Next Friend" Petition

8. The Petitioner's inability to access the court is compounded by a court-sanctioned "procedural trap" that has stripped him of his Sixth Amendment right to counsel.
9. Petitioner's retained counsel, Marc R. Lakin, coerced him into pleading guilty on May 13, 2025, despite possessing exculpatory evidence. Mr. Lakin subsequently demanded an exorbitant amount of money and refused to withdraw when fired.
10. After Petitioner filed a formal grievance with the state bar, he was forced to file his own motions with the court on August 21 and 27, 2025, requesting new counsel.
11. On August 29, 2025, Chief Judge Stephen J. Murphy, III—who acknowledged a personal friendship with Mr. Lakin on the court record—issued an "Order to Strike" Conrad's motions, ensuring he would be without a functional lawyer when he was arrested on September 4, 2025.

12. This complete paralysis of the Petitioner's constitutional rights is the direct reason he cannot file this petition himself, making my action as his "next friend" a legal and moral necessity.

## IV. Clarification of Name on Power of Attorney

13. The Durable Power of Attorney, attached hereto as **Exhibit A**, was executed by the Petitioner on May 12, 2021, appointing me as his co-agent. At the time of the POA's execution, my legal name was **Adrienne Blair**.
14. I subsequently married the Petitioner and changed my legal name to **Adrienne Rockenhaus**, as documented in the attached Marriage Certificate (**Exhibit B**).
15. I am one and the same person as the "Adrienne Blair" named as Co-Agent in the Power of Attorney.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2025

*A. Rockenh*

_____

Adrienne Rockenhaus, as Next Friend for Conrad Rockenhaus, Petitioner

## TABLE OF EXHIBITS

**EXHIBIT A** Durable Power of Attorney for Conrad Rockenhaus, naming Adrienne Blair (now Rockenhaus) as agent.

**EXHIBIT B** Documents Confirming Name Change of "Next Friend" Adrienne Rockenhaus (Marriage Certificate and Driver's License).

**EXHIBIT C** Petitioner's *Pro Se* Motions for Counsel, filed August 21 and August 27, 2025 (ECF Docs. 14 & 15).

**EXHIBIT D** Order Striking *Pro Se* Filings, issued August 29, 2025 (ECF Doc. 16).

**EXHIBIT E** Complete Record of Urgent Complaints and Supplemental Filings Notifying Federal and County Officials of the Escalating Medical Crisis and Retaliatory Actions at the Livingston County Jail.

# EXHIBIT A

## STATUTORY DURABLE POWER OF ATTORNEY

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT, SUBTITLE P, TITLE 2, ESTATES CODE. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO. IF YOU WANT YOUR AGENT TO HAVE THE AUTHORITY TO SIGN HOME EQUITY LOAN DOCUMENTS ON YOUR BEHALF, THIS POWER OF ATTORNEY MUST BE SIGNED BY YOU AT THE OFFICE OF THE LENDER, AN ATTORNEY AT LAW, OR A TITLE COMPANY.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until:

     (1) you die or revoke the power of attorney;
     (2) your agent resigns, is removed by court order, or is unable to act for you; or
     (3) a guardian is appointed for your estate.

I, Conrad Alan Rockenhaus, 116 Neely Rd. Hewitt, TX 76643 (insert your name and address), appoint Lenita Rockenhaus, 116 Neely Rd. Hewitt, TX 76643 (insert the name and address of the person appointed) as my agent to act for me in any lawful way with respect to all of the following powers that I have initialed below. (YOU MAY APPOINT CO-AGENTS. UNLESS YOU PROVIDE OTHERWISE, CO-AGENTS MAY ACT INDEPENDENTLY.)

Co-Agent: Adrienne Blair, 24570 Lincoln Ct #152, Farmington Hills, MI 48335 TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (O) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS LISTED IN (A) THROUGH (N).

TO GRANT A POWER, YOU MUST INITIAL THE LINE IN FRONT OF THE POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF THE POWER. YOU MAY, BUT DO NOT NEED TO, CROSS OUT EACH POWER WITHHELD.

_____ (A) Real property transactions;

_____ (B) Tangible personal property transactions;

_____ (C) Stock and bond transactions;

_____ (D) Commodity and option transactions;

_____ (E) Banking and other financial institution transactions;

PowerofAttorney.com

_____ (F) Business operating transactions;

_____ (G) Insurance and annuity transactions;

_____ (H) Estate, trust, and other beneficiary transactions;

_____ (I) Claims and litigation;

_____ (J) Personal and family maintenance;

_____ (K) Benefits from social security, Medicare, Medicaid, or other governmental programs or civil or military service;

_____ (L) Retirement plan transactions;

_____ (M) Tax matters;

_____ (N) Digital assets and the content of an electronic communication;

_____ (O) ALL OF THE POWERS LISTED IN (A) THROUGH (N). YOU DO NOT HAVE TO INITIAL THE LINE IN FRONT OF ANY OTHER POWER IF YOU INITIAL LINE (O).


## SPECIAL INSTRUCTIONS:

Special instructions applicable to agent compensation (initial in front of one of the following sentences to have it apply; if no selection is made, each agent will be entitled to compensation that is reasonable under the circumstances):

_____ My agent is entitled to reimbursement of reasonable expenses incurred on my behalf and to compensation that is reasonable under the circumstances.

_____ My agent is entitled to reimbursement of reasonable expenses incurred on my behalf but shall receive no compensation for serving as my agent.

Special instructions applicable to co-agents (if you have appointed co-agents to act, initial in front of one of the following sentences to have it apply; if no selection is made, each agent will be entitled to act independently):

_____ Each of my co-agents may act independently for me.

_____ My co-agents may act for me only if the co-agents act jointly.

_____ My co-agents may act for me only if a majority of the co-agents act jointly.

Special instructions applicable to gifts (initial in front of the following sentence to have it apply):

_CM_ I grant my agent the power to apply my property to make gifts outright to or for the benefit of a person, including by the exercise of a presently exercisable general power of appointment held by me, except that the amount of a gift to an individual may not exceed the amount of annual exclusions allowed from the federal gift tax for the calendar year of the gift.

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

_____
_____
_____
_____
_____
_____

UNLESS YOU DIRECT OTHERWISE BELOW, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT TERMINATES.

CHOOSE ONE OF THE FOLLOWING ALTERNATIVES BY CROSSING OUT THE ALTERNATIVE NOT CHOSEN:

(A) This power of attorney is not affected by my subsequent disability or incapacity. (B) ~~This power of attorney becomes effective upon my disability or incapacity.~~ _CM_ YOU SHOULD CHOOSE ALTERNATIVE (A) IF THIS POWER OF ATTORNEY IS TO BECOME EFFECTIVE ON THE DATE IT IS EXECUTED.

IF NEITHER (A) NOR (B) IS CROSSED OUT, IT WILL BE ASSUMED THAT YOU CHOSE ALTERNATIVE (A).

If Alternative (B) is chosen and a definition of my disability or incapacity is not contained in this power of attorney, I shall be considered disabled or incapacitated for purposes of this power of attorney if a physician certifies in writing at a date later than the date this power of attorney is executed that, based on the physician's medical examination of me, I am mentally incapable of managing my financial affairs. I authorize the physician who examines me for this purpose to disclose my physical or mental condition to another person for purposes of this power of attorney. A third party who accepts this power of attorney is fully protected from any action taken under this power of attorney that is based on the determination made by a physician of my disability or incapacity.

I agree that any third party who receives a copy of this document may act under it. Termination of this durable power of attorney is not effective as to a third party until the third party has actual knowledge of the termination. I agree to indemnify the third party

for any claims that arise against the third party because of reliance on this power of attorney. The meaning and effect of this durable power of attorney is determined by Texas law.

If any agent named by me dies, becomes incapacitated, resigns, or refuses to act, or is removed by court order, or if my marriage to an agent named by me is dissolved by a court decree of divorce or annulment or is declared void by a court (unless I provided in this document that the dissolution or declaration does not terminate the agent's authority to act under this power of attorney), I name the following (each to act alone and successively, in the order named) as successor(s) to that agent:

_Jean Rockenhaus_

Signed this _12_ day of _May_ ,20 _21_.

_[signature]_
(your signature)

State of _Texas_
County of _~~Tarrant~~ Fannin R4_

This document was acknowledged before me on _May 12_ ,20 _21_ (date)
by _Conrad Rockenhaus_ (name of principal).

(Seal, if any, of notary)

_[notary seal:]_
REGINA JOHNSON
Notary Public, State of Texas
Comm. Expires 01-26-2025
Notary ID 126400083

_[signature]_
(signature of notarial officer)

_Regina Johnson_
(print name)

My commission expires: _01-26-2025_

PowerofAttorney.com

## IMPORTANT INFORMATION FOR AGENT

**Agent's Duties**

When you accept the authority granted under this power of attorney, you establish a "fiduciary" relationship with the principal.  This is a special legal relationship that imposes on you legal duties that continue until you resign or the power of attorney is terminated, suspended or revoked by the principal or by operation of law.  A fiduciary duty generally includes the duty to:

(1)     act in good faith;
(2)     do nothing beyond the authority granted in this power of attorney;
(3)     act loyally for the principal's benefit;
(4)     avoid conflicts that would impair your ability to act in the principal's best interest; and
(5)     disclose your identity as an agent when you act for the principal by writing or printing the name of the principal and signing your own name as "agent" in the following manner:

<u>Conrad Alan Rockenhaus</u>   (Principal's Name) by  *Adrienne Ble* (Your Signature) as Agent

In addition, the Durable Power of Attorney Act (Subtitle P, Title 2, Estates Code) requires you to:

(1)     maintain records for each action taken or decision made on behalf of the principal;
(2)     maintain all records until delivered to the principal, released by the principal, or discharged by a court; and
(3)     if requested by the principal, provide an accounting to the principal that, unless directed by the principal or otherwise provided in the Special Instructions, must include:
(A)     the property belonging to the principal that has come to your knowledge or into your possession;
(B)     each action taken or decision made by you as agent;
(C)     a complete account of receipts, disbursements, and other actions of you as agent that includes the source and nature of each receipt, disbursement or action, with receipts of principal and income shown separately;
(D)     a listing of all property over which you have exercised control that includes an adequate description of each asset and the asset's current value, if known to you;
(E)     the cash balance on hand and the name and location of the depository at which the cash balance is kept;
(F)     each known liability;
(G)     any other information and facts known to you as necessary for a full and definite understanding of the exact condition of the property belonging to the principal; and
(H)     all documentation regarding the principal's property.

PowerofAttorney.com

**Termination of Agent's Authority**

You must stop acting on behalf of the principal if you learn or any event that terminates or suspends this power of attorney or your authority under this power of attorney. An event that terminates this power of attorney or your authority to act under this power of attorney includes:

(1)     the principal's death;
(2)     the principal's revocation of this power of attorney or your authority;
(3)     the occurrence of a termination event stated in this power of attorney;
(4)     if you are married to the principal, the dissolution of your marriage by court decree of divorce or annulment or declaration that your marriage is void, unless otherwise provided in this power of attorney;
(5)     the appointment and qualification of a permanent guardian of the principal's estate unless a court order provides otherwise; or
(6)     if ordered by a court, your removal as agent (attorney in fact) under this power of attorney. An event that suspends this power of attorney is the appointment and qualification of a temporary guardian unless a court order provides otherwise.

**Liability of the Agent**

The authority granted to you under this power of attorney is specified in the Durable Power of Attorney Act (Subtitle P, Title 2, Estates Code). If you violate the Durable Power of Attorney Act or act beyond the authority granted, you may be liable for any damages caused by the violation or subject to prosecution for misapplication of property by a fiduciary under Chapter 32 of the Texas Penal Code.

THE AGENT, BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

# EXHIBIT B



| 05/11/2023 | |
|---|---|
| DATE OF APPLICATION | |

# Marriage License
## State of Michigan

| | |
|---|---|
| STATE FILE NO. | |
| 2023-01692 | |
| DATE CERTIFICATE FILED | LOCAL FILE NO |

To any person legally authorized to solemnize marriage, the marriage must be solemnized in the State of Michigan on or before _____ June 13, 2023 _____

DATE

**COUPLE**

| ADRIENNE MARJORIE BLAIR | and | CONRAD ALAN ROCKENHAUS | |
|---|---|---|---|
| FULL NAME (First, Middle, Last) ☐ MALE ☒ FEMALE | | FULL NAME (First, Middle, Last) ☒ MALE ☐ FEMALE | |
| HEIN | | | |
| SURNAME ON BIRTH CERTIFICATE, IF DIFFERENT | | SURNAME ON BIRTH CERTIFICATE, IF DIFFERENT | |
| 43 | 08/16/1979 | 41 | 02/03/1982 |
| PRESENT AGE | DATE OF BIRTH | PRESENT AGE | DATE OF BIRTH |
| PONTIAC MICHIGAN | | MILLINGTON TENNESSEE | |
| BIRTHPLACE – CITY AND STATE | | BIRTHPLACE – CITY AND STATE | |
| 24570 LINCOLN CT APT 152 | | 24570 LINCOLN CT APT 152 | |
| RESIDENCE NO. | STREET | RESIDENCE NO. | STREET |
| FARMINGTON HILLS | MI | 48335 | FARMINGTON HILLS | MI | 48335 |
| CITY, STATE, AND ZIP CODE | | CITY, STATE, AND ZIP CODE | |
| OAKLAND | 1 | OAKLAND | 1 |
| RESIDENCE COUNTY | TIMES PREVIOUSLY MARRIED | RESIDENCE COUNTY | TIMES PREVIOUSLY MARRIED |

**PARENTS**

| ROBERT NORMAN HEIN | | ERIC JOSEPH ROCKENHAUS | |
|---|---|---|---|
| FULL NAME (First, Middle, Last) | | FULL NAME (First, Middle, Last) | |
| HEIN | MICHIGAN | ROCKENHAUS | ARKANSAS |
| SURNAME AT BIRTH | BIRTHPLACE | SURNAME AT BIRTH | BIRTHPLACE |
| DEBORAH DIANE FENWICK | | LENITA ROBLES FERNANDO ROCKENHAUS | |
| FULL NAME (First, Middle, Last) | | FULL NAME (First, Middle, Last) | |
| DEW | OHIO | ROBLES FERNANDO | PHILIPPINES |
| SURNAME AT BIRTH | BIRTHPLACE | SURNAME AT BIRTH | BIRTHPLACE |

Based on the affidavit filed in this office, I hereby grant this marriage license on _____ MAY 15TH 2023 _____

(Month, Day, Year)

| LISA BROWN | | OAKLAND |
|---|---|---|
| COUNTY CLERK | | COUNTY |
| | ꝏꝏ | |
| DEPUTY CLERK | | |

# Certificate of Marriage

I hereby certify that, in accordance with the above license, the persons herein mentioned were joined in marriage,

in _____ Oakland, Clarkston _____ County of _____ Oakland _____ Michigan,

CITY, VILLAGE, TOWNSHIP

on the _____ 20th _____ day of _____ May _____ A.D. 20 __23__, in the presence of

| _(signature)_ | Rev Tim Chappell |
|---|---|
| SIGNATURE OF OFFICIANT/CERTIFIER | NAME AND TITLE OF OFFICIANT/CERTIFIER (TYPE OR PRINT) |

499 Wyndham Dr  Oxford, MI 48371

FULL MAILING ADDRESS OF OFFICIANT/CERTIFIER

| _Cunningham_ | _Ann M Helgren_ |
|---|---|
| SIGNATURE OF WITNESS | SIGNATURE OF WITNESS |
| Sandra Cunningham | Ann M Helgren |
| NAME OF WITNESS (TYPE OR PRINT) | NAME OF WITNESS (TYPE OR PRINT) |
| _Adrienne Rockenhaus_ | _(signature)_ |
| SIGNATURE OF SPOUSE | SIGNATURE OF SPOUSE |
| Adrienne Rockenhaus | Conrad Rockenhaus |
| PRINTED NAME OF SPOUSE | PRINTED NAME OF SPOUSE |

DCH-0482 (Rev. 11-18)  By Authority of MCL 551.102





04C00315858401970081620880

08-18-1979

MEDICAL
ALERT
ENCODED DATA: BIRTH,
EXPIRATION, REVISION
& TRANSACTION DATES;
DLID CARD #; NAME;
ADDRESS; GENDER;
ISSUING STATE &
INVENTORY
CONTROL #;
COMPLIANCY INDICATOR;
DURATION INDICATOR;

2468 FERNWOOD AVE

ANN ARBOR, MI 48104-5281        08-02-2025

# EXHIBIT C

Conrad Rockenhaus
2468 Fernwood Ave
Ann Arbor, MI 48104
(734) 585-6277

Court Clerk
United States District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Subject: US V. Rockenhaus, 23CR20701

To Whom It May Concern:

My present lawyer, Marc Lakin, is requesting further compensation for my case that I am unable
to afford. I am currently only receiving disability income, and I am presently indigent due to my
lack of employment income and my only income is disability income.

Due to the fact that the US Government is alleging supervised release violatioins and wants to
revoke my supervised release, I hereby request an appointment of a public defender.

If there's any questions or comments, please reach my wife, Adrienne Rockenhaus, at the
phone number above as I presently don't have a phone. Thank you for your assistance in this
matter.


Regards,


Conrad Rockenhaus

Conrad Rockenhaus
2468 Fernwood Ave
Ann Arbor, MI 48104

August 26, 2025

United States District Court
Eastern District of Michigan
231 West Lafayette Boulevard
Room 300
Detroit, MI 48226-2782

Subj: Addendum to Motion to Appoint Counsel for US v Rockenhaus, 23-CR-20701

To Whom It May Concern:

Please add the following to my present motion to appoint counsel:

"I have filed a grievance against my present retained attorney, Marc Lakin, due to what I believe
is unethical conduct in reference to my case. Due to the fact that Mr. Lakin has outright refused
to file his motion to withdraw as I have told him to and his previous behavior, I believe that this
Court may have to order him to file the withdrawal motion. His conduct in my case has brought
me great concern and due to this complaint I feel that he can not represent me.

You may contact me at (254) 292-3350."

Thank you

Conrad Rockenhaus

# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Case No. 2:23-cr-20701

      Plaintiff,

        HONORABLE STEPHEN J. MURPHY, III

v.

CONRAD ROCKENHAUS,

      Defendant.
_____/

## **ORDER STRIKING PRO SE FILINGS [14] [15]**

On August 21, 2025, Defendant moved for the withdrawal of his current attorney and appointment of a public defender. ECF Nos. 14, 15. Defendant stated that he is "presently indigent due to [his] lack of employment income." ECF No. 14, PageID.61. And he stated that his current attorney "outright refused to file his motion to withdraw." ECF No. 15, PageID.62.

Defendant is represented by counsel, attorney Marc R. Lakin. Notwithstanding that fact, Defendant filed pro se documents seeking a change in counsel. The Court will not consider any such communications because Defendant, represented by counsel, must proceed through his lawyer. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) ("*Faretta* does not require a trial judge to permit 'hybrid' representation . . . ."); *see also United States v. Mosely*, 810 F.2d 93, 97–98 (6th Cir. 1987) ("[T]he question whether to allow a defendant to participate in his own defense along with counsel in 'hybrid representation' is a matter committed to the sound discretion of the trial court.").

1

What is more, Defendant is allegedly in violation of his supervised release and bond conditions. *See* ECF Nos. 11, 12. The Court directs Defendant to contact his Probation Officer regarding the Petition for Action on Conditions of Pretrial Release. ECF No. 12. The Court will address any remaining issues about counsel at the time of a hearing on the alleged violations of supervised release and bond.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of Court **STRIKE** the pro se motion to appoint counsel [14] and addendum [15] from the docket.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 29, 2025

2

# EXHIBIT E

 Gmail

Adrienne Rockenhaus <adrienne@rockenhaus.com>

## URGENT MEDICAL NOTIFICATION: Federal Inmate Conrad Rockenhaus

**Adrienne Rockenhaus** <adrienne@rockenhaus.com>
To: sheriff@livgov.com, LCSDMarshalService@livgov.com

Fri, Sep 5, 2025 at 1:34 PM

To the Livingston County Sheriff and Jail Medical Staff,

I am writing to formally notify you of the urgent medical condition of my husband, federal inmate Conrad Rockenhaus, who is being housed at your facility.

Mr. Rockenhaus is a 100% disabled combat veteran with a service-connected Traumatic Brain Injury (TBI) and a history of seizures as well as a list of other medical problems.

On September 4, 2025, he was subjected to a violent arrest by U.S. Marshals where he sustained trauma to his head. Hours later, he suffered a grand mal seizure in federal court and was rushed to the hospital. The hospital told me they released him to the Marshals in "fair condition" at the Marshals insistence.

Conrad has informed me today by phone that he has a severe headache and is feeling extremely sick.

This email serves as a formal notification of his condition. It is urgent that he receive immediate and appropriate medical evaluation and care to prevent a recurrence of a life-threatening seizure. I am his wife and emergency contact.

Sincerely,

Adrienne Rockenhaus 734-585-6277

 Gmail                                        Adrienne Rockenhaus <adrienne@rockenhaus.com>

## URGENT: Failure to Produce Federal Inmate & Ongoing Medical Neglect - Conrad Rockenhaus

**Adrienne Rockenhaus** <adrienne@rockenhaus.com>                    Mon, Sep 8, 2025 at 5:35 AM
To: sheriff@livgov.com, LCSDMedicalService@livgov.com, kevin.erskine@usdoj.gov, corrine.lambert@usdoj.gov
Cc: usamie.civilrights@usdoj.gov, dawn.ison@usdoj.gov, jerome.gorgon@usdoj.gov

This email serves as a formal, urgent notification of escalating constitutional violations against federal inmate Conrad Rockenhaus, who is currently held in the custody of the Livingston County Jail.

This is a follow-up to my "URGENT MEDICAL NOTIFICATION" sent to the Livingston County Sheriff's Office on Friday, September 5, 2025. In that email, I put your facility on notice of Mr. Rockenhaus's Traumatic Brain Injury, the head trauma he sustained during his violent arrest on September 4th (video evidence of the violent arrest is available at: https://youtu.be/DnGDdGYQHfU), and his subsequent grand mal seizure in federal court.

Since that notification, the situation has deteriorated significantly:

1. Ongoing Medical Neglect: On Saturday, September 6th, Mr. Rockenhaus reported to me by phone that he was "sick, in pain, [and] disoriented" and had been denied any pain relief by jail staff. Later that day, in response to my direct phone call to your medical department, he was given an unidentified "bunch of pills" without explanation, a clear act of medical negligence. His condition has continued to worsen, and as of Sunday, he remains "very confused, disoriented and in a high level of pain."

2. Deliberate Obstruction: On Sunday, September 7th, your facility failed to produce Mr. Rockenhaus for his previously scheduled and confirmed video visitation. Mr. Rockenhaus later confirmed in a brief phone call that he was never notified of the visit by your staff. This was a deliberate act of obstruction to prevent me from visually assessing his deteriorating medical condition.

This documented pattern of behavior, ignoring a formal medical warning, failing to provide adequate care, and deliberately obstructing communication, constitutes deliberate indifference to a serious medical need, a clear violation of Mr. Rockenhaus's constitutional rights.

We demand that Mr. Rockenhaus receive an immediate and comprehensive medical evaluation by a qualified physician. We further demand that his ability to communicate with his family be immediately restored.

I expect a prompt response confirming that these actions have been taken.

Sincerely,

Adrienne Rockenhaus

 Gmail

**Adrienne Rockenhaus <adrienne@rockenhaus.com>**

---

## URGENT MEDICAL NOTIFICATION: Federal Inmate Conrad Rockenhaus

---

**Tarneseia Pringle <TPringle@livgov.com>**
To: "adrienne@rockenhaus.com" <adrienne@rockenhaus.com>

Mon, Sep 8, 2025 at 9:46 AM

Good morning,

Just to let you know, your message has been delivered to our medical staff.

Thank you

*Communication * Integrity * Selfless * Trustworthy*

*Lieutenant Tarneseia Pringle*

*Jail Administrator*



Livingston County Sheriff's Office

150 S. Highlander Way

Howell, MI 48843

**From:** Sheriff <sheriff@livgov.com>
**Sent:** Monday, September 8, 2025 8:29 AM
**To:** Tarneseia Pringle <TPringle@livgov.com>
**Cc:** Daniel H. Knapp <DKnapp@livgov.com>; Roy Asquith <RAsquith@livgov.com>
**Subject:** FW: [EXT] URGENT MEDICAL NOTIFICATION: Federal Inmate Conrad Rockenhaus

**From:** Adrienne Rockenhaus <adrienne@rockenhaus.com>
**Sent:** Friday, September 5, 2025 1:35 PM
**To:** Sheriff <sheriff@livgov.com>; LCSDMarshalService <LCSDMarshalService@livgov.com>
**Subject:** [EXT] URGENT MEDICAL NOTIFICATION: Federal Inmate Conrad Rockenhaus

**"The e-mail below is from an external source. Please do not open attachments or click links from an unknown or suspicious origin."**

To the Livingston County Sheriff and Jail Medical Staff,

I am writing to formally notify you of the urgent medical condition of my husband, federal inmate Conrad Rockenhaus, who is being housed at your facility.

Mr. Rockenhaus is a 100% disabled combat veteran with a service-connected Traumatic Brain Injury (TBI) and a history of seizures as well as a list of other medical problems.

On September 4, 2025, he was subjected to a violent arrest by U.S. Marshals where he sustained trauma to his head. Hours later, he suffered a grand mal seizure in federal court and was rushed to the hospital. The hospital told me they released him to the Marshals in "fair condition" at the Marshals insistence.

Conrad has informed me today by phone that he has a severe headache and is feeling extremely sick.

This email serves as a formal notification of his condition. It is urgent that he receive immediate and appropriate medical evaluation and care to prevent a recurrence of a life-threatening seizure. I am his wife and emergency contact.

Sincerely,

Adrienne Rockenhaus 734-585-6277

 Gmail

Adrienne Rockenhaus <adrienne@rockenhaus.com>

## URGENT FOLLOW-UP: Escalating Neurological Emergency of Federal Inmate Conrad Rockenhaus

**Adrienne Rockenhaus** <adrienne@rockenhaus.com>
To: TPringle@livgov.com, sheriff@livgov.com, corrine.lambert@usdoj.gov
Cc: usamie.civilrights@usdoj.gov, dawn.ison@usdoj.gov, jerome.gorgon@usdoj.gov

Tue, Sep 9, 2025 at 10:53 AM

This is a follow-up to my emergency notification sent yesterday, September 8th, at 5:35 AM.

I have just spoken with my husband, Conrad Rockenhaus, and his medical condition has severely deteriorated. He is now reporting new, acute neurological symptoms, including dizziness and impaired vision.

This is in addition to the previously reported disorientation, severe pain, and weakness. These are classic signs of a worsening brain injury, and given his recent head trauma and TBI, this constitutes a life-threatening emergency.

Your failure to provide him with a comprehensive medical evaluation following my previous notifications is now resulting in a catastrophic decline. I am formally notifying you of this severe escalation and demand his immediate transport to an emergency room for a neurological evaluation.

Your liability for his well-being increases with every passing minute of inaction.

Adrienne Rockenhaus

 Gmail

Adrienne Rockenhaus <adrienne@rockenhaus.com>

## URGENT COMPLAINT: Medical Neglect of Federal Inmate Conrad Rockenhaus

**Adrienne Rockenhaus** <adrienne@rockenhaus.com>                                    Tue, Sep 9, 2025 at 11:50 AM
To: commissioners@livgov.com
Cc: sheriff@livgov.com, TPringle@livgov.com, corrine.lambert@usdoj.gov, usamie.civilrights@usdoj.gov

To the Honorable Members of the Livingston County Board of Commissioners,

I am writing to formally notify you of a life-threatening medical and constitutional crisis occurring at a county facility under your oversight, the Livingston County Jail.

My husband, Conrad Rockenhaus, a 100% disabled veteran with a TBI, is a federal inmate in your custody. Following a violent arrest on September 4th where he sustained head trauma, he is now in an escalating neurological emergency.

Despite repeated, urgent notifications to the Sheriff and jail staff since September 5th, he has been denied adequate medical care and is being subjected to deliberate indifference. He is reporting dizziness and impaired vision, and the facility has failed to transport him to an emergency room.

This pattern of neglect constitutes a severe violation of his constitutional rights and exposes Livingston County to significant legal and financial liability. We have already escalated this matter to our U.S. Senators and the Department of Justice.

As the oversight body for the Sheriff's Office, I demand you take immediate action to ensure Mr. Rockenhaus receives the emergency medical care he is constitutionally entitled to, and to prevent further liability for the county.

A complete public record of this case, including video evidence of the illegal and violent raid which caused my husband's head injury, and documentation of the ongoing medical neglect, is available for public review at rockenhaus.com.

Sincerely, Adrienne Rockenhaus

 Gmail

Adrienne Rockenhaus <adrienne@rockenhaus.com>

## URGENT FOLLOW-UP: Federal Inmate Conrad Rockenhaus - Transfer to Medical Unit and Denial of Communication

**Adrienne Rockenhaus** <adrienne@rockenhaus.com>
To: commissioners@livgov.com
Cc: sheriff@livgov.com, TPringle@livgov.com, corrine.lambert@usdoj.gov, usamie.civilrights@usdoj.gov, dawn.ison@usdoj.gov, jerome.gorgon@usdoj.gov

Tue, Sep 9, 2025 at 12:00 PM

To All Parties,

I have just been informed by my husband, Conrad Rockenhaus, that he is being transferred to a medical unit in your facility. We acknowledge this as a necessary, albeit delayed, first step in addressing the life-threatening neurological emergency we have repeatedly notified you of.

However, my husband has informed me that he is being told he may lose access to all forms of communication with his family in this new unit.

Let me be clear: any action to cut off his communication will be viewed as a deliberate and illegal act of retaliation and an attempt to obstruct our ability to monitor his medical condition. This would be a further violation of his constitutional rights.

We demand immediate, written confirmation that his access to phone calls will be fully maintained in the medical unit. His ability to communicate is not a privilege; it is a right, and it is essential for the monitoring of his life-threatening condition.

Sincerely, Adrienne Rockenhaus

 Gmail

Adrienne Rockenhaus <adrienne@rockenhaus.com>

## URGENT: Failure of Video Visitation System for Federal Inmate Conrad Rockenhaus

**Adrienne Rockenhaus** <adrienne@rockenhaus.com>                    Wed, Sep 10, 2025 at 3:47 PM
To: commissioners@livgov.com, Sheriff <sheriff@livgov.com>
Cc: "corrine.lambert@usdoj.gov" <corrine.lambert@usdoj.gov>, "dawn.ison@usdoj.gov" <dawn.ison@usdoj.gov>,
"usamie.civilrights@usdoj.gov" <usamie.civilrights@usdoj.gov>, kevin.erskine@usdoj.gov, "jerome.gorgon@usdoj.gov"
<jerome.gorgon@usdoj.gov>

To All Parties,

Following up on my emails regarding the ongoing crisis at Livingston County Jail, I am writing to formally document another failure of communication.

Today, September 10th, the scheduled video visitation with my husband, Conrad Rockenhaus, failed completely. The application provided by your facility crashed five separate times, making any communication impossible.

This is the second time in four days that I have been prevented from having a scheduled video visit with him. Whether this is due to deliberate obstruction or a failure of the technology you provide, the result is the same: my husband, who is in a medical crisis, is being unconstitutionally isolated.

This is unacceptable and adds to the county's growing liability.

Sincerely, Adrienne Rockenhaus

 Gmail

Adrienne Rockenhaus <adrienne@rockenhaus.com>

---

## URGENT FOLLOW-UP: Federal Inmate Conrad Rockenhaus - Transfer to Medical Unit and Denial of Communication

---

**Tarneseia Pringle** <TPringle@livgov.com>                                    Wed, Sep 10, 2025 at 7:34 AM
To: Adrienne Rockenhaus <adrienne@rockenhaus.com>
Cc: Sheriff <sheriff@livgov.com>, "corrine.lambert@usdoj.gov" <corrine.lambert@usdoj.gov>, "usamie.civilrights@usdoj.gov"
<usamie.civilrights@usdoj.gov>, "dawn.ison@usdoj.gov" <dawn.ison@usdoj.gov>, "jerome.gorgon@usdoj.gov"
<jerome.gorgon@usdoj.gov>

Good morning,

Your husband was moved to a medical cell according to the medical staff for observation and monitoring of the medical
concerns that you have brought to our attention. At no time was this retaliation or punishment; this is just medical protocol
to ensure the best medical care/monitoring is taking place. In a medical unit, he is not denied access to communications;
however, there are no phones in the medical cells, so he will have access to make phone calls when he is out of his cell
for his rec time. He is temporarily placed in a medical unit until the medical department clears him to return to the general
population.

Thanks

*Communication * Integrity * Selfless * Trustworthy*

*Lieutenant Tarneseia Pringle*

*Jail Administrator*



Livingston County Sheriff's Office

150 S. Highlander Way

Howell, MI  48843

tpringle@livgov.com

**From:** Adrienne Rockenhaus <adrienne@rockenhaus.com>
**Sent:** Tuesday, September 9, 2025 12:01 PM
**To:** Commissioners <commissioners@livgov.com>
**Cc:** Sheriff <sheriff@livgov.com>; Tarneseia Pringle <TPringle@livgov.com>; corrine.lambert@usdoj.gov; usamie.civilrights@usdoj.gov; dawn.ison@usdoj.gov; jerome.gorgon@usdoj.gov
**Subject:** [EXT] URGENT FOLLOW-UP: Federal Inmate Conrad Rockenhaus - Transfer to Medical Unit and Denial of Communication

**"The e-mail below is from an external source. Please do not open attachments or click links from an unknown or suspicious origin."**

[Quoted text hidden]

 Gmail

Adrienne Rockenhaus <adrienne@rockenhaus.com>

## URGENT FOLLOW-UP: Federal Inmate Conrad Rockenhaus - Transfer to Medical Unit and Denial of Communication

**Adrienne Rockenhaus** <adrienne@rockenhaus.com>                                   Wed, Sep 10, 2025 at 10:19 AM
To: Tarneseia Pringle <TPringle@livgov.com>
Cc: Sheriff <sheriff@livgov.com>, "corrine.lambert@usdoj.gov" <corrine.lambert@usdoj.gov>, "usamie.civilrights@usdoj.gov"
<usamie.civilrights@usdoj.gov>, "dawn.ison@usdoj.gov" <dawn.ison@usdoj.gov>, "jerome.gorgon@usdoj.gov"
<jerome.gorgon@usdoj.gov>

Lieutenant Pringle,

Thank you for your reply.

However, I must correct the record regarding the "medical protocol" at your facility. I have just spoken with my husband again.

**He has still not been seen by a doctor.**

Moving him to an isolation cell with restricted communication and no physician is not "medical monitoring"; it is unconstitutional punishment and deliberate indifference.

I am again formally demanding that he be transported to an emergency room for an immediate neurological evaluation. All parties on this email are now on notice of this continued failure.

Sincerely, Adrienne Rockenhaus

[Quoted text hidden]

 Gmail

Adrienne Rockenhaus <adrienne@rockenhaus.com>

## FORMAL COMPLAINT: Unconstitutional Conditions & Deliberate Indifference for Federal Inmate Conrad Rockenhaus

**Adrienne Rockenhaus** <adrienne@rockenhaus.com>                                                Thu, Sep 11, 2025 at 10:52 AM
To: "usamie.civilrights@usdoj.gov" <usamie.civilrights@usdoj.gov>
Cc: Sheriff <sheriff@livgov.com>, "dawn.ison@usdoj.gov" <dawn.ison@usdoj.gov>, "corrine.lambert@usdoj.gov"
<corrine.lambert@usdoj.gov>, commissioners@livgov.com, "jerome.gorgon@usdoj.gov" <jerome.gorgon@usdoj.gov>,
kevin.erskine@usdoj.gov

Dear U.S. Department of Justice, Civil Rights Division,

I am writing to file a formal complaint and demand an immediate investigation into the unconstitutional conditions and deliberate indifference to serious medical needs being inflicted upon my husband, **Conrad Rockenhaus**, a 100% disabled combat veteran currently in the custody of the Livingston County Jail.

This morning, September 11, 2025, I received a direct phone call from my husband. His testimony confirms that the jail administration, including **Lt. Tarneseia Pringle**, is actively misleading your office and all other stakeholders. The "medical unit" where he is being held is a sham. In reality, it is a punitive isolation cell where his Eighth Amendment rights are being violated.

As of this morning, Conrad has confirmed the following conditions:

1. **Deliberate Indifference to a Serious Medical Need:** One week after sustaining a head injury that caused a grand mal seizure in federal court, **he has still not been seen by a doctor.** The jail is knowingly denying him evaluation and treatment for an escalating neurological crisis.

2. **Punitive Isolation:** He is being held in a segregated cell on lockdown for **23 hours a day.**

3. **Sensory Deprivation:** In an act of cruel and unusual punishment, jail staff have **confiscated all of his books and reading materials**, leaving him to sit in isolation with no mental stimulation.

These are not the actions of a facility providing medical care. These are the actions of a facility engaged in unconstitutional punishment.

The Livingston County Jail is operating under a federal contract with the U.S. Marshals Service. The Department of Justice has a direct responsibility to ensure that federal inmates in the care of county facilities are not subjected to such abuses.

We demand that the Civil Rights Division launch an immediate investigation into the conditions at this facility and intervene to ensure Conrad Rockenhaus receives the urgent medical care he is being denied and is removed from these unconstitutional conditions of confinement.

Sincerely,

Adrienne Rockenhaus 734-585-6277

 Gmail                                    Adrienne Rockenhaus <adrienne@rockenhaus.com>

## SUPPLEMENTAL COMPLAINT: Documented Retaliation and Obstruction at Livingston County Jail - Rockenhaus

**Adrienne Rockenhaus** <adrienne@rockenhaus.com>                          Fri, Sep 12, 2025 at 10:48 AM
To: corrine.lambert@usdoj.gov, dawn.ison@usdoj.gov, usamie.civilrights@usdoj.gov, commissioners@livgov.com, Sheriff
<sheriff@livgov.com>, Tarneseia Pringle <TPringle@livgov.com>
Cc: kevin.erskine@usdoj.gov, jerome.gorgon@usdoj.gov

Yesterday, September 11th, I filed a formal complaint with the DOJ Civil Rights division and notified all of you regarding
the unconstitutional punitive isolation of my husband, Conrad Rockenhaus. I am grateful that this resulted in his
immediate transfer back to the general population that same afternoon.

However, I am writing now to report that the Livingston County Jail administration has engaged in a direct and immediate
act of retaliation for my complaint.

At 3:00 AM this morning, the jail canceled a pre-scheduled and confirmed video visitation for today, September 12th, at
1:25 PM. I have attached the official cancellation email from their vendor, ICSolutions. The reason given—"The inmate is
currently in a location without an available time slot"—is a transparent pretext, as he was supposedly returned to the
general population specifically to resolve such issues.

Furthermore, as of 10:20 AM on September 12th, he has also been denied the ability to make his regularly scheduled
morning phone call, which his call logs confirm he was able to do previously from the general population. This, combined
with the video visit cancellation, confirms the jail is engaging in a total communication blackout to isolate him and obstruct
his ability to prepare a defense.

This pattern of retaliation confirms that the leadership at the Livingston County Jail is acting in bad faith. They are creating
a paper trail of superficial compliance while continuing to punish an inmate for successfully reporting unconstitutional
conditions. I urge your offices to intervene to ensure my husband's rights and safety are protected from these ongoing
retaliatory acts.

All evidence related to this case can be reviewed at rockenhaus.com.

Sincerely,

Adrienne Rockenhaus 734-585-6277

**video visit cancellation.png**
86K

 Gmail

Adrienne Rockenhaus <adrienne@rockenhaus.com>

## SECOND SUPPLEMENTAL COMPLAINT: Bad-Faith Psychological Operation at Livingston County Jail - Rockenhaus

**Adrienne Rockenhaus** <adrienne@rockenhaus.com>                                    Fri, Sep 12, 2025 at 10:57 AM
To: corrine.lambert@usdoj.gov, dawn.ison@usdoj.gov, usamie.civilrights@usdoj.gov, commissioners@livgov.com, Sheriff
<sheriff@livgov.com>, Tarneseia Pringle <TPringle@livgov.com>, kevin.erskine@usdoj.gov, jerome.gorgon@usdoj.gov,
proseclinic@udmercy.edu

This is my second supplemental complaint in 24 hours regarding the unconstitutional conduct at the Livingston County
Jail. This complaint details a bad-faith psychological operation being conducted against my husband, Conrad
Rockenhaus, in a transparent attempt to manufacture a false narrative and subvert a prior federal court finding.

On September 11, 2025, the jail sent a social worker (not a medical doctor) to interrogate my husband. This interrogation
included manipulative, leading questions about me, his wife, such as "is she controlling?" This was a clear attempt at
witness tampering and an effort to manufacture a basis to declare him mentally incompetent, thereby discrediting both of
us and halting all legal proceedings.

This action is not only unethical, but it is being conducted in direct bad faith.

I have attached a "Report and Recommendation on Defendant's Competency to Stand Trial" from my husband's prior
federal case in the Eastern District of Texas, dated June 3, 2021. This document proves the federal government has
already formally litigated this exact issue.

Following a court-ordered evaluation by a licensed psychiatrist, the report explicitly concludes that my husband "does not
appear to suffer from a mental disease rendering him unable to understand the nature and consequences of the
proceedings against him or to properly assist in his defense." The court was recommended to find him fully competent to
stand trial.

The fact that the Livingston County Jail is now attempting to reverse a prior federal finding through the use of a social
worker asking leading questions is irrefutable proof of malicious intent. This is a deliberate, bad-faith attempt to weaponize
his TBI and manufacture a false psychiatric crisis to escape accountability for their ongoing misconduct.

I demand an immediate investigation into this psychological manipulation and witness tampering.

Sincerely,

Adrienne Rockenhaus 734-585-6277 rockenhaus.com

📄 **gov.uscourts.txed.191485.68.0 (1).pdf**
425K