UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

ADRIENNE ROCKENHAUS, as next friend of CONRAD ROCKENHAUS, Petitioner,

v.

LT. TARNESEIA PRINGLE, Respondent.

Case No.: 2:25-cv-12913
Hon. Johnathan Grey
Mag. Judge Curtis Ivy Jr.



FILED
SEP 15 2025
CLERK'S OFFICE
DETROIT

**SUPPLEMENTAL DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF EMERGENCY PETITION FOR A WRIT OF HABEAS CORPUS**

I, Adrienne Rockenhaus, declare as follows:

1. I am the Petitioner in this action, filing as the wife and next friend of Conrad Rockenhaus.
2. On September 15, 2025, at approximately 10:30 AM EDT, I spoke with my husband, Conrad Rockenhaus, by phone from the Livingston County Jail.
3. During this call, he informed me that following my earlier phone call to the jail reporting his medical symptoms, he was taken to see medical staff.
4. He stated that the "evaluation" consisted only of staff asking him two orientation questions.
5. When asked where he was, my husband replied, "Henderson County Jail," which is a facility in Texas where he was previously incarcerated.
6. When asked what year it is, my husband replied, "2023."
7. My husband reported that after he gave these answers, he was immediately returned to his cell with no further medical evaluation or treatment.
8. This demonstrates that my husband is severely disoriented to both time and place. This is a direct and alarming symptom of the head injury he sustained on September 4, 2025, for which he has still not been evaluated by a medical doctor.
9. The jail staff is now on direct notice of these severe neurological symptoms and has chosen to take no action, which is an ongoing act of deliberate indifference to his serious medical needs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2025

*/s/ A. Rockenhaus*

Adrienne Rockenhaus
35560 Grand River Ave 244
Farmington Hills, MI 48335
734-585-6277
adrienne@rockenhaus.com