UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

**CONRAD ROCKENHAUS,**     Petitioner,

v.

**LT. TARNESEIA PRINGLE, et al.,**     Respondents.

FILED
SEP 18 2025
CLERK'S OFFICE
DETROIT

Case No. 2:25-cv-12913 Hon. Johnathan Grey Mag. Judge Curtis Ivy Jr.

---

## THIRD SUPPLEMENTAL DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS

I, Adrienne Rockenhaus, declare under penalty of perjury that the following is true and correct:

1. I am the wife of the Petitioner, Conrad Rockenhaus, and file this third supplemental declaration as his "Next Friend" to correct a critical omission in the Second Supplemental Declaration, which was filed with this Court earlier today, September 18, 2025.
2. In my haste to inform the Court of new developments, I neglected to include the Petitioner's current location and custodial status.
3. I write now to correct the record and inform the Court that as of the afternoon of September 17, 2025, the Petitioner, Conrad Rockenhaus, was transferred from the Livingston County Jail and is now in the custody of the federal facility at **FCI Milan**, located at 4000 E Arkona Rd, Milan, MI 48160.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 18, 2025

*A. Rockenhaus*

Adrienne Rockenhaus As Next Friend for Conrad Rockenhaus, Petitioner