UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

**CONRAD ROCKENHAUS, Petitioner,**

v.

**LT. TARNESEIA PRINGLE, Respondent.**

Case No. 2:25-cv-12913 Hon. Johnathan Grey Mag. Judge Curtis Ivy Jr.



FILED
SEP 18 2025
CLERK'S OFFICE
DETROIT

---

**SECOND SUPPLEMENTAL DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS**

I, Adrienne Rockenhaus, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the wife of the Petitioner, Conrad Rockenhaus, and am filing this supplemental declaration as his "Next Friend" to provide the Court with new, time-sensitive information regarding the severity of the Eighth Amendment medical crisis and a new, ongoing obstruction of the Petitioner's federal benefits.
2. **Petitioner's Condition Upon Jail Intake:** I have learned from a direct conversation with the Petitioner that when he was first delivered into the custody of the Livingston County Jail by the U.S. Marshals on September 4, 2025, he was **unconscious**. This fact confirms that the jail's staff was on direct, immediate notice of a life-threatening medical emergency from the moment he entered their custody, yet they failed to provide an examination by a medical doctor as detailed in my previous declaration.
3. **Obstruction of Federal Veterans' Benefits:** On September 17, 2025, the SoFi bank account designated to receive the Petitioner's federal VA and Social Security disability benefits was suddenly closed without a clear, verifiable reason. This closure occurred less than 24 hours after the initial Emergency Petition was filed in this matter.
4. I am the Petitioner's Representative Payee for his Social Security benefits, but I do not have direct administrative access to his VA benefits account. As a direct result of the SoFi account closure, I am now completely obstructed from accessing, managing, or rerouting the Petitioner's VA benefits. This has created a secondary crisis, as it is impeding my ability to provide for the Petitioner's needs and to fund any legal action on his behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 18, 2025

*A Rockenh*

Adrienne Rockenhaus As Next Friend for Conrad Rockenhaus, Petitioner