UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

CONRAD ROCKENHAUS,

    Petitioner,

v.

LT. TARNESEIA PRINGLE, et al.,

    Respondents.

Case No. 2:25-cv-12913

Hon. Johnathan Grey

Mag. Judge Curtis Ivy Jr.



FILED
SEP 19 2025
CLERK'S OFFICE
DETROIT

## FOURTH SUPPLEMENTAL DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS

I, Adrienne Rockenhaus, declare under penalty of perjury that the following is true and correct:

1. I am the wife of the Petitioner, Conrad Rockenhaus, and file this fourth supplemental declaration as his "Next Friend" to inform the Court of new and alarming developments that constitute an immediate and life-threatening escalation of the ongoing constitutional violations.
2. On the afternoon of September 18, 2025, I was able to speak with the Petitioner by phone. During this call, he provided the following urgent information regarding his treatment at FCI Milan.
3. **Active Medical Endangerment:** The Petitioner informed me that he was seen by a Bureau of Prisons doctor. He stated that this doctor, rather than providing treatment for the head injury he sustained on September 4, has officially **reduced the dosage of his life-sustaining seizure medication.** This action places the Petitioner in imminent danger of suffering further seizures, irreparable harm, or death.
4. **Ongoing Staff Harassment:** The Petitioner also reported that he is being subjected to direct and outward harassment by the staff at FCI Milan, which is a continuation of the retaliatory conduct he has faced from federal officials.
5. **Communication Obstruction:** Furthermore, the Petitioner reported that he is unable to access the official BOP inmate email system. The system has been disabled for his account, stating it is "locked for security reasons." This action serves to further isolate the Petitioner from his family and support network during this life-threatening medical crisis.
6. **Direct Witness Tampering:** On the morning of September 19, 2025, the Petitioner received a phone call at FCI Milan from an individual identifying himself as a government

agent. This agent told the Petitioner that he was being targeted because of his past activism from the 1990s. This is a direct, unsolicited contact from the government regarding the substance of his case while he is without legal counsel and while this emergency petition is pending before the Court. The Petitioner did not engage and terminated the call.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 19, 2025

*A. Rockenh—*

Adrienne Rockenhaus
As Next Friend for Conrad Rockenhaus, Petitioner

---

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 19, 2025, I will serve a true and correct copy of the foregoing Fourth Supplemental Declaration by placing it in the U.S. Mail, postage prepaid, addressed to the following parties:

1) **Office of the United States Attorney**
Eastern District of Michigan
Attn: Corinne M. Lambert
211 W. Fort Street, Suite 2001 Detroit, MI 48226

2) **Warden**
FCI Milan
4000 Arkona Road
Milan, MI 48160

3) **Lt. Pringle**
Livingston County Jail
150 S. Highlander Way
Howell, MI 48843