UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

CONRAD ROCKENHAUS,   Petitioner,

v.

LT. TARNESEIA PRINGLE, et al.,   Respondents.

Case No. 2:25-cv-12913 Hon. Johnathan Grey Mag. Judge Curtis Ivy Jr.



FILED
SEP 19 2025
CLERK'S OFFICE
DETROIT

## NOTICE OF SERVICE AND CORRECTED CERTIFICATE OF SERVICE

I, Adrienne Rockenhaus, the *pro se* "Next Friend" filer in this matter, write to inform the Court that I am now curing a procedural defect regarding service of previously filed documents.

As a non-lawyer acting under emergency circumstances, I was previously unaware of my full obligation under Federal Rule of Civil Procedure 5 to serve a copy of every filed document upon all opposing parties. My failure to serve the initial Supplemental Declarations was an unintentional oversight due to my *pro se* status.

I have now corrected this defect. This notice is to inform the Court that a complete package containing all documents filed to date in this matter has been served upon the parties listed below.

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on this date, September 19, 2025, I have served a true and correct copy of the following documents:

1. Emergency Petition for Writ of Habeas Corpus (ECF No. 1)
2. Supplemental Declaration of Adrienne Rockenhaus (ECF No. 3)
3. Second Supplemental Declaration of Adrienne Rockenhaus (ECF No. 4)
4. Third Supplemental Declaration of Adrienne Rockenhaus (ECF No. 5)

...by placing the same in the U.S. Mail, postage prepaid, addressed to the following parties:

1. **Office of the United States Attorney** Eastern District of Michigan Attn: Corinne M. Lambert 211 W. Fort Street, Suite 2001 Detroit, MI 48226
2. **Warden** FCI Milan 4000 Arkona Road Milan, MI 48160
3. **Lt. Pringle** Livingston County Jail 150 S. Highlander Way Howell, MI 48843

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: September 19, 2025

*A. Rockenh—* (signature)

Adrienne Rockenhaus
As Next Friend for Conrad Rockenhaus, Petitioner