

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

CONRAD ROCKENHAUS,

Petitioner,

v.

LT. TARNESEIA PRINGLE, et al.,

Respondents.

F I L E D

SEP 2 2 2025

CLERK'S OFFICE
DETROIT

Case No. 2:25-cv-12913 Hon. Johnathan Grey Mag. Judge Curtis Ivy Jr.

# FIFTH SUPPLEMENTAL DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS

I, Adrienne Rockenhaus, declare under penalty of perjury that the following is true and correct:

1. I am the wife of the Petitioner, Conrad Rockenhaus, and file this fifth supplemental declaration as his "Next Friend" to inform the Court of a direct and deliberate act by the federal Bureau of Prisons (BOP) that placed the Petitioner's life in imminent danger, which was facilitated by a premeditated communication blockade.
2. **Administration of Potentially Lethal Overdose:** On the evening of Friday, September 19, 2025, I learned in a direct phone call from the Petitioner that BOP staff at FCI Milan attempted to administer a medication to him. Based on his personal knowledge as a prescribed user of the medication, the Petitioner identified the dosage as a **potentially lethal overdose of Metformin.** The Petitioner's life was saved only by his own vigilance in recognizing the incorrect and dangerous dosage and his courage in refusing to take it.
3. **Premeditated Communication Blockade:** This life-threatening event was preceded by a deliberate action by the BOP to silence the Petitioner. Since his arrival at FCI Milan, the **TRULINCS inmate email and grievance system has been disabled** for his account under a vague "security hold." This proves that the BOP deliberately dismantled his ability to report misconduct or seek help *before* they attempted to administer the overdose. This was a premeditated act to create an environment where such an attack could occur without risk of immediate reporting.
4. **Ongoing Torture and Deliberate Indifference:** This incident is the culmination of the BOP's ongoing and deliberate indifference to the Petitioner's serious medical needs. As of this date, more than two weeks after the U.S. Marshals inflicted a severe head injury upon him on September 4th, he **still has not received any examination or treatment for the head injury itself.** The only BOP doctor to see the Petitioner not only failed to address the head injury, but took the egregious and life-threatening action of reducing his prescribed dosage of life-sustaining seizure medication. Furthermore, the BOP continues to deny him any form of pain relief for his current head injury or service-connected injuries.

5. This combination of denying care for a severe head injury, denying pain relief, and cutting off his ability to report abuse constitutes a pattern of cruel and unusual punishment that has escalated to the level of torture. The BOP's attempt to administer a potentially lethal overdose was a direct and life-threatening assault on the Petitioner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 22, 2025

Adrienne Rockenhaus As Next Friend for Conrad Rockenhaus, Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 22, 2025, I will serve a true and correct copy of the foregoing Fifth Supplemental Declaration by placing it in the U.S. Mail, postage prepaid, addressed to the following parties:

1. Office of the United States Attorney Eastern District of Michigan Attn: Corinne M. Lambert 211 W. Fort Street, Suite 2001 Detroit, MI 48226
2. Warden FCI Milan 4000 Arkona Road Milan, MI 48160
3. Lt. Pringle Livingston County Jail 150 S. Highlander Way Howell, MI 48843

*A. Rockenh—*

Adrienne Rockenhaus