

# SIXTH SUPPLEMENTAL DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN**

CONRAD ROCKENHAUS, Petitioner,

v.

LT. TARNESEIA PRINGLE, et al., Respondents.

Case No. 2:25-cv-12913 Hon. Johnathan Grey Mag. Judge Curtis Ivy Jr.

FILED
SEP 24 2025
CLERK'S OFFICE
DETROIT

## SIXTH SUPPLEMENTAL DECLARATION OF ADRIENNE ROCKENHAUS

I, Adrienne Rockenhaus, declare under penalty of perjury that the following is true and correct:

1. I file this sixth supplemental declaration as "Next Friend" for the Petitioner, Conrad Rockenhaus, to inform the Court of new evidence of retaliatory harassment by BOP staff, a continuing pattern of medical torture, and the BOP's tacit admission that it was illegally obstructing the Petitioner's access to administrative remedies.

2. **Retaliatory Harassment and Witness Tampering:** On September 23, 2025, the day after I filed a declaration detailing a life-threatening assault by BOP staff, correctional officers at FCI Milan began a campaign of targeted psychological harassment against the Petitioner. Guards audibly taunted him using my former name. This specific name was the vector of a severe, targeted online harassment campaign launched against me approximately six years ago by an ex-domestic partner. The use of this specific, personal information by federal correctional officers is a direct act of witness tampering and retaliation, designed to intimidate both the Petitioner and me, his Next Friend filer, in response to our protected legal activity.

3. **Ongoing Pattern of Medical Torture:** In addition to denying the Petitioner care for his severe head injury and reducing his life-sustaining seizure medication, I learned on September 23, 2025, that BOP staff are also refusing to provide him with his prescribed medication for his service-connected arthritis. This is not an isolated incident; it is a clear and ongoing pattern of deliberate indifference designed to inflict pain and suffering, which constitutes torture.

4. **Forced Capitulation and Proof of Obstruction:** On the morning of September 23, 2025, I filed a formal complaint with the Department of Justice's Office of the Inspector General detailing the BOP's illegal obstruction of the Petitioner's TRULINCS email account. Hours later, after immense public and official pressure, BOP officials at FCI Milan were forced to reverse course. Counselor Grimm, who had previously been "unavailable," was made to appear, and the process to restore the Petitioner's TRULINCS account was initiated. This is a direct admission by the BOP that they were,

in fact, illegally obstructing the Petitioner's access to administrative remedies, and only reversed their illegal conduct when faced with external oversight.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 24, 2025

*A. Rockenh*

Adrienne Rockenhaus As Next Friend for Conrad Rockenhaus, Petitioner

---

### CERTIFICATE OF SERVICE

I hereby certify that on this date, September 24, 2025, I will serve a true and correct copy of the foregoing Fourth Supplemental Declaration by placing it in the U.S. Mail, postage prepaid, addressed to the following parties:

1) **Office of the United States Attorney**
Eastern District of Michigan
Attn: Corinne M. Lambert
211 W. Fort Street, Suite 2001 Detroit, MI 48226

2) **Warden**
FCI Milan
4000 Arkona Road
Milan, MI 48160

3) **Lt. Pringle**
Livingston County Jail
150 S. Highlander Way
Howell, MI 48843

*A. Rockenh*

Adrienne Rockenhaus

Conrad Rockenhaus
FCI Milan
PO Box 1000
Milan, MI 48160