



**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**CONRAD ROCKENHAUS,**

Register Number: 39400-480

FCI Milan

4000 E Arkona Rd Milan, MI 48160

Petitioner,

v.

**LT. TARNESEIA PRINGLE, et al.,**

Respondents.

---

# Case No. 2:25-cv-12913 Hon. Johnathan Grey Mag. Judge Curtis Ivy Jr.

## SEVENTH SUPPLEMENTAL DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS

I, Adrienne Rockenhaus, declare under penalty of perjury that the following is true and correct:

1. I submit this seventh supplemental declaration to provide the Court with new, critical evidence obtained through a Freedom of Information Act (FOIA) request from the U.S. Marshals Service (USMS). This evidence consists of the USMS's own internal records, which officially corroborate our claims of a violent raid, prove their long-standing knowledge of the Petitioner's medical vulnerabilities, and establish a pattern of falsifying official reports. I also submit new evidence of ongoing, retaliatory medical neglect at FCI Milan.

---

## I. The Government's Own Records Confirm a Violent "Tactical Breach" and Deliberate Indifference

2. Attached as **Exhibit F** is a true and correct copy of the FOIA response from the U.S. Marshals Service (Case No. 2025-USMS-FOIAPA-000489). These official records constitute an admission by the government of the following facts:

   ○ **a. Admission of a "Tactical Breach" and "Use of Force":** The USMS "INCIDENTS" log for September 4, 2025—the day of the violent raid—lists three separate incidents: "Medical Emergency," "**Tactical Breach**," and "**UseOfForce**". The term "Tactical Breach" is an admission that they conducted a forced entry, and "Use of Force" confirms the violent nature of the arrest, which directly caused the Petitioner's subsequent head injury and seizure.

   ○ **b. Willful Slander and Admission of Prior Knowledge:** The USMS "Prisoner Custody Alert Notice" proves the government has been on official notice of the Petitioner's "**Seizures**" and "**Traumatic Brain Injury**". It also lists a "**SUICIDAL**" caution with the remark "STATED HE JUST WANTS TO DIE." It must be noted that this remark is from **2019**, yet the government willfully and maliciously includes this outdated and inflammatory information in every new entry to slander the Petitioner and create a false perception of his current mental state. Their decision to execute a violent, forced-entry raid on a man with these known, long-standing vulnerabilities is the definition of deliberate indifference.

3. Attached as **Exhibit G** are true and correct screenshots from the home security video of the September 4, 2025 raid, showing the tactical team executing the forced entry.

4. **Crucially, despite the USMS's own admission of a "Use of Force" that resulted in a "Medical Emergency," the Petitioner has still received no adequate medical treatment for the severe head injury he sustained during that raid.** This constitutes an ongoing and life-threatening act of deliberate indifference by the Bureau of Prisons.

---

## II. The Government's Official Report Falsely Describes the May 5, 2025 Raid

5. The final page of the USMS FOIA response (**Exhibit F**) contains the "REPORT OF INVESTIGATION" for the May 5, 2025 arrest. That report claims the Petitioner "was taken into custody **without incident**".

6. This is a deliberate falsehood. Attached as **Exhibit H** are true and correct screenshots from the home security video of that raid, which clearly show federal officers holding my husband and me at gunpoint while threatening us with a K-9 unit. This proves that the USMS's official reports are sanitizing the events to conceal their unconstitutional conduct.

---

## III. The Retaliatory Campaign of Medical Neglect Continues at FCI Milan

7. Attached as **Exhibit I** are true and correct copies of emails from the Petitioner documenting a new, ongoing instance of retaliatory medical neglect regarding his arthritis medication.

8. On **September 25, 2025**, the Petitioner reported that he was being singled out for neglect, stating, "**everyone else that went to medical with me yesterday has gotten their meds filled, I still haven't gotten mine...**".

9. The Petitioner's reports from September 25 and 26 detail a series of contradictory excuses from the medical staff, proving a pattern of deliberate obstruction:
    - **a.** On **Wednesday (Sept 24)**, NP Barnett ordered his medication.
    - **b.** On **Thursday (Sept 25)**, NP Barnett told him the order "should of been filled."
    - **c.** That same evening, Nurse Klum provided a contradictory account, stating the order was stalled because NP Barnett "had not closed her note."
    - **d.** On **Friday (Sept 26)**, Nurse Hernandez confirmed the medication was still unavailable.

10. On the evening of **Friday, September 26**, after a week of being denied his prescribed pain medication, the Petitioner finally received a bottle of 15mg Mobic. However, he did not receive the promised two-week supply of Tylenol.

11. This pattern of disparate treatment and bureaucratic obstruction is not an accident. It is a continuation of the torture campaign designed to punish the Petitioner for seeking justice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 30, 2025

_____

Adrienne Rockenhaus

*a Rockenh*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 30, 2025, I will serve a true and correct copy of the foregoing Seventh Supplemental Declaration by placing it in the U.S. Mail, postage prepaid, addressed to the following parties:

1. Office of the United States Attorney Eastern District of Michigan Attn: Corinne M. Lambert 211 W. Fort Street, Suite 2001 Detroit, MI 48226
2. Warden FCI Milan 4000 East Arkona Road Milan, MI 48160
3. Lt. Pringle Livingston County Jail 150 S. Highlander Way Howell, MI 48843

## INDEX OF EXHIBITS

**EXHIBIT F**     A true and correct copy of the Freedom of Information Act (FOIA) response from the U.S. Marshals Service, Case No. 2025-USMS-FOIAPA-000489, received September 29, 2025. This includes the USMS's internal records detailing a "Use of Force" and "Tactical Breach" on September 4, 2025; their prior knowledge of the Petitioner's medical vulnerabilities; and their falsified "without incident" report for the May 5, 2025 raid.

**EXHIBIT G**     True and correct screenshots from home security video footage of the violent, forced-entry raid conducted by the U.S. Marshals Service on September 4, 2025.

**EXHIBIT H**     True and correct screenshots from home security video footage of the raid conducted by the U.S. Marshals Service on May 5, 2025, showing officers holding the Petitioner and his wife at gunpoint.

**EXHIBIT I**     True and correct copies of TRULINCS emails from the Petitioner, dated September 25 and September 26, 2025, documenting the ongoing, retaliatory withholding of his prescribed medication by FCI Milan medical staff.

# EXHIBIT F



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 29, 2025

Adrienne Rockenhaus
Cannabytes LLC
2468 Fernwood Ave
Ann Arbor, MI 48104
adrienne@rockenhaus.com

**Re: Freedom of Information Act Request No. 2025-USMS-FOIA/PA-000489**
**Subject: Conrad A. Rockenhaus Arrest Records**

Dear Requester:

The United States Marshals Service (USMS) is responding to your Freedom of Information Act (FOIA) request received by USMS on September 19, 2025 for the following:

> *"I am requesting copies of any and all records related to the arrest and subsequent transport of my husband, Conrad A. Rockenhaus (DOB: 02-03-1982).*
>
> *The arrest occurred on May 5, 2025, at our residence: 2468 Fernwood Ave, Ann Arbor, MI 48104.*
>
> *The specific records I am requesting include, but are not limited to:*
>
> *1. All arrest reports.*
>
> *2. All transport logs and vehicle logs.*
>
> *3. The full names, ranks, and badge numbers of all U.S. Marshals involved in the arrest and transport operation."*

Pursuant to your request, the USMS conducted a search for records responsive to your request and located 1 video and 15 pages of responsive documentation within the following offices/divisions:

> Office of General Counsel Body Worn Camera Program
> Eastern District of Michigan

To provide you with the greatest degree of access authorized by the Freedom of Information Act ("FOIA") and the Privacy Act, we have considered your request in light of the provisions of both statutes. The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Department of Justice, is exempt from the access provisions of the Privacy Act. See 28 C.F.R. § 16.101. Accordingly, to permit access to the records, your request was processed under the provisions of the FOIA.

To withhold a responsive record in whole or part, an agency must show both that the record falls within a FOIA exemption, 5 U.S.C. § 552(b), and that the agency "reasonably foresees that disclosure would harm an interest protected by exemption." See § 552(a)(8)(A)(i)(I); *Machado Amadis v. U.S. Dep't of State*, 971 F.3d 364 (D.C. Cir. 2020). As described in this correspondence, the USMS reviewed responsive records to your request and asserted FOIA exemptions as appropriate. Further, the USMS has determined it is reasonably foreseeable that disclosure of the withheld information would harm an agency interest protected by the exemption.

This video is released to you with portions withheld pursuant to the following Exemptions of the FOIA, 5 U.S.C. § 552(b):

> FOIA Exemption (b)(6) allows an agency to withhold personnel, medical, and similar files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. Records that apply to or describe a particular individual, including investigative records, qualify as "personnel," "medical," or "similar files" under Exemption 6. A discretionary release of such records is not appropriate. See United States Department of Justice (DOJ) v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989).

> FOIA Exemption (b)(7)(C) protects records or information compiled for law enforcement purposes to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy. A discretionary release of such records is not appropriate. See United States Department of Justice (DOJ) v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989). Accordingly, the personally identifiable information of law enforcement officers and government employees was withheld from the responsive documentation. The disclosure of such sensitive information contained in records compiled for law enforcement purposes to the public could subject law enforcement officers and other government personnel to harassment and unwelcome contact. This could disrupt and impede official agency activity, as well as endanger the safety of law enforcement officials. Additionally, the personally identifiable information of third parties named in the records was withheld. The disclosure of third-party information could constitute an unwarranted invasion of personal privacy and subject the individuals to embarrassment, harassment, and undue public attention. Individuals have a recognized privacy interest in not being publicly associated with law enforcement investigations, not being associated unwarrantedly with alleged criminal activity, and controlling how communications about them are disseminated.

FOIA Exemption (b)(7)(F) protects law enforcement information that "could reasonably be expected to endanger the life or physical safety of any individual." 5 U.S.C. § 552(b)(7)(F) (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110175, 121 Stat. 2524. Courts have routinely upheld the use of Exemption (b)(7)(F) to protect the identities of law enforcement agents, as well as protect the names and identifying information of non-law enforcement federal employees, local law enforcement personnel, and other third persons in connection with particular law enforcement matters. See Rugiero v. DOJ, 257 F.3d 534, 552 (6th Cir. 2001); Johnston v. DOJ, No. 97-2173, 1998 WL 518529, *1 (8th Cir. Aug. 10, 1998).

Please note that the videos will be sent from a separate system of records; you should receive an email link to download the requested videos from Axon/Evidence.com within 24 hours and you will have 30 calendar days to retrieve those documents. Should you need additional time to retrieve them, please advise this office accordingly.

The pages are released to you with portions of 10 page(s) withheld and 0 page(s) withheld in full pursuant to the following Exemptions of the FOIA, 5 U.S.C. § 552(b):

FOIA Exemption (b)(6) allows an agency to withhold personnel, medical, and similar files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. Records that apply to or describe a particular individual, including investigative records, qualify as "personnel," "medical," or "similar files" under Exemption 6. A discretionary release of such records is not appropriate. See United States Department of Justice (DOJ) v. Reporters Committee for Freedom of the Press, 489          U.S.          749          (1989).

FOIA Exemption (b)(7)(C) protects records or information compiled for law enforcement purposes to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy. A discretionary release of such records is not appropriate. See United States Department of Justice (DOJ) v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989). Accordingly, the personally identifiable information of law enforcement officers and government employees was withheld from the responsive documentation. The disclosure of such sensitive information contained in records compiled for law enforcement purposes to the public could subject law enforcement officers and other government personnel to harassment and unwelcome contact. This could disrupt and impede official agency activity, as well as endanger the safety of law enforcement officials. Additionally, the personally identifiable information of third parties named in the records was withheld. The disclosure of third-party information could constitute an unwarranted invasion of personal privacy and subject the individuals to embarrassment, harassment, and undue public attention. Individuals have a recognized privacy interest in not being publicly associated with law enforcement investigations, not being associated unwarrantedly with alleged criminal activity, and controlling how communications about them are disseminated.

FOIA Exemption (b)(7)(E) exempts from release information that would disclose law enforcement techniques or procedures, the disclosure of which could reasonably be

expected to risk circumvention of the law. Public disclosure of law enforcement techniques and procedures could allow people seeking to violate the law to take preemptive steps to counter actions taken by USMS during investigatory operations. Information pertaining to case selection, case development, and investigatory methods are law enforcement techniques and procedures that are not commonly known. The disclosure of this information serves no public benefit and would have an adverse impact on agency operations. Furthermore, public disclosure of information such as internal URLs, codes, and internal identifying numbers could assist unauthorized parties in deciphering the meaning of the codes and numbers, aid in gaining improper access to law enforcement databases, and assist in the unauthorized party's navigation of these databases. This disclosure of techniques for navigating the databases could permit people seeking to violate the law to gain sensitive knowledge and take preemptive steps to counter actions taken by USMS during investigatory operations. The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities.

FOIA Exemption (b)(7)(F) protects law enforcement information that "could reasonably be expected to endanger the life or physical safety of any individual." Courts have routinely upheld the use of Exemption (b)(7)(F) to protect the identities of law enforcement agents, as well as protect the names and identifying information of non-law enforcement federal employees, local law enforcement personnel, and other third persons in connection with particular law enforcement matters. See Garza v. U.S. Marshals Serv., et al., Civ. A. No. 16-0976, 2018 WL 4680205, * 17 (D.D.C. Sept. 28, 2018); Hammouda v. Dep't of Justice, 920 F. Supp. 2d 16, 26 (D.D.C. 2013); Fischer v. Dep't of Justice, 723 F. Supp. 2d 104, 111 (D.D.C. 2010); Blanton v. Dep't of Justice, 182 F. Supp. 2d 81, 87 (D.D.C. 2002).

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c) (2006 & Supp. IV (2010)). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you are not satisfied with the USMS determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

You may also contact Charlotte Luckstone or our FOIA Public Liaison at (703) 740-3943 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The

contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*/s/JG for*

Charlotte Luckstone
Assistant Deputy General Counsel
FOIA/PA Officer
Office of General Counsel

Enclosure

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 129 Individual Custody/Detention Report**
Printed on 09 25 2025



**Name**
**ROCKENHAUS, CONRAD**

| **USMS #** | **FID #** | **UCN** | **SSN** | **Alien #** |
|---|---|---|---|---|
| 39400-480 | (b)(7)(E) | 322202LD1 | (b)(6) | |

**Current Physical Custody Status**
In - Remanded - Judge Ordered - E/MI - DETROIT - FCI MILAN DETENTION CENTER

| **Height** | **Weight** | **Race** | **Hair** | **Eye Color** |
|---|---|---|---|---|
| 6'01" | | W | | BRO |
| **DOB** | **Age** | **Sex** | | |
| 02/03/1982 | 43 | M | | |

PHOTO DATE: 09/04/2025

---

**HIGH-LEVEL CAUTION DATA**

**Medical Conditions**
- Asthma
- Diabetic
- Drug Abuse
- Heart or Circulatory Diseases
- Medication Required
- Seizures
- Suicidal Tendencies (past and present)

**Security**
- Use Of Force

**Handicaps**

**External Medical Devices**

---

**OTHER IDENTITY DATA**

| Name | Source | Source District | Date Created |
|---|---|---|---|
| ROCKENHAUS, CONRAD ALLEN | NGI | DETROIT | 05 06 2025 |
| ROCKENHAUS, CONRAD ALLEN | NGI | | 11 19 2021 |

---

**SUPPLEMENTAL PERSONAL DATA**

Alias

| DOB | SSN |
|---|---|
| 02 03 1982 | (b)(6) (b)(7)(C) |

(b)(7)(E)

**Addresses**
2468 Fernwood Ave, Ann Arbor, MI, 48104, USA
(b)(6) (b)(7)(C)

**Phone Numbers**
(b)(6) (b)(7)(C)

**Places of Birth**
US

**Miscellaneous Numbers**
No Miscellaneous Numbers On Record

**DNA**

| Test Date | Deputy | Kit Number | Note |
|---|---|---|---|
| | | E201924200000143971 | |

---

**ACTIVE CUSTODY DATA**

| Current Owning District | Current District Office | Custody Start Date |
|---|---|---|
| E MI | DETROIT | 05 05 2025 |

---

**PHYSICAL CUSTODY STATUS HISTORY**

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 129 Individual Custody/Detention Report**
Printed on 09/25/2025

| Custody Status | Detention Status | Additional Custody Information | Start Date | End Date |
|---|---|---|---|---|
| In | Remanded - Judge Ordered | | 05/06/2025 | |
| Out | On Bond | | 05/06/2025 | 05/06/2025 |
| In | On Bond | Awaiting Outprocessing | 05/06/2025 | 05/06/2025 |
| In | Arrested | | 05/05/2025 | 05/06/2025 |

## ACTIVE DETAINERS

No Active Detainers On Record

## COURT CASE

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| 2:2023-CR-20701 | Arrest - SupervisedReleaseViolation | Waiting Initial Appearance | Remanded - Judge Ordered | E MI | DETROIT |

| Start Date | End Date | | | | |
|---|---|---|---|---|---|
| 05/05/2025 | | | | | |

| Judge | US Attorney | Defense Attorney |
|---|---|---|
| | | |

### Arrest Information

| Date | | Agency | Location | |
|---|---|---|---|---|
| 05/05/2025 | | USMS | | |
| 09/04/2025 | | USMS | | |

### Offense Information

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 5012 | Prob Violation - See Mis | | |
| 5002 | Bail - Personal Recog | | |

### Sentence Information

No Sentence Information On Record

## MOVEMENT REQUESTS

| Move ID | Submit Date | Move Start Date | Hold Status |
|---|---|---|---|
| | | | |

## FACILITY DATA

| Custody Office | Facility Name | Admit Date | Release Date | Total Days |
|---|---|---|---|---|
| DETROIT | FCI MILAN DETENTION CENTER | 09/17/2025 | | 8 |
| DETROIT | LIVINGSTON COUNTY JAIL | 09/04/2025 | 09/17/2025 | 13 |
| DETROIT | LIVINGSTON COUNTY JAIL | 05/05/2025 | 05/06/2025 | 1 |

Total Days In Facilities
22

## MEDICAL DATA

### Medical Conditions

| Condition | Date Reported | Date Confirmed | Date Resolved | Remarks |
|---|---|---|---|---|
| Suicidal Tendencies (past and present) | | | | STATED HE JUST WANTS TO DIE |
| Opioid Use Disorder | 05/06/2025 | | | |
| Diabetic | 05/06/2025 | | | |
| Seizures | 05/06/2025 | | | |
| High Blood Pressure | 05/06/2025 | | | |
| Traumatic Brain Injury | 05/06/2025 | | | |
| Medication Required | 05/06/2025 | | | |
| Asthma | 09/04/2025 | | | |
| Diabetic | 09/04/2025 | | | |
| Seizures | 09/04/2025 | | | |
| High Blood Pressure | 09/04/2025 | | | |
| Traumatic Brain Injury | 09/04/2025 | | | |

### TB Assessments

| Status | TB Assessment Date | TB Expiration | Type | Cleared |
|---|---|---|---|---|
| Expired | 09/07/2025 | 09/07/2026 | PPD | Yes |

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI



**U.S. Department of Justice**
United States Marshals Service

**USM 129 Individual Custody/Detention Report**
Printed on 09/25/2025

---

**Immunizations**

No Immunizations On Record

**Medical Costs**

| Service Date | Vendor | Description | Cost | Voucher |
|---|---|---|---|---|
| 04/06/2020 | HHS | 12 RX | $873.11 | HQ-0420PHARMACY |
| 02/26/2020 | HHS | 4 RX | $222.62 | HQ-0220PHARMACY |
| 03/09/2020 | HHS | 10 RX | $542.80 | HQ-0320PHARMACY |
| 01/18/2020 | SINGLETON ASSOCIATES PA | 72125 72131 70450 CAT SCAN NECK SPINE HEAD | $137.85 | HERITAGE CK# 644482 |
| 01/18/2020 | OTTO KAISER MEM HOSPITAL | ED VISIT, BLOOD DRAW, SUPPLY | $3,092.50 | HERITAGE CK# 631660 |
| 01/18/2020 | OTTO KAISER HOSPITAL | A0427 A0425 AMBUL | $571.70 | HERITAGE CK# 644474 |
| 12/04/2019 | PROVIDENCE HOSPITAL | CAT SCAN HEAD BRAIN, RADIOLOGIC EXAM CHEST X2 | $60.83 | HERITAGE CK# 621510 |
| 12/04/2019 | PROVIDENCE HEALTH CENTER | 0210 0250 0258 0270 0271 0300 0301 0309 0324 0350 0410 0410 0450 0460 | $8,574.75 | HERITAGE CK# 638372 |
| 12/05/2019 | PROVIDENCE HEALTH CENTER | 99223 | $199.68 | HERITAGE CK# 638375 |
| 12/06/2019 | PROVIDENCE HEALTH CENTER | 99233 | $102.80 | HERITAGE CK# 638376 |
| 05/07/2020 | HHS | 9 RX | $824.48 | HQ-0520PHARMACY |
| 12/04/2019 | PROVIDENCE HEALTH CENTER | 99291 31500 CRIT CARE | $362.80 | HERITAGE CK# 644487 |
| 12/05/2019 | CENTRAL TX RADIOLOGICAL ASS | RADIO EXAM | $9.14 | HERITAGE CK# 621514 |
| 12/06/2019 | CENTRAL TX RADIOLOGICAL ASS | RADIO EXAM | $9.14 | HERITAGE CK# 621523 |
| 12/11/2019 | PROVIDENCE HOSPITAL LAB | PMR LABS | $0.00 | |
| 08/11/2020 | LABCORP | CBC, CMP & TSH | $36.97 | 673131 |
| 07/06/2020 | HHS | 12 RX | $917.89 | HQ-0720Pharmacy |
| 08/31/2020 | Lab Corp of America | HgA1c PMR 264171 | $7.81 | 680545 |
| 08/07/2020 | HHS | 10 RX | $877.78 | HQ-0820Pharmacy |
| 10/02/2020 | Bonham Smiles | Extraction of #14 PMR 273594 | $410.00 | 690433 |
| 09/01/2020 | HHS | 14 RX | $1,656.43 | HQ-0920Pharmacy |
| 10/05/2020 | HHS | 15 RX | $1,239.98 | HQ-1020Pharmacy |
| 12/11/2020 | Lab Corp of America | Labs 33451 | $52.04 | 709749 |
| 11/04/2020 | HHS | 7 RX | $743.68 | HQ-1120Pharmacy |
| 02/01/2021 | TMC Bonham Hospital | COVID Testing | $92.90 | 726630 Batch# 015-078-21 |
| 12/01/2020 | HHS | 10 RX | $1,078.04 | HQ-1220Pharmacy |
| 01/04/2021 | HHS | 13 RX | $1,348.99 | HQ-0121Pharmacy |
| 06/09/2021 | HHS | 12 RX | $897.45 | HQ-0621Pharmacy |
| 07/06/2021 | HHS | 11 RX | $862.87 | HQ-0721Pharmacy |
| 08/11/2021 | Laboratory Corp of America | CBC, CMP, Fasting Lipids, HgA1c 62718 | $67.25 | 785519 Batch# 049-078-21 |
| 05/17/2021 | HHS | 15 RX | $1,060.91 | HQ-0521Pharmacy |
| 08/06/2021 | HHS | 12 RX | $1,008.89 | HQ-0821Pharmacy |
| 09/02/2021 | HHS | 10 RX | $850.84 | HQ-0921Pharmacy |
| 10/04/2021 | HHS | 18 RX | $1,448.74 | HQ-1021Pharmacy |
| 11/04/2021 | HHS | 2 RX | $81.93 | HQ-1121Pharmacy |
| 04/07/2022 | Lab Corp of America | CBC, CMP, Lipid Panel, TSH 64100-03 | $47.25 | 858948 Batch# 031-078-22 |
| 04/17/2022 | Concord Radiology | ER Visit 68744 | $40.14 | 862266 Batch# 033-078-22 |
| 04/11/2022 | Lab Corp of America | HGB Glycated | $8.13 | 862263 Batch# 033-078-22 |
| 04/17/2022 | TMC Bonham Hospital | ER Visit 68744 | $1,052.05 | 867809 Batch# 035-078-22 |
| 04/17/2022 | Texoma Emergency Phys., LLC | ER Visit 68744 | $118.33 | 867803 Batch# 035-078-22 |
| 07/07/2022 | Lab Corp of America | CBC, Lipid Panel, HgBA1C, T4, TSH, Lithium 107319-24 | $51.42 | 892164 Batch# 042-078-22 |
| 08/04/2022 | Lab Corp of America | CMP and Lipid Panel 114091-92 | $17.66 | 902200 Batch# 046-078-22 |

**Infectious Disease Assessments**

No Infectious Disease Assessments On Record

<u>DETAILED CAUTIONS</u>

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 129 Individual Custody/Detention Report**
Printed on 09 25 2025

---

**Separatees**

No Separatees On Record

**Co-Defendants**

No Co-Defendants On Record

---

**INCIDENTS**

| Date | Incident ID | Type | Reporting Office | Incident Group ID |
|---|---|---|---|---|
| 12 04 2019 | INCID-20-1757 | NonCompliance | | |
| 04 17 2022 | INCID-22-7562 | Medical Emergency | | |
| 09 04 2025 | INCID-25-13892 | Medical Emergency | | |
| 09 04 2025 | INCID-25-13860 | Tactical Breach | | |
| 09 04 2025 | INCID-25-13861 | UseOfForce | | |

---

**PRIOR CUSTODY 1**

**PHYSICAL CUSTODY STATUS HISTORY**

| Custody Status | Detention Status | Additional Custody Information | Start Date | End Date |
|---|---|---|---|---|
| Out | Resolved | | 10 05 2022 | 10 05 2022 |
| In | Remanded - Judge Ordered | | 11 18 2021 | 10 05 2022 |
| Out | On Bond | | 11 17 2021 | 11 18 2021 |
| In | Remanded - Judge Ordered | | 07 29 2020 | 11 17 2021 |
| In | WT-CASE-RESOLVE | | 02 06 2020 | 07 29 2020 |
| In | RC-TRANSFER | | 02 06 2020 | 02 06 2020 |
| In | TRANSFERRED | | 02 06 2020 | 02 06 2020 |
| In | WT-TRANSFER | | 12 04 2019 | 02 06 2020 |
| In | RC-TRANSFER | | 12 04 2019 | 12 04 2019 |
| In | READMIT | | 12 04 2019 | 12 04 2019 |
| Out | RL-BOND | | 08 29 2019 | 12 04 2019 |
| In | WT-CASE-RESOLVE | | 08 29 2019 | 08 29 2019 |
| In | RC-TRANSFER | | 08 29 2019 | 08 29 2019 |
| In | TRANSFERRED | | 08 29 2019 | 08 29 2019 |
| In | WT-TRANSFER | | 08 22 2019 | 08 22 2019 |
| In | READMIT | | 08 22 2019 | 08 22 2019 |
| Out | RL-BOND | | 08 22 2019 | 08 22 2019 |
| In | WOR-INITIAL-APPEARANCE | | 08 22 2019 | 08 22 2019 |

---

**COURT CASE**

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| 4 19-CR-00181 | Arrest - Indictment | Resolved | Resolved | E TX | SHERMAN |

| Start Date | End Date |
|---|---|
| 08 22 2019 | 10 05 2022 |

| Judge | US Attorney | Defense Attorney |
|---|---|---|
| MAZZANT, AMOS L | | |

**Arrest Information**

| Date | Agency | Location |
|---|---|---|
| 08 22 2019 | FBI | HEWITT TX. |
| 11 18 2021 | | |

**Offense Information**

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 5013 | Condit Release Violation | Dismissed Without Prejudice | |
| 2609 | Fraud and Abuse - Computer | Plead Guilty | INTENTIONAL DAMAGE TO A PROTECTED COMPUTER |

**Sentence Information**

| Date | Type | Duration | Appeal Date |
|---|---|---|---|
| 09 06 2022 | Imprisonment | 0 years 40 months 0 days | |

---

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 129 Individual Custody/Detention Report**
Printed on 09 25 2025

---

## COURT CASE

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| 6 2021 MJ 00255 | Arrest - Bond Violation | Committed to Another District | Resolved | W TX | WACO |
| Start Date | End Date | | | | |
| 11 18 2021 | 02 18 2022 | | | | |
| Judge | US Attorney | Defense Attorney | | | |

### Arrest Information

| Date | | Agency | | Location | |
|---|---|---|---|---|---|
| 11 18 2021 | | | | | |
| 11 18 2021 | | USMS | | | |

### Offense Information

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 5013 | Condit Release Violation | | |

### Sentence Information

No Sentence Information On Record

---

## FACILITY DATA

| Custody Office | Facility Name | Admit Date | Release Date | Total Days |
|---|---|---|---|---|
| SHERMAN | FANNIN COUNTY DETENTION CENTER | 09 30 2022 | 10 05 2022 | 5 |
| SHERMAN | CIMARRON CORRECTIONAL FACILITY | 09 08 2022 | 09 30 2022 | 22 |
| PLANO | FANNIN COUNTY DETENTION CENTER | 09 01 2022 | 09 08 2022 | 7 |
| PLANO | CIMARRON CORRECTIONAL FACILITY | 08 19 2022 | 09 01 2022 | 13 |
| PLANO | FANNIN COUNTY DETENTION CENTER | 06 07 2022 | 08 19 2022 | 73 |
| SHERMAN | CIMARRON CORRECTIONAL FACILITY | 05 13 2022 | 06 07 2022 | 25 |
| SHERMAN | FANNIN COUNTY DETENTION CENTER | 03 03 2022 | 05 13 2022 | 71 |
| IPATS | GRADY COUNTY JAIL | 02 18 2022 | 03 03 2022 | 13 |
| WACO | JACK HARWELL DETENTION CENTER | 11 18 2021 | 02 18 2022 | 92 |
| SHERMAN | HENDERSON COUNTY JAIL | 09 28 2021 | 11 16 2021 | 49 |
| SHERMAN | FANNIN COUNTY DETENTION CENTER | 05 07 2021 | 09 28 2021 | 144 |
| IPATS | FMC FORT WORTH | 02 01 2021 | 02 01 2021 | 1 |
| SHERMAN | FCI FORT WORTH DETENTION CENTER | 02 01 2021 | 05 07 2021 | 95 |
| SHERMAN | FANNIN COUNTY DETENTION CENTER | 02 06 2020 | 02 01 2021 | 361 |
| WACO | KARNES COUNTY CORRECTIONAL CENTER | 02 01 2020 | 02 06 2020 | 5 |
| WACO | KARNES COUNTY CORRECTIONAL CENTER | 01 14 2020 | 02 01 2020 | 18 |
| WACO | JACK HARWELL DETENTION CENTER | 12 10 2019 | 01 14 2020 | 35 |
| WACO | MCLENNAN COUNTY JAIL | 12 06 2019 | 12 10 2019 | 4 |
| WACO | JACK HARWELL DETENTION CENTER | 12 04 2019 | 12 06 2019 | 2 |
| SHERMAN | CELL BLOCK | 08 29 2019 | 08 29 2019 | 1 |
| WACO | BOND | 08 22 2019 | 08 22 2019 | 1 |
| WACO | CELL BLOCK | 08 22 2019 | 08 22 2019 | 1 |

**Total Days In Facilities**
1038

---

## RESTRICTIVE HOUSING

| Custody Office | Facility Name | Date In | Date Out | Total Days | Placement Reason | Categories |
|---|---|---|---|---|---|---|
| WACO | JACK HARWELL DETENTION CENTER | 01 27 2022 | 02 18 2022 | 22 | Disciplinary Segregation | Disturbance |

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 130 Prisoner Custody Alert Notice**
Printed on 09/25/2025



| | |
|---|---|
| **Name** | **ROCKENHAUS, CONRAD** |

| **USMS #** | **FBI #** | **UCN** | **SSN** | **Alien #** |
|---|---|---|---|---|
| 39400-480 | (b)(7)(E) | 322202LD1 | (b)(6) | |

**Current Physical Custody Status**
In - Remanded - Judge Ordered - E/MI - DETROIT - FCI MILAN DETENTION CENTER

| **Height** | **Weight** | **Race** | **Hair** | **Eye Color** |
|---|---|---|---|---|
| 6'01" | | W | | BRO |
| **DOB** | **Age** | **Sex** | | |
| 02/03/1982 | 43 | M | | |

PHOTO DATE: 09/04/2025

## HIGH-LEVEL CAUTION DATA

**Medical Conditions**
- Asthma
- Diabetic
- Drug Abuse
- Heart or Circulatory Diseases
- Medication Required
- Seizures
- Suicidal Tendencies (past and present)

**Security**
- 🔒 Use Of Force

**Handicaps**

**External Medical Devices**

## DETAILED CAUTION DATA

**Security**

| Caution | Source | Start Date | End Date |
|---|---|---|---|
| Use Of Force | Incident | 09/04/2025 | |

**JDIS Cautions**
No JDIS Cautions On Record

**Medical Conditions**

| Condition | Date Reported | Date Confirmed | Date Resolved | Remarks |
|---|---|---|---|---|
| Suicidal Tendencies (past and present) | | | | STATED HE JUST WANTS TO DIE |
| Opioid Use Disorder | 05/06/2025 | | | |
| Diabetic | 05/06/2025 | | | |
| Seizures | 05/06/2025 | | | |
| High Blood Pressure | 05/06/2025 | | | |
| Traumatic Brain Injury | 05/06/2025 | | | |
| Medication Required | 05/06/2025 | | | |
| Asthma | 09/04/2025 | | | |
| Diabetic | 09/04/2025 | | | |
| Seizures | 09/04/2025 | | | |
| High Blood Pressure | 09/04/2025 | | | |
| Traumatic Brain Injury | 09/04/2025 | | | |

## CASE DATA

| Case # | Defense Attorney | Charges | |
|---|---|---|---|
| 2:2023-CR-20701 | | 5012 | Prob Violation - See Mis |
| | | 5002 | Bail - Personal Recog |

## DETAILED CAUTIONS

CONTROLLED LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI



**U.S. Department of Justice**
United States Marshals Service

**USM 130 Prisoner Custody Alert Notice**
Printed on 09/25/2025

**Separatees**

No Separatees On Record

**Gang Affiliations**

No Gang Affiliations On Record

| Receipt | |
|---|---|
| Date Received | |
| Printed Name | |
| Signature | |
| Organization | |

| Acknowledgment | |
|---|---|
| ☐ | I affirm USM-130 was delivered to facility but not signed/acknowledged |
| ☐ | I affirm USM-130 was delivered to facility and was signed/acknowledged |

**If the USM-130 was signed/acknowledged what method was used?**

☐ Signature

☐ Electronically

**Confirmed By**

Title

Name

Badge (if applicable)

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**CONRAD ROCKENHAUS (FID:** (b)(7)(E) **| Subject Report**
Printed on 09/25/2025 at 12:47 EDT
Page 1 of 7

**U.S. Department of Justice**
**United States Marshals Service**



## ROCKENHAUS, CONRAD  [NOT IN NCIC FOR USMS]



**FID #** (b)(7)(E)
**USMS #:** 39400-480
**Sex:** Male
**Race:** White
**Height:** 6'01"
**Weight:** lbs
**DOB:** 02/03/1982

**Case Status:** Historical
**Prisoner Status:** In - Remanded - Judge Ordered - E/MI -
DETROIT - FCI MILAN DETENTION CENTER
**Subject Category:**
**TOG Data Available:**
**USM-11s?** Yes
**USM-311?** No
**Has Attachments?** Yes
**Seized Items Exist?** No

**ENTERED:** 09/04/2025

## ALIAS

| SEQ. # | ALIAS | SEQ. # | ALIAS |
|---|---|---|---|
| 1 | | 5 | |
| 2 | (b)(7)(E) | 6 | (b)(7)(E) |
| 3 | | 7 | |
| 4 | | | |

## DATE OF BIRTH

| SEQ. # | DATE OF BIRTH | AGE |
|---|---|---|
| 1 | 02/03/1982 | 43 |

## PLACES OF BIRTH

| SEQ. # | COUNTRY | CITY | STATE |
|---|---|---|---|
| 1 | UNITED STATES | MILLINGTON | TENNESSEE |

## NATIONALITY

| SEQ. # | NATIONALITY |
|---|---|
| 1 | UNITED STATES |
| 2 | PHILIPPINES |

## CITIZENSHIP

| SEQ. # | COUNTRY |
|---|---|
| 1 | UNITED STATES |

## SOCIAL SECURITY NUMBER

| SEQ. # | SOCIAL SECURITY NUMBER |
|---|---|
| 1 | (b)(6), (b)(7)(C) |
| 2 | |

## MISCELLANEOUS NUMBERS

| SEQ. # | TYPE | MISCELLANEOUS NUMBER | REMARK |
|---|---|---|---|
| 1 | ORIGINATING AGENCY POLICE OR STATE IDENTIFICATION NUMBER (SID) | VA2106442J | |
| 2 | ORIGINATING AGENCY POLICE OR STATE IDENTIFICATION NUMBER (SID) | TX16044305 | |

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
**United States Marshals Service**

**CONRAD ROCKENHAUS (FID:** ▮▮▮▮▮ **| Subject Report**

Printed on 09 25 2025 at 12:47 LDT
Page 2 of 7

## UCN/FBI NUMBER

| SEQ. # | UCN/FBI NUMBER |
|--------|----------------|
| 1 | 322202LD1 |

## SUBJECT DESCRIPTION

| SEQ. # | EYES | HAIR | HEIGHT | WEIGHT | SKIN | RACE | SEX |
|--------|------|------|--------|--------|------|------|-----|
| 1 | BROWN | | 6'01" | | | WHITE | MALE |
| 2 | BROWN | BROWN | 6'01" | 260 | | WHITE | MALE |

## SCARS, MARKS, TATTOOS, AND OTHER CHARACTERISTICS

| SEQ. # | SMT/DRUG USE/MEDICAL DEVICES | REMARKS |
|--------|------------------------------|---------|
| 1 | SC R HND | |
| 2 | TAT UR ARM | |
| 3 | TAT UL ARM | |
| 4 | TAT RF ARM | |
| 5 | TAT RF ARM | |

## INVESTIGATIVE CAUTIONS

| SEQ. # | CAUTION | REMARKS | ADDED BY | DATE ADDED |
|--------|---------|---------|----------|------------|
| 1 | 70 SUICIDAL | STATED HE JUST WANTS TO DIE ▮▮▮▮▮ (b)(6), (b)(7)(C) | | 12 04 2019 |

## SECURITY CAUTIONS AND MEDICAL CONDITIONS

| SEQ. # | CAUTION | TYPE | SOURCE | START DATE | END DATE |
|--------|---------|------|--------|------------|----------|
| 1 | ASTHMA | MEDICAL | MEDICAL CONDITIONS SCREENING | 09 04 2025 | |
| 2 | DIABETIC | MEDICAL | MEDICAL CONDITIONS SCREENING | 09 04 2025 | |
| 3 | DRUG ABUSE | MEDICAL | DRUG SCREENING | 09 04 2025 | |
| 4 | HEART OR CIRCULATORY DISEASES | MEDICAL | MEDICAL CONDITIONS SCREENING | 09 04 2025 | |
| 5 | SEIZURES | MEDICAL | MEDICAL CONDITIONS SCREENING | 09 04 2025 | |
| 6 | USE OF FORCE | SECURITY | INCIDENT | 09 04 2025 | |
| 7 | DIABETIC | MEDICAL | MEDICAL CONDITIONS SCREENING | 05 06 2025 | |
| 8 | DRUG ABUSE | MEDICAL | DRUG SCREENING | 05 06 2025 | |
| 9 | HEART OR CIRCULATORY DISEASES | MEDICAL | MEDICAL CONDITIONS SCREENING | 05 06 2025 | |
| 10 | MEDICATION REQUIRED | MEDICAL | MEDICAL CONDITIONS SCREENING | 05 06 2025 | |
| 11 | SEIZURES | MEDICAL | MEDICAL CONDITIONS SCREENING | 05 06 2025 | |
| 12 | SUICIDAL TENDENCIES (PAST AND PRESENT) | MEDICAL | | | |

## ADDRESSES

| SEQ. # | ADDRESS | RELATIVE LOCATION | RELATIVE LOCATION DESCRIPTION | LATITUDE | LONGITUDE |
|--------|---------|-------------------|-------------------------------|----------|-----------|
| | | | | | |

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE


**U.S. Department of Justice**
**United States Marshals Service**

**CONRAD ROCKENHAUS (FID:** ▮(b)(7)(E)▮ **| Subject Report**
Printed on 09/25/2025 at 12:47 EDT
Page 3 of 7

| | |
|---|---|
| 1 | 2468 FERNWOOD AVE. ANN ARBOR, MI. 48104, USA |
| 2 | ▮(b)(6) (b)(7)(C)▮ |
| 3 | ▮(b)(6) (b)(7)(C)▮ |
| 4 | ▮(b)(6) (b)(7)(C)▮ |

## SUBJECT PHONE NUMBERS

| SEQ. # | TYPE | COUNTRY CODE | PHONE NUMBER | EXTENSION |
|---|---|---|---|---|
| 1 | MOBILE | 1 | | |
| 2 | MOBILE | 1 | ▮(b)(6) (b)(7)(C)▮ | |
| 3 | WORK | 1 | | |
| 4 | | 1 | | |

## SUBJECT PROFILE

### Overview

| DEA Most Wanted | ATF Most Wanted | RPOT | CPOT |
|---|---|---|---|
| No | No | No | No |

### Subject Intel

| Subject Intel | Y/N |
|---|---|
| Escapee | No |
| Organized Crime | No |
| International Terrorist | No |
| Gang Member | No |
| Multiple Defendants | No |
| Planned Murder | No |
| Domestic Terrorist | No |
| Death Penalty Case | No |
| RAM SUB | No |
| Money Launderer | No |
| Firearms | No |
| Violent Offender | No |
| International Lookouts Placed | No |

### Felony History

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
**United States Marshals Service**

**CONRAD ROCKENHAUS (FID:** (b)(7)(E) **| Subject Report**
Printed on 09/25/2025 at 12:47 EDT
Page 4 of 7

| Criminal Activity | Arrests | Convictions |
|---|---|---|
| Immigration | 0 | 0 |
| Kidnapping | 0 | 0 |
| Assault/Battery | 0 | 0 |
| Burglary/Larceny/Theft | 1 | 1 |
| Weapons (Firearms) | 0 | 0 |
| Weapons (Other) | 0 | 0 |
| Forgery/Fraud | 4 | 3 |
| Homicide | 0 | 0 |
| Robbery | 0 | 0 |
| Narcotics | 0 | 0 |
| Extortion | 0 | 0 |
| Escape | 0 | 0 |
| Bond Violation | 1 | 0 |
| Failure to Appear | 2 | 0 |
| Probation Violation | 1 | 0 |

### Felony Sex Offense

| Criminal Activity | Arrests | Convictions |
|---|---|---|
| Failure to Register/Failure to Comply | 0 | 0 |
| Rape/Sex Assault | 0 | 0 |

### Remarks

**Remarks**
mental health history bi-polar and PTSD (military veteran)
CCH FBI VA TX 04/29/2025
Updated 08/21/2025 ag

## INCIDENTS

### Incidents

| SEQ. # | DATE | INCIDENT ID | INCIDENT TYPE | INCIDENT SUB-TYPE | REPORTING OFFICE | DISTRICT OF OCCURRENCE | STATUS |
|---|---|---|---|---|---|---|---|
| 1 | 12/04/2019 | INCID-20-1757 | NON-COMPLIANCE | | W/TX - WACO | W/TX | CLOSED |
| 2 | 04/17/2022 | INCID-22-7562 | MEDICAL EMERGENCY | | E/TX - PLANO | E/TX | CLOSED |
| 3 | 09/04/2025 | INCID-25-13892 | MEDICAL EMERGENCY | | E/MI - DETROIT | E/MI | ACTIVE |
| 4 | 09/04/2025 | INCID-25-13860 | TACTICAL BREACH | | E/MI - DETROIT | E/MI | ACTIVE |
| 5 | 09/04/2025 | INCID-25-13861 | USE OF FORCE | | E/MI - DETROIT | E/MI | ACTIVE |

### PICTURES/IMAGES

Seq # 2

Date Taken: 09/04/2025

Seq # 3

Date Taken: 09/04/2025

Seq # 4

Date Taken: 05/06/2025

Seq # 5

Date Taken: 05/06/2025

Seq # 6

Date Taken: 05/06/2025

Seq # 7

Date Taken: 11/19/2021

Seq # 8

Date Taken: 11/19/2021

Seq # 9

Date Taken: 11/19/2021

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
**United States Marshals Service**

**CONRAD ROCKENHAUS (FID:** (b)(7)(E) **) | Subject Report**
Printed on 09/25/2025 at 12:47 EDT
Page 5 of 7

## NCIC INFORMATION

### SEQUENCE #1

**NIC Number** W882701896
**Caution** Yes
**Warrant Number** 2539-0821-1722-B
**Date Entered** 08/21/2025
**Date Cleared** 09/04/2025

### SEQUENCE #2

**NIC Number** W541771968
**Caution** Yes
**Warrant Number** 2539-0429-1034-D
**Date Entered** 04/29/2025
**Date Cleared** 05/06/2025

### SEQUENCE #3

**NIC Number** W035209302
**Caution** Yes
**Warrant Number** 2278-1118-0585-B
**Date Entered** 11/18/2021
**Date Cleared** 11/18/2021

**Hit Confirmation** 11/18/2021
**Located ORI** VAUSM0000

## CLOSED CASE LIST

### 2539-0821-1722-B

| | |
|---|---|
| Sealed Warrant? | No |
| Originating District | E MI - DETROIT - 039 |
| Lead Personnel | (b)(6) (b)(7)(C) (b)(7)(F) |

#### Charge Information

| | |
|---|---|
| Agency | USMS |
| Task Force | DFAT |
| Charge | 5002 - Bail - Personal Recog |
| Date Issued | 08/20/2025 |
| Date Received | 08/21/2025 |
| Referred? | No |

#### Original Charge Information

| | |
|---|---|
| Original Charge | 2999 - Damage Property |

#### Close Information

| | |
|---|---|
| Date Executed | 09/04/2025 |
| Closed Date | 09/04/2025 |
| Close Reason | A - Physical Arrest |
| Arresting Closing District Task Force | E MI - DETROIT - 039 |
| Close Summary | Subject was arrested by DFAT Team 3 on 09/04/2025. Please see the USM 11 for details, case closed. |

### 2539-0429-1034-D

| | |
|---|---|
| Sealed Warrant? | No |
| Originating District | E MI - DETROIT - 039 |
| Lead Personnel | (b)(6) (b)(7)(C) (b)(7)(F) |

#### Charge Information

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**
**United States Marshals Service**



**CONRAD ROCKENHAUS (FID:** (b)(7)(E) **| Subject Report**
Printed on 09/25/2025 at 12:47 EDT
Page 6 of 7

| | |
|---|---|
| Agency | USMS |
| Task Force | DFAT |
| Charge | 5012 - Prob Violation - See Mis |
| Date Issued | 04/29/2025 |
| Date Received | 04/29/2025 |
| Referred? | No |

### Original Charge Information

| | |
|---|---|
| Original Charge | 2999 - Damage Property |

### Close Information

| | |
|---|---|
| Date Executed | 05/06/2025 |
| Closed Date | 05/06/2025 |
| Close Reason | A - Physical Arrest |
| Arresting/Closing District Task Force | E-MI - DETROIT - 039 |
| Close Summary | Subject was arrested by DFAT team 4 on 05/05/2025, appeared for IA 05/06/2025, case closed. |

## 2278-1118-0585-B

| | |
|---|---|
| Sealed Warrant? | No |
| Originating District | E-TX - PLANO - F78 |
| Lead Personnel | (b)(6), (b)(7)(C), (b)(7)(E) |

### Charge Information

| | |
|---|---|
| Agency | USMS |
| Task Force | JETF |
| Charge | 5001 - Bail - Secured Bond |
| Date Issued | 11/17/2021 |
| Date Received | 11/17/2021 |
| Referred? | No |

### Original Charge Information

| | |
|---|---|
| Original Charge | 2999 - Damage Property |

### Close Information

| | |
|---|---|
| Date Executed | 11/18/2021 |
| Close Reason | B - Directed Arrest |
| Arresting/Closing District Task Force | W-TX - WACO - G80 |
| Close Summary | SUBJECT ARRESTED VA POLICE IN TEMPLE, TX. BOOKED INTO BELL COUNTY JAIL FOR IA ON 11-19 IN WACO, TX |

## 2078-1121-0365-J

| | |
|---|---|
| Sealed Warrant? | No |
| Originating District | E-TX - SHERMAN - B78 |
| Lead Personnel | |

### Charge Information

| | |
|---|---|
| Agency | FBI |
| Task Force | |
| Charge | 5012 - Prob Violation - See Mis |
| Date Issued | 11/21/2019 |
| Date Received | 11/21/2019 |
| Referred? | No |

### Original Charge Information

| | |
|---|---|
| Original Charge | 2999 - Damage Property |

### Close Information

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
**United States Marshals Service**

**CONRAD ROCKENHAUS (FID: [(b)(7)(E)] ) | Subject Report**

Printed on 09/25/2025 at 12:47 EDT
Page 7 of 7

| | |
|---|---|
| Date Executed | 12/04/2019 |
| Close Reason | A - Physical Arrest |
| Arresting/Closing District Task Force | E/TX - SHERMAN - B78 |
| Close Summary | ARRESTED IN WACO, TX BY USMS |

## 1978-0815-2627-J

| | |
|---|---|
| Sealed Warrant? | No |
| Originating District | E/TX - SHERMAN - B78 |
| Lead Personnel | |

### Charge Information

| | |
|---|---|
| Agency | FBI |
| Task Force | |
| Charge | 2999 - Damage Property |
| Date Issued | 08/14/2019 |
| Date Received | 08/14/2019 |
| Referred? | No |

### Close Information

| | |
|---|---|
| Date Executed | 08/22/2019 |
| Close Reason | E - Arrest by Other Agency |
| Arresting/Closing District Task Force | E/TX - SHERMAN - B78 |
| Close Summary | ARRESTED BY FBI IN HEWITT, TX |

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

 **U.S. Department of Justice**
United States Marshals Service

**USM-11-25-** (b)(7)(E)
Printed on: 09/25/2025 at 12:45 EDT
Page 1 of 1

# REPORT OF INVESTIGATION

**FID:** (b)(7)(E)
**Subject Name:** ROCKENHAUS, CONRAD
**Associated Cases:** (b)(6) (b)(7)(C)

**Type of Report:** Arrest, Close
**Reporting District:** E/MI - DETROIT
**Reported By:** (b)(6) (b)(7)(C), (b)(7)(F) Deputy US Marshal (DUSM))
**Reported Date/Time:** 08/05/2025 at 16:03 EDT
**Approved By:** (b)(6) (b)(7)(C) (b)(7)(F)
(b)(6) (b)(7)(C) (b)(7)(F)
**Approved Date/Time:** 08/06/2025 at 13:20 EDT
**BWC Footage Exists?** TFO, USMS
**BWC Footage Reviewed?** N/A

**Arrest Location**
2468 Fernwood Ave, Ann Arbor, MI, 48104, USA

The E/MI DFAT arrested ROCKENHAUS on 5-5-2025 at his house. He was observed outside getting into a vehicle and was taken into custody without incident on his probation violation charges.

ROCKENHAUS was transported to Livingston County Jail.

Case closed.

DFAT investigators present:



(b)(6) (b)(7)(C)
(b)(7)(F)

# EXHIBIT G

.











# EXHIBIT H



# EXHIBIT I

# Adrienne Rockenhaus

---

**From:**          ROCKENHAUS CONRAD (39400480)

**Sent Date:**   Thursday, September 25, 2025 7:19 AM

**To:**              adrienne@rockenhaus.com

**Subject:**      Medical Stuff

Good Morning Baby,

Just FYI - I guess they're screwing with me again medical wise, everyone else that went to medical with me yesterday has gotten their meds filled, I still haven't gotten mine, I just wanted to let you know for the logs. Please don't stress. I love you so much ;).

# Adrienne Rockenhaus

**From:**       ROCKENHAUS CONRAD (39400480)

**Sent Date:**  Thursday, September 25, 2025 10:19 AM

**To:**         adrienne@rockenhaus.com

**Subject:**    RE: RE: Medical Stuff

Thanks baby, you're the best! I asked the NP at morning sick call and she said that the pharmacy may of not filled them yet, which doesn't make sense since everyone else, including people who saw her way after me got their meds filled already lol, but we all know how it goes for me :P. I love you most, but we both know we love each other equally and equally more :)

# Adrienne Rockenhaus

**From:** ROCKENHAUS CONRAD (39400480)

**Sent Date:** Thursday, September 25, 2025 1:20 PM

**To:** adrienne@rockenhaus.com

**Subject:** RE: RE: Medical Stuff

Hey Baby,

No problem Baby. The retaliation is obvious. It may not be the main provider retaliating, but someone is obviously retaliating. I'm not letting it get to me, it doesn't bug me at all, in fact, I think it's hilarious, it's funny to me. It's no problem documenting it for you baby.

Our love is the greatest and nothing will ever take that away baby :P

I love you more than anything and I will always stay strong because you make me strong!

# Adrienne Rockenhaus

**From:** ROCKENHAUS CONRAD (39400480)

**Sent Date:** Friday, September 26, 2025 7:34 AM

**To:** adrienne@rockenhaus.com

**Subject:** Medical Update

Hey Baby,

Just to give you an update

Yesterday Morning (Thursday) NP Barnett told me at sick call that the Mobic and Tylenol she put in for me on Wednesday Morning should of been filled, because I specifically asked her because it wasn't on the pill line for Thursday Morning. On Thursday Evening, Nurse Klum told me that my medications weren't ready because NP Barnett had not closed her note to order those medications, and they might be ready this morning. This morning at pill line, Nurse Hernandez told me that she didn't have those medications for me but she would check on them for me.

I just wanted to give you the update and advise you what specific individuals are telling me right now before I forget details. I love you.

# Adrienne Rockenhaus

**From:** ROCKENHAUS CONRAD (39400480)

**Sent Date:** Friday, September 26, 2025 12:20 PM

**To:** adrienne@rockenhaus.com

**Subject:** RE: RE: Medical Update

Hey baby,

It's all good, I'm not stressed, I'll gladly relay and log every detail, it's kind of BS that they just are incompentent and allow an old disabled vet like me to remain in pain because they are just upset that I believe in the constitution still, maybe they should try reading the actual document once in a while instead of believing what someone says about it.

I honestly don't blame anyone personally anymore, I just don't think most people can think for themselves at this point, they're too used to other people thinking for them.

I love you!

# Adrienne Rockenhaus

**From:**        ROCKENHAUS CONRAD (39400480)

**Sent Date:**   Friday, September 26, 2025 7:50 PM

**To:**          adrienne@rockenhaus.com

**Subject:**     Meds Status as of Tonight

Hey Baby,

So I received a bottle of 15mg Mobic prescribed by Dr. Clark today at evening pill line by Nurse Hernandez (the one who said she was going to get to the bottom of it this morning). I didn't receive a bottle of the 2 week supply of Tylenol promised by NP Barnett on Wednesday, but that's fine, I can get that on Commissary and per BOP policy I'm supposed to order it on Commissary anyway, so I'll get it on Monday. I just wanted to let you know for the final log, I finally got some pain relievers for my freaking arthritis after a week.

I love you so very much and thank you for fighting me so hard, thank you so much!