UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

CONRAD ROCKENHAUS,

Register Number: 39400-480

FCI Milan

4000 E Arkona Rd Milan, MI 48160

Petitioner,

v.

LT. TARNESEIA PRINGLE, et al.,

Respondents.

Case No. 2:25-cv-12913 Hon. Johnathan Grey Mag. Judge Curtis Ivy Jr.

**EIGHTH SUPPLEMENTAL DECLARATION OF ADRIENNE ROCKENHAUS IN SUPPORT OF EMERGENCY PETITION FOR A WRIT OF HABAS CORPUS**

I, Adrienne Rockenhaus, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the next friend of Petitioner Conrad Rockenhaus ("Petitioner"). I submit this Eighth Supplemental Declaration to inform the Court of an immediate, dangerous, and multi-faceted escalation of retaliatory torture and criminal conduct by staff at FCI Milan, which is being orchestrated in direct response to Petitioner seeking relief from this Court.

**I. Direct Threats and Retaliation by Supervisory Staff**

2. On October 1, 2025, I was informed by Petitioner that a Lieutenant at FCI Milan had pulled him into an office. This Lieutenant explicitly stated that they "don't appreciate the public nature of everything" and directly threatened Petitioner, stating he "better not break any rules or else." This is a direct act of witness intimidation and retaliation for Petitioner's constitutionally protected right to access the courts and to free speech.

**II. Ideological Persecution by Guards with White Supremacist Tattoos**

3. I have learned from Petitioner that he is being actively harassed and tormented by multiple guards who openly display tattoos indicative of white supremacist and neo-nazi ideologies. These symbols have been identified by Petitioner and at least four other U.S. military veterans incarcerated with him.

4. The symbols include, but are not limited to: a. **The Sun Cross (or Wheel Cross):** A foundational symbol widely used by the Ku Klux Klan and other white supremacist organizations. b. **The Reichsadler:** An unambiguous WWII-era German eagle, a symbol of the Nazi regime, identified by the veterans as distinct from the American eagle.
5. As the veterans inside have confirmed, these are internationally recognized hate symbols that would result in immediate discharge from any branch of the U.S. military. Their presence on federal corrections officers creates an environment of ideologically-driven persecution.

### III. Active Criminal Conspiracy: Extortion and Assault of LGBTQ+ Inmates

6. Following the Lieutenant's threat, a new wave of violence and extortion has been deliberately allowed to flourish on Petitioner's unit, specifically targeting vulnerable LGBTQ+ inmates. **A true and correct copy of Petitioner's electronic communication detailing these events is attached hereto as Exhibit A.**
7. Most disturbingly, Petitioner has provided credible intelligence, including specific inmate nicknames and cell numbers (detailed in Exhibit A), that a corrupt Correctional Officer is an active participant in this criminal conspiracy. Petitioner has stated this officer can be seen on the facility's own video cameras deliberately unlocking the cells of specific inmates during lockdowns to allow them to exit and perpetrate these crimes.
8. Furthermore, Petitioner has now clarified that this same corrupt officer is not merely facilitating these crimes but is a direct perpetrator, **personally participating in the physical assault of these LGBTQ+ inmates, on camera.** This is a federal employee committing felony hate crimes with the full knowledge and implicit sanction of his superiors.

### IV. Targeted Disability Discrimination

9. On the morning of October 2, 2025, staff at FCI Milan engaged in a new, direct act of retaliatory torture targeting Petitioner's known, service-connected disabilities. Petitioner informed me that guards entered the computer lab on his unit and removed every single chair.
10. Petitioner suffers from severe, chronic back conditions resulting from multiple surgeries during his military service. He requires seating to perform tasks for any significant length of time. The removal of the chairs is not a generalized policy but a calculated act designed to physically prevent him from using the computer lab, a critical resource for legal work and communication. This constitutes a clear violation of his Eighth Amendment rights and the Americans with Disabilities Act (ADA).

### CONCLUSION

11. The events detailed herein are not isolated incidents. They represent a coordinated, rapidly escalating campaign of witness intimidation, ideological persecution, criminal conspiracy, and targeted disability discrimination by staff at FCI Milan. These actions are designed to torture Petitioner and punish him for seeking relief from this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2025

*A. Rockenh—* (signature)

Adrienne Rockenhaus (next friend)

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, October 2, 2025, I will serve a true and correct copy of the foregoing Eighth Supplemental Declaration by placing it in the U.S. Mail, postage prepaid, addressed to the following parties:

Office of the United States Attorney Eastern District of Michigan Attn: Corinne M. Lambert 211 W. Fort Street, Suite 2001 Detroit, MI 48226

Warden FCI Milan 4000 East Arkona Road Milan, MI 48160

Lt. Pringle Livingston County Jail 150 S. Highlander Way Howell, MI 48843

# EXHIBIT J

# Adrienne Rockenhaus

| | |
|---|---|
| **From:** | ROCKENHAUS CONRAD (39400480) |
| **Sent Date:** | Wednesday, October 1, 2025 9:05 AM |
| **To:** | adrienne@rockenhaus.com |
| **Subject:** | C Tattoos |

Hey Baby,

The Tattoos that these two individuals are displaying could be described as:

A reddish circle with dividing lines, kind of like a pizza, but not completely circular, I think it's called a Christopher's something, it's a Christian nationalism or white pride thing I believe

Two darkened "in the shadows" figures that look like hockey, but they're not hockey players

Two eagle crests, but they are more like the old world war two German eagles, not the US Eagles, because they lack the olive branches, arrows, and stars.

Hopefully these descriptions are enough to look these tattoos up so you should be able to see what I'm talking about.

For some reason, people confuse them for military tattoos, but the four veterans that I chill with (we all asked each other the standard verification questions so we all know we're the real deal, and they kind of rally behind me I guess for some reason, it's weird, I think it's because I served the longest) we all know what those tattoos really f'in are baby, and when we were in, getting them would of gotten you kicked out, immediately, don't pass go, don't get any bene's, bye bye.

## Adrienne Rockenhaus

---

**From:** ROCKENHAUS CONRAD (39400480)

**Sent Date:** Wednesday, October 1, 2025 6:08 PM

**To:** adrienne@rockenhaus.com

**Subject:** C Latest Intel On Ext Ring

Hey Baby,

So, since I got pulled into the office and asked to shut up, the following occurred during the day (please note, the three digit numbers are the assigned cell numbers, they are used to identify the nick names of individuals):

215 - Yey (Replaced 236 C4 as the lead extorter of the GBT men after he was moved off the unit Saturday after morning count) sent his lead soldier lil' bro (103) to assault 202-T (who was previously assaulted by 236 C4) in an attempt to resume extortion. 215 - Yey apparently was told that I couldn't do anything to stop any further extortion on the unit.

There's a corrupt CO that can be seen on the video cameras unlocking 215, 103, and 236 at various times during lockdowns to shakedown the gay inmates and assault them.

I love you, you're my queen ;)>

## Adrienne Rockenhaus

| | |
|---|---|
| **From:** | ROCKENHAUS CONRAD (39400480) |
| **Sent Date:** | Thursday, October 2, 2025 7:36 AM |
| **To:** | adrienne@rockenhaus.com |
| **Subject:** | So, there's no chairs now |

in the computer room the day after I file a complaint regarding the lack of chairs in here and how that violates the ADA. I love you. You're the most perfect wife, I just wanted you to know that ;=>)