**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN**

CONRAD ROCKENHAUS,

Register Number: 39400-480

FCI Milan 4000 E Arkona Rd

Milan, MI 48160

Petitioner,

v.

LT. TARNESEIA PRINGLE, et al., Respondents.



Case No. 2:25-cv-12913 Hon. Johnathan Grey Mag. Judge Curtis Ivy Jr.

# EMERGENCY

### NINTH SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

I, Adrienne Rockenhaus, next of friend to Conrad Rockenhaus, declare under penalty of perjury that the following is true and correct:

This Ninth Supplemental Declaration is filed on an emergency basis to inform the Court of a life-threatening, retaliatory assault on Petitioner Conrad Rockenhaus and to document a complete breakdown of order and an active criminal conspiracy run by staff within FCI Milan.

### I. THE SURRENDER AND PERJURY OF COUNSEL

1. On October 2, 2025, after weeks of refusing to withdraw and thereby creating the Sixth Amendment crisis at the heart of this Petition, attorney Marc R. Lakin filed a Motion to Withdraw. This motion is a direct result of the public and professional pressure brought to bear against his unethical conduct. A true and correct copy of this motion is attached as **Exhibit K**.
2. Mr. Lakin's motion contains a material falsehood made under penalty of perjury. He states, "While defense counsel was on vacation out of the country, Rockenhaus began making demands for defense counsel to withdraw."
3. This statement is demonstrably false. As proven by Mr. Lakin's own text messages, on August 20-21, 2025—the very days the demands for his withdrawal began—Mr. Lakin stated he was "in the Redford area" and "heading to my office" in Michigan. He was not out of the country. He has lied to this Court. True and correct copies of these text messages are attached as **Exhibit L**.

## II. RETALIATORY ASSAULT AND THE PLACING OF A "KILL TAG"

4. On the afternoon of October 2, 2025, mere hours after this Court was notified of retaliatory threats and the presence of neo-nazi guards, Petitioner was physically assaulted in the computer lab at FCI Milan.
5. The assault was direct, foreseeable retaliation for his whistleblowing activities. The perpetrators were inmates involved in the felony extortion racket that Petitioner had exposed.
6. The method of the assault was the placing of a "kill tag." The inmates spread the false rumor that Petitioner is a child molester to incite violence against him. This is the most dangerous accusation an inmate can face and is a direct threat to his life. This is the "or else" the lieutenant was referring to.
7. As a result, Petitioner can no longer safely access the computer lab, a place with no obvious camera surveillance, which is essential for working on his own legal defense.

## III. THE CRIMINAL CONSPIRACY AT FCI MILAN

8. Through direct communication, Petitioner has provided sworn intelligence from inside FCI Milan exposing a vast criminal conspiracy facilitated by and participated in by BOP staff.
9. This conspiracy includes, but is not limited to:
   a. a. **An Active Extortion Racket:** A criminal enterprise is being allowed to flourish, where powerful inmates extort and abuse vulnerable members of the LGBTQ+ community.
   b. b. **A Corrupt Guard Facilitating Hate Crimes:** Petitioner has identified a BOP Correctional Officer who is captured on video surveillance not only facilitating this racket but personally participating in the physical assault of LGBTQ+ inmates.
   c. c. **Ideological Persecution by Extremists:** Petitioner has identified two BOP guards, **CRENSHAW** and **ZELINSKI**, who display white supremacist/neo-nazi tattoos and are actively targeting him.
   d. d. **Targeted Retaliation Against a Disabled Veteran:** On the morning of October 2, 2025, guards deliberately removed all chairs from the computer lab to prevent Petitioner, a 100% disabled veteran with service-connected back injuries, from being able to sit and use the computers.
10. Attached as **Exhibit M** are true and correct copies of emails from Petitioner detailing the names of the guards and confirming the on-camera evidence of the assault.

## IV. THE "GOOD COP" THREAT: A CONFESSION OF GUILT

11. Following this assault, Petitioner was pulled aside by a different BOP lieutenant for a "heart to heart." This lieutenant, appealing to their shared military background, advised Petitioner to "stay in his lane" and "focus on getting home."
12. This was not an act of kindness. It was a manipulative threat and an act of witness tampering. It was a direct admission from BOP management that they are aware of the

illegal activities and that they want Petitioner to stop reporting them. It was a thinly veiled threat: *your safety is contingent upon your silence.*

For these reasons, Petitioner is in imminent, mortal danger. His life is being threatened by a criminal conspiracy run by the very individuals who are sworn to protect him. I implore this Court to take immediate emergency action to ensure his safety, including an immediate transfer to a safe and appropriate facility, before he is murdered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 3, 2025

*A. Rockenh___*

Adrienne Rockenhaus, Next of Friend

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, October 3, 2025, I will serve a true and correct copy of the foregoing Emergency Ninth Supplemental Declaration by placing it in the U.S. Mail, postage prepaid, addressed to the following parties:

Office of the United States Attorney Eastern District of Michigan Attn: Corinne M. Lambert 211 W. Fort Street, Suite 2001 Detroit, MI 48226

Warden FCI Milan 4000 East Arkona Road Milan, MI 48160

Lt. Pringle Livingston County Jail 150 S. Highlander Way Howell, MI 48843

*A. Rockenh___*

Adrienne Rockenhaus, Next of Friend

**INDEX OF EXHIBITS**

**Exhibit K:** Motion to Withdraw as Counsel, filed by Marc R. Lakin on October 2, 2025.

**Exhibit L:** Text message records from August 20-21, 2025, contradicting Mr. Lakin's sworn statements.

**Exhibit M:** Emails from Petitioner dated October 2, 2025, identifying guards by name and confirming the retaliatory assault was recorded on camera.

# EXHIBIT K

Exhibit K

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Conrad Rockenhaus,

    Defendant.

Case No. 23-cr-20701

HON. STEPHEN J. MURPHY

---

### Defense Counsel's Motion to Withdraw as Counsel

Defense counsel, Marc R. Lakin, moves this Honorable Court to allow him to withdraw from representing Defendant Conrad Rockenhaus, under the Michigan Rules of Professional Conduct, E.D. Mich. LCrR 57.1(a), E.D. Mich. LR 83.22(b), and E.D. Mich. LR 83.25(b)(2), and to appoint substitute counsel.

    Respectfully submitted,

    /s/ *Marc R. Lakin*
    MARC R. LAKIN (P41147)
    Lakin Law, PLLC
    Attorney for Defendant
    210 S. Old Woodward, Ste. 220
    Birmingham, MI 48009-3636
    (248) 723-1199
    marclakin@mac.com

Dated: OCTOBER 2, 2025

# Brief in Support of
# Defense Counsel's Motion to Withdraw as Counsel

Defendant Rockenhaus retained attorney Marc Lakin for representation in this supervised release case, and defense counsel entered his appearance on March 6, 2025. (ECF No. 6).

Defense counsel appeared at the initial hearing on March 6, 2025, and obtained a bond with conditions for Rockenhaus until the violation hearing. Defense counsel also appeared for the May 13, 2025 violation hearing where Rockenhaus admitted guilt for violating the conditions of his supervised release, and sentencing was scheduled for September 30, 2025. Sentencing has been adjourned to October 7, 2025.

After the May 13, 2025 violation hearing, there was a breakdown of the attorney-client relationship:

1. While defense counsel was on vacation out of the country, Rockenhaus began making demands for defense counsel to withdraw;

2. Rockenhaus also demanded that defense counsel cease all contact or communication with him;

3. On August 21, 2025 and August 27, 2025, Rockenhaus filed two *pro se* motions asking for the appointment of counsel and defense counsel's removal (ECF No. 14 and 15), both were stricken;

4. Rockenhaus also created a website accusing defense counsel of various misconduct, which defense counsel denies (https://rockenhaus.com/the-role-of-attorney-marc-r-lakin-p41147-in-a-constitutional-crisis/; last accessed on September 24, 2025); and,

5. Rockenhaus has filed a formal grievance against defense counsel with the Michigan Attorney Grievance Commission. *Id.*

"The Rules of Professional Conduct adopted by the Michigan Supreme Court ... apply to members of the bar of this court and attorneys who practice in this court...." E.D. Mich. LR 83.22(b). The relevant part of the Michigan Rules of Professional Conduct, MRPC 1.16 "Declining or Terminating Representation," sets forth the following:

> (b) [A] lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, or if:
>
> * * *
>
> (3) the client insists upon pursuing an objective that the lawyer considers ... imprudent;
>
> * * *
>
> (5) the representation ... has been rendered unreasonably difficult by the client; or
>
> (6) other good cause for withdrawal exists.
>
> [MRPC 1.16(b)(3), (5)–(6).]

Defendant Rockenhaus's legal interests will not be adversely affected by counsel's withdrawal. Also, withdrawal will not "unduly delay trial of the case, or be unfairly prejudicial to any party, or otherwise not be in the interest of justice." E.D. Mich. LCrR 57.1(d).

Counsel has notified has served Rockenhaus a copy of this Motion as described in the attached Certificate of Service and in compliance with E.D. Mich. LCrR 57.1(d).

WHEREFORE, Defense counsel moves this Honorable Court to grant this Motion and order the immediate withdrawal of attorney Marc R. Lakin from the representation of Defendant Conrad Rockehaus and to appoint new counsel for Defendant.

Respectfully submitted,

/s/ *Marc R. Lakin*
MARC R. LAKIN (P41147)
Lakin Law, PLLC
Attorney for Defendant
210 S. Old Woodward, Ste. 220
Birmingham, MI 48009-3636
(248) 723-1199
marclakin@mac.com

Dated: OCTOBER 2, 2025

## Certificate of Service

I certify that on OCTOBER 2, 2025, the above Motion was filed with the Clerk of the Court using the CM/ECF system, which served the document(s) to the parties of record.

I further certify that on OCTOBER 2, 2025, I mailed a copy of the above Motion to Defendant Conrad Rockenhaus at MILAN DETENTION FACILITY, P.O. BOX 1000, MILAN MICHIGAN 48160.

/s/ *Marc R. Lakin*
MARC R. LAKIN (P41147)
Attorney for Defendant

# EXHIBIT L

Exhibit L

8:08  

 

Marc

Wed, Aug 20 at 8:20 PM

> Hello, there is another warrant for Conrad in Pacer, weren't they supposed to call you first? They're making up bogus violations again

Yes, and I read the warrant and they want to lock him up. These apparently are the same allegations that were made a couple months ago. When I called you, you told me you had it handled.

I think you're going to be needing my services

But first, I think it would be wise if you were in my office on Friday

Or I will be in the Redford area tomorrow morning around 11 o'clock

\+    iMessage

**Marc**

Thu, Aug 21 at 7:21 AM

I am heading to my office as we discussed to deal with your case. Have you received the invoice from last night and have you paid it?

I did not hear from you and you did not pay the invoice so I'm assuming that you are getting a different lawyer… Good luck

> You actually need to file a motion to withdraw from my husband's case per the FD. Please do that as soon as possible.

> **Request for Appt of FD - Google Docs.pdf**
> PDF Document · 49 KB

> This has been submitted to the court as of right now.

# EXHIBIT M

Exhibit M

## Adrienne Rockenhaus

| | |
|---|---|
| **From:** | ROCKENHAUS CONRAD (39400480) |
| **Sent Date:** | Thursday, October 2, 2025 3:21 PM |
| **To:** | adrienne@rockenhaus.com |
| **Subject:** | C Incident is on Camera |

Hey Baby,

The incident that I reported to you is on camera in the computer room, I was told that there is a recording of it. I love you baby, I love you very much and I miss you terribly! I'm safe and being very safe and secure, don't worry.

# Adrienne Rockenhaus

| | |
|---|---|
| **From:** | ROCKENHAUS CONRAD (39400480) |
| **Sent Date:** | Thursday, October 2, 2025 11:52 AM |
| **To:** | adrienne@rockenhaus.com |
| **Subject:** | RE: RE: C Tattoos |

The COs names were CRENSHAW and ZELINSKI