

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

CONRAD ROCKENHAUS, Petitioner

Register Number: 39400-480 FCI Milan 4000 E Arkona Rd Milan, MI 48160,

v.

LT. TARNESEIA PRINGLE, et al., Respondents.

Case No. 2:25-cv-12913 Hon. Johnathan Grey Mag. Judge Curtis Ivy Jr.

EMERGENCY TENTH SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

I, Adrienne Rockenhaus, next of friend to Conrad Rockenhaus, declare under penalty of perjury that the following is true and correct:

This Tenth Supplemental Declaration is filed on an emergency basis to inform the Court of a coordinated conspiracy by BOP staff to tamper with a federal witness (Petitioner) and to present new, irrefutable evidence that the U.S. Marshals Service deliberately fabricated Petitioner's criminal history to justify their violent and unconstitutional actions.

I. WITNESS TAMPERING AND OBSTRUCTION AT FCI MILAN

1. On the evening of October 2, 2025, following the retaliatory assault detailed in the Ninth Declaration, Petitioner's communications were severed. In an email sent just before this occurred, he detailed the events leading to the communication blackout. A true and correct copy of this email is attached as **Exhibit N**.
2. In this email, Petitioner states, **"...they are not happy with my intelligence and the tweets and told me to stop relaying things and I agreed..."** This is a direct confession from the victim that BOP staff illegally ordered him to stop reporting their criminal conduct. This is a blatant act of witness tampering.
3. Petitioner continues, **"...I think I have been cut off from calling you..."** This confirms that after he was threatened, his ability to communicate with his family and next of friend was severed. This is a deliberate and illegal obstruction of his access to counsel and aid.
4. This sequence of events proves the subsequent visit from the "good cop" lieutenant was not a random act of kindness, but the culmination of a multi-step conspiracy to threaten, silence, and isolate a federal witness.

II. THE FABRICATED CRIMINAL HISTORY: A PREMEDITATED CONSPIRACY

5. Through a FOIA request, we have obtained the U.S. Marshals Service "Individual Custody/Detention Report" for Petitioner. This document contains a maliciously and

demonstrably fabricated criminal history. A true and correct copy of the relevant pages from this report is attached as **Exhibit O**.

6. On page 11 of this official report, the U.S. Marshals Service falsely claims Petitioner has the following felony history:
   - ○ **Burglary/Larceny/Theft:** 1 Arrest, 1 Conviction.
   - ○ **Forgery/Fraud:** 4 Arrests, 3 Convictions.

7. These are profane lies. Petitioner has **zero** such convictions. This false history appears to be a malicious exaggeration of a single, dismissed charge for a bad check from many years ago.

8. The report also lists two arrests for **"Failure to Appear."** This is a particularly cynical lie, as the failure to appear was for the aforementioned dismissed charge, and the reason he "failed" to appear was because he was already a captive in the government's own federal jail for three years **pre-trial** in Texas, a fact his attorney at the time failed to address. They have charged him with the crime of not being free while they themselves were imprisoning him.

9. Critically, the date this false history was compiled is listed on the report as **"04/29/2025"**—the exact same day that U.S. Probation Supervisor Jeffry Konal authored the fraudulent "absconder" warrant. This is the divine proof that the fabrication of Petitioner's history was a premeditated act, part of a coordinated conspiracy to paint him as a career criminal to justify the Coven's escalating campaign of terror.

For these reasons, it is now proven that the very foundation of the government's entire posture in this case is a fiction they themselves created. They are persecuting a man based on a criminal history they invented. This, combined with the active and ongoing witness tampering at FCI Milan, places Petitioner in a position of intolerable and unconstitutional danger. I implore this Court to act.

I declare under penalty of perjury that the foregoing is true and correct. Executed on: October 6, 2025

*a Rockenh*

Adrienne Rockenhaus, Next of Friend

**INDEX OF EXHIBITS**

**Exhibit N:** Email from Petitioner dated October 2, 2025, documenting witness tampering and the illegal obstruction of his communications by BOP staff.

**Exhibit O:** U.S. Marshals Service Individual Custody/Detention Report (2025-USMS-FOIA-PA-000489), showing a fabricated criminal history compiled on April 29, 2025.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, October 6, 2025, I will serve a true and correct copy of the foregoing Emergency Tenth Supplemental Declaration by placing it in the U.S. Mail, postage prepaid, addressed to the following parties:

Office of the United States Attorney Eastern District of Michigan Attn: John K. Neal & Corinne M. Lambert 211 W. Fort Street, Suite 2001 Detroit, MI 48226

Warden FCI Milan 4000 East Arkona Road Milan, MI 48160

Lt. Pringle Livingston County Jail 150 S. Highlander Way Howell, MI 48843

Adrienne Rockenhaus, Next of Friend

# EXHIBIT N

# Adrienne Rockenhaus

---

**From:**        ROCKENHAUS CONRAD (39400480)

**Sent Date:**   Thursday, October 2, 2025 6:50 PM

**To:**          adrienne@rockenhaus.com

**Subject:**     NONE OF THE PHONE NUMBERS ARE WORKING

Baby,

I'm trying to call you at 734-585-6277 and it rings once and it instantly clicks for the past few hours and ████████████ and it does the same thing. I am also trying to call my mom at ███████████ just to let you know that I'm okay and that number just rings and rings and there's no answer. Please let me know how I can contact you because I think I have been cut off from calling you they are not happy with my intelligence and the tweets and told me to stop relaying things and I agreed I just want to be able to speak with my wife. I love you and I miss you. I will try calling again before lockdown if I can get a phone back but I'm not sure if I will be able to I love you.

# EXHIBIT O

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 129 Individual Custody/Detention Report**
Printed on 09/25/2025

**Name**
**ROCKENHAUS, CONRAD**

| **USMS #** | **FBI #** | **UCN** | **SSN** | **Alien #** |
|---|---|---|---|---|
| 39400-480 | (b)(7)(E) | 322202LD1 | (b)(6) | |

**Current Physical Custody Status**
In - Remanded - Judge Ordered - E/MI - DETROIT - FCI MILAN DETENTION CENTER

| **Height** | **Weight** | **Race** | **Hair** | **Eye Color** |
|---|---|---|---|---|
| 6'01" | | W | | BRO |
| **DOB** | **Age** | **Sex** | | |
| 02/03/1982 | 43 | M | | |

PHOTO DATE: 09/04/2025

---

**HIGH-LEVEL CAUTION DATA**

**Security**
🔒 Use Of Force

**Medical Conditions**
🩹 Asthma
🩹 Diabetic
🩹 Drug Abuse
🩹 Heart or Circulatory Diseases
🩹 Medication Required
🩹 Seizures
🩹 Suicidal Tendencies (past and present)

**Handicaps**

**External Medical Devices**

---

**OTHER IDENTITY DATA**

| Name | Source | Source District | Date Created |
|---|---|---|---|
| ROCKENHAUS, CONRAD ALLEN | NGI | DETROIT | 05/06/2025 |
| ROCKENHAUS, CONRAD ALLEN | NGI | | 11/19/2021 |

---

**SUPPLEMENTAL PERSONAL DATA**

| **DOB** | **SSN** | :Alias |
|---|---|---|
| 02/03/1982 | (b)(6) (b)(7)(C) | (b)(7)(F) |

**Addresses**
2468 Fernwood Ave, Ann Arbor, MI, 48104, USA
(b)(6) (b)(7)(C)

**Phone Numbers**
(b)(6) (b)(7)(C)

**Places of Birth**
US

**Miscellaneous Numbers**
No Miscellaneous Numbers On Record

**DNA**

| Test Date | Deputy | Kit Number | Note |
|---|---|---|---|
| | | E20192420000000143971 | |

---

**ACTIVE CUSTODY DATA**

| Current Owning District | Current District Office | Custody Start Date |
|---|---|---|
| E-MI | DETROIT | 05/05/2025 |

---

**PHYSICAL CUSTODY STATUS HISTORY**

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 129 Individual Custody/Detention Report**
Printed on: 09 25 2025

| Custody Status | Detention Status | Additional Custody Information | Start Date | End Date |
|---|---|---|---|---|
| In | Remanded - Judge Ordered | | 05 06 2025 | |
| Out | On Bond | | 05 06 2025 | 05 06 2025 |
| In | On Bond | Awaiting Outprocessing | 05 06 2025 | 05 06 2025 |
| In | Arrested | | 05 05 2025 | 05 06 2025 |

**ACTIVE DETAINERS**

No Active Detainers On Record

**COURT CASE**

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| 2:2023-CR-20701 | Arrest - SupervisedReleaseViolation | Waiting Initial Appearance | Remanded - Judge Ordered | E MI | DETROIT |

| Start Date | End Date | | | | |
|---|---|---|---|---|---|
| 05 05 2025 | | | | | |

| Judge | US Attorney | Defense Attorney |
|---|---|---|
| | | |

**Arrest Information**

| Date | Agency | Location |
|---|---|---|
| 05 05 2025 | USMS | |
| 09 04 2025 | USMS | |

**Offense Information**

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 5012 | Prob Violation - See Mis | | |
| 5002 | Bail - Personal Recog | | |

**Sentence Information**

No Sentence Information On Record

**MOVEMENT REQUESTS**

| Move ID | Submit Date | Move Start Date | Hold Status |
|---|---|---|---|
| | | | |

**FACILITY DATA**

| Custody Office | Facility Name | Admit Date | Release Date | Total Days |
|---|---|---|---|---|
| DETROIT | FCI MILAN DETENTION CENTER | 09 17 2025 | | 8 |
| DETROIT | LIVINGSTON COUNTY JAIL | 09 04 2025 | 09 17 2025 | 13 |
| DETROIT | LIVINGSTON COUNTY JAIL | 05 05 2025 | 05 06 2025 | 1 |
| | | | | **Total Days In Facilities** 22 |

**MEDICAL DATA**

**Medical Conditions**

| Condition | Date Reported | Date Confirmed | Date Resolved | Remarks |
|---|---|---|---|---|
| Suicidal Tendencies (past and present) | | | | STATED HE JUST WANTS TO DIE |
| Opioid Use Disorder | 05 06 2025 | | | |
| Diabetic | 05 06 2025 | | | |
| Seizures | 05 06 2025 | | | |
| High Blood Pressure | 05 06 2025 | | | |
| Traumatic Brain Injury | 05 06 2025 | | | |
| Medication Required | 05 06 2025 | | | |
| Asthma | 09 04 2025 | | | |
| Diabetic | 09 04 2025 | | | |
| Seizures | 09 04 2025 | | | |
| High Blood Pressure | 09 04 2025 | | | |
| Traumatic Brain Injury | 09 04 2025 | | | |

**TB Assessments**

| Status | TB Assessment Date | TB Expiration | Type | Cleared |
|---|---|---|---|---|
| Expired | 09 07 2025 | 09 07 2026 | PPD | Yes |

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 129 Individual Custody/Detention Report**
Printed on 09 25 2025

---

**Immunizations**

No Immunizations On Record

**Medical Costs**

| Service Date | Vendor | Description | Cost | Voucher |
|---|---|---|---|---|
| 04 06 2020 | IHS | 12 RX | $873.11 | HQ-0420PHARMACY |
| 02 26 2020 | IHS | 4 RX | $222.62 | HQ-0220PHARMACY |
| 03 09 2020 | IHS | 10 RX | $542.80 | HQ-0320PHARMACY |
| 01 18 2020 | SINGLETON ASSOCIATES PA | 72125 72131 70450 CAT SCAN NECK SPINE HEAD | $137.85 | HERITAGE CK# 644482 |
| 01 18 2020 | OTTO KAISER MEM HOSPITAL | ED VISIT, BLOOD DRAW, SUPPLY | $3,892.50 | HERITAGE CK# 631660 |
| 01 18 2020 | OTTO KAISER HOSPITAL | A0427 A0425 AMBUL | $571.70 | HERITAGE CK# 644474 |
| 12 04 2019 | PROVIDENCE HOSPITAL | CAT SCAN HEAD BRAIN, RADIOLOGIC EXAM CHEST X2 | $60.83 | HERITAGE CK# 621510 |
| 12 04 2019 | PROVIDENCE HEALTH CENTER | 0210 0250 0258 0270 0271 0300 0301 0309 0324 0350 0410 0450 0460 | $8,574.75 | HERITAGE CK# 638372 |
| 12 05 2019 | PROVIDENCE HEALTH CENTER | 99223 | $199.88 | HERITAGE CK# 638375 |
| 12 06 2019 | PROVIDENCE HEALTH CENTER | 99233 | $102.80 | HERITAGE CK# 638376 |
| 05 07 2020 | IHS | 9 RX | $824.48 | HQ-0520PHARMACY |
| 12 04 2019 | PROVIDENCE HEALTH CENTER | 99291 31500 CRIT CARE | $362.80 | HERITAGE CK# 644487 |
| 12 05 2019 | CENTRAL TX RADIOLOGICAL ASS | RADIO EXAM | $9.14 | HERITAGE CK# 621514 |
| 12 06 2019 | CENTRAL TX RADIOLOGICAL ASS | RADIO EXAM | $9.14 | HERITAGE CK# 621523 |
| 12 11 2019 | PROVIDENCE HOSPITAL LAB | PMR LABS | $0.00 | |
| 06 11 2020 | LAB CORP | CBC, CMP & TSH | $38.97 | 673131 |
| 07 06 2020 | IHS | 12 RX | $917.89 | HQ-0720Pharmacy |
| 08 31 2020 | Lab Corp of America | HgA1c PMR 264171 | $7.81 | 689545 |
| 08 07 2020 | IHS | 10 RX | $677.78 | HQ-0820Pharmacy |
| 10 02 2020 | Bonham Smiles | Extraction of #14 PMR 273590 | $410.00 | 690433 |
| 09 01 2020 | IHS | 14 RX | $1,656.43 | HQ-0920Pharmacy |
| 10 05 2020 | IHS | 15 RX | $1,239.98 | HQ-1020Pharmacy |
| 12 11 2020 | Lab Corp of America | Labs 33451 | $52.04 | 709739 |
| 11 04 2020 | IHS | 7 RX | $743.68 | HQ-1120Pharmacy |
| 02 01 2021 | TMC Bonham Hospital | COVID Testing | $92.90 | 726630 Batch# 015-078-21 |
| 12 01 2020 | IHS | 10 RX | $1,078.04 | HQ-1220Pharmacy |
| 01 04 2021 | IHS | 13 RX | $1,348.99 | HQ-0121Pharmacy |
| 06 09 2021 | IHS | 12 RX | $897.45 | HQ-0621Pharmacy |
| 07 06 2021 | IHS | 11 RX | $862.87 | HQ-0721Pharmacy |
| 08 11 2021 | Laboratory Corp of America | CBC, CMP, Fasting Lipids, HgA1c 62718 | $67.25 | 785519 Batch#049-078-21 |
| 05 17 2021 | IHS | 15 RX | $1,060.91 | HQ-0521Pharmacy |
| 08 06 2021 | IHS | 12 RX | $1,008.89 | HQ-0821Pharmacy |
| 09 02 2021 | IHS | 10 RX | $850.84 | HQ-0921Pharmacy |
| 10 04 2021 | IHS | 18 RX | $1,448.74 | HQ-1021Pharmacy |
| 11 04 2021 | IHS | 2 RX | $81.93 | HQ-1121Pharmacy |
| 04 07 2022 | Lab Corp of America | CBC, CMP, Lipid Panel, TSH 64100 - 03 | $47.25 | 858948 Batch# 031-078-22 |
| 04 17 2022 | Concord Radiology | ER Visit 68744 | $40.14 | 862266 Batch# 033-078-22 |
| 04 11 2022 | Lab Corp of America | HGB Glycated | $8.13 | 862263 Batch# 033-078-22 |
| 04 17 2022 | TMC Bonham Hospital | ER Visit 68744 | $1,052.05 | 867889 Batch 035-078-22 |
| 04 17 2022 | Texoma Emergency Phys., LLC | ER Visit 68744 | $118.33 | 867893 Batch 035-078-22 |
| 07 07 2022 | Lab Corp of America | CBC, Lipid Panel, HgBA1C, T4, TSH, Lithium 107319-24 | $51.42 | 892164 Batch# 042-078-22 |
| 08 04 2022 | Lab Corp of America | CMP and Lipid Panel 114091-92 | $17.66 | 902200 Batch# 046-078-22 |

**Infectious Disease Assessments**

No Infectious Disease Assessments On Record

**DETAILED CAUTIONS**

---

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 129 Individual Custody/Detention Report**
Printed on 09 25 2025

**Separatees**

No Separatees On Record

**Co-Defendants**

No Co-Defendants On Record

**INCIDENTS**

| Date | Incident ID | Type | Reporting Office | Incident Group ID |
|---|---|---|---|---|
| 12 04 2019 | INCID-20-4757 | NonCompliance | | |
| 04 17 2022 | INCID-22-7562 | MedicalEmergency | | |
| 09 04 2025 | INCID-25-13892 | MedicalEmergency | | |
| 09 04 2025 | INCID-25-13860 | TacticalBreach | | |
| 09 04 2025 | INCID-25-13861 | UseOfForce | | |

**PRIOR CUSTODY 1**

**PHYSICAL CUSTODY STATUS HISTORY**

| Custody Status | Detention Status | Additional Custody Information | Start Date | End Date |
|---|---|---|---|---|
| Out | Resolved | | 10 05 2022 | 10 05 2022 |
| In | Remanded - Judge Ordered | | 11 18 2021 | 10 05 2022 |
| Out | On Bond | | 11 17 2021 | 11 18 2021 |
| In | Remanded - Judge Ordered | | 07 29 2020 | 11 17 2021 |
| In | WT-CASE-RESOLVE | | 02 06 2020 | 07 29 2020 |
| In | RC-TRANSFER | | 02 06 2020 | 02 06 2020 |
| In | TRANSFERRED | | 02 06 2020 | 02 06 2020 |
| In | WT-TRANSFER | | 12 04 2019 | 02 06 2020 |
| In | RC-TRANSFER | | 12 04 2019 | 12 04 2019 |
| In | READMIT | | 12 04 2019 | 12 04 2019 |
| Out | RL-BOND | | 08 29 2019 | 12 04 2019 |
| In | WT-CASE-RESOLVE | | 08 29 2019 | 08 29 2019 |
| In | RC-TRANSFER | | 08 29 2019 | 08 29 2019 |
| In | TRANSFERRED | | 08 22 2019 | 08 29 2019 |
| In | WT-TRANSFER | | 08 22 2019 | 08 22 2019 |
| In | READMIT | | 08 22 2019 | 08 22 2019 |
| Out | RL-BOND | | 08 22 2019 | 08 22 2019 |
| In | WOR-INITIAL-APPEARANCE | | 08 22 2019 | 08 22 2019 |

**COURT CASE**

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| 4 19-CR-00181 | Arrest - Indictment | Resolved | Resolved | E-TX | SHERMAN |

| Start Date | End Date |
|---|---|
| 08 22 2019 | 10 05 2022 |

| Judge | US Attorney | Defense Attorney |
|---|---|---|
| MAZZANT, AMOS L | | |

**Arrest Information**

| Date | Agency | Location |
|---|---|---|
| 08 22 2019 | FBI | HEWITT TX, |
| 11 18 2021 | | |

**Offense Information**

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 5013 | Condit Release Violation | Dismissed Without Prejudice | |
| 2609 | Fraud and Abuse - Computer | Plead Guilty | INTENTIONAL DAMAGE TO A PROTECTED COMPUTER |

**Sentence Information**

| Date | Type | Duration | Appeal Date |
|---|---|---|---|
| 09 06 2022 | Imprisonment | 0 years 40 months 0 days | |

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 129 Individual Custody/Detention Report**
Printed on 09 25 2025

---

**COURT CASE**

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| 6 2021-MJ-00255 | Arrest - Bond Violation | Committed to Another District | Resolved | W TX | WACO |

| Start Date | End Date |
|---|---|
| 11 18 2021 | 02 18 2022 |

| Judge | US Attorney | Defense Attorney |
|---|---|---|

**Arrest Information**

| Date | Agency | Location |
|---|---|---|
| 11 18 2021 | | |
| 11 18 2021 | USMS | |

**Offense Information**

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 5013 | Condit Release Violation | | |

**Sentence Information**

No Sentence Information On Record

---

**FACILITY DATA**

| Custody Office | Facility Name | Admit Date | Release Date | Total Days |
|---|---|---|---|---|
| SHERMAN | FANNIN COUNTY DETENTION CENTER | 09 30 2022 | 10 05 2022 | 5 |
| SHERMAN | CIMARRON CORRECTIONAL FACILITY | 09 08 2022 | 09 30 2022 | 22 |
| PLANO | FANNIN COUNTY DETENTION CENTER | 09 01 2022 | 09 08 2022 | 7 |
| PLANO | CIMARRON CORRECTIONAL FACILITY | 08 19 2022 | 09 01 2022 | 13 |
| PLANO | FANNIN COUNTY DETENTION CENTER | 06 07 2022 | 08 19 2022 | 73 |
| SHERMAN | CIMARRON CORRECTIONAL FACILITY | 05 13 2022 | 06 07 2022 | 25 |
| SHERMAN | FANNIN COUNTY DETENTION CENTER | 03 03 2022 | 05 13 2022 | 71 |
| JPATS | GRADY COUNTY JAIL | 02 18 2022 | 03 03 2022 | 13 |
| WACO | JACK HARWELL DETENTION CENTER | 11 18 2021 | 02 18 2022 | 92 |
| SHERMAN | HENDERSON COUNTY JAIL | 09 28 2021 | 11 16 2021 | 49 |
| SHERMAN | FANNIN COUNTY DETENTION CENTER | 05 07 2021 | 09 28 2021 | 144 |
| JPATS | FMC FORT WORTH | 02 01 2021 | 02 01 2021 | 1 |
| SHERMAN | FCI FORT WORTH DETENTION CENTER | 02 01 2021 | 05 07 2021 | 95 |
| SHERMAN | FANNIN COUNTY DETENTION CENTER | 02 06 2020 | 02 01 2021 | 361 |
| WACO | KARNES COUNTY CORRECTIONAL CENTER | 02 01 2020 | 02 06 2020 | 5 |
| WACO | KARNES COUNTY CORRECTIONAL CENTER | 01 14 2020 | 02 01 2020 | 18 |
| WACO | JACK HARWELL DETENTION CENTER | 12 10 2019 | 01 14 2020 | 35 |
| WACO | MCLENNAN COUNTY JAIL | 12 06 2019 | 12 10 2019 | 4 |
| WACO | JACK HARWELL DETENTION CENTER | 12 04 2019 | 12 06 2019 | 2 |
| SHERMAN | CELL BLOCK | 08 29 2019 | 08 29 2019 | 1 |
| WACO | BOND | 08 22 2019 | 08 22 2019 | 1 |
| WACO | CELL BLOCK | 08 22 2019 | 08 22 2019 | 1 |

**Total Days In Facilities**
1038

---

**RESTRICTIVE HOUSING**

| Custody Office | Facility Name | Date In | Date Out | Total Days | Placement Reason | Categories |
|---|---|---|---|---|---|---|
| WACO | JACK HARWELL DETENTION CENTER | 01 27 2022 | 02 18 2022 | 22 | Disciplinary Segregation | Disturbance |

---

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI

**U.S. Department of Justice**
United States Marshals Service

**USM 130 Prisoner Custody Alert Notice**
Printed on 09/25/2025



**Name**
ROCKENHAUS, CONRAD

| | | | | |
|---|---|---|---|---|
| **USMS #**<br>39400-480 | **FBI #** | **UCN**<br>322202LD1 | **SSN** | **Alien #** |

**Current Physical Custody Status**
In - Remanded - Judge Ordered - E/MI - DETROIT - FCI MILAN DETENTION CENTER

| **Height**<br>6'01" | **Weight** | **Race**<br>W | **Hair** | **Eye Color**<br>BRO |
|---|---|---|---|---|
| **DOB**<br>02/03/1982 | **Age**<br>43 | **Sex**<br>M | | |

PHOTO DATE: 09/04/2025

---

**HIGH-LEVEL CAUTION DATA**

Medical Conditions
- Asthma
- Diabetic
- Drug Abuse
- Heart or Circulatory Diseases
- Medication Required
- Seizures
- Suicidal Tendencies (past and present)

**Security**
- Use Of Force

**Handicaps**

**External Medical Devices**

---

**DETAILED CAUTION DATA**

**Security**

| Caution | Source | Start Date | End Date |
|---|---|---|---|
| Use Of Force | Incident | 09/04/2025 | |

**JDIS Cautions**
No JDIS Cautions On Record

**Medical Conditions**

| Condition | Date Reported | Date Confirmed | Date Resolved | Remarks |
|---|---|---|---|---|
| Suicidal Tendencies (past and present) | | | | STATED HE JUST WANTS TO DIE |
| Opioid Use Disorder | 05/06/2025 | | | |
| Diabetic | 05/06/2025 | | | |
| Seizures | 05/06/2025 | | | |
| High Blood Pressure | 05/06/2025 | | | |
| Traumatic Brain Injury | 05/06/2025 | | | |
| Medication Required | 05/06/2025 | | | |
| Asthma | 09/04/2025 | | | |
| Diabetic | 09/04/2025 | | | |
| Seizures | 09/04/2025 | | | |
| High Blood Pressure | 09/04/2025 | | | |
| Traumatic Brain Injury | 09/04/2025 | | | |

---

**CASE DATA**

| Case # | Defense Attorney | Charges | |
|---|---|---|---|
| 2:2023-CR-20701 | | 5012 | Prob Violation - Sec Mis |
| | | 5002 | Bail - Personal Recog |

---

**DETAILED CAUTIONS**

This is sensitive information that is property of the U.S Marshals Service and shall Not be Public Released and Disseminated without U.S Marshals Service Authority.
UNCLASSIFIED/ LAW ENFORCEMENT SENSITIVE

CONTROLLED CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 130 Prisoner Custody Alert Notice**
Printed on 09 25 2025

**Separatees**

No Separatees On Record

**Gang Affiliations**

No Gang Affiliations On Record

| Receipt | |
|---|---|
| Date Received | |
| Printed Name | |
| Signature | |
| Organization | |

| Acknowledgment |
|---|
| ☐ I affirm USM-130 was delivered to facility but not signed/acknowledged |
| ☐ I affirm USM-130 was delivered to facility and was signed/acknowledged |
| **If the USM-130 was signed/acknowledged what method was used?** |
| ☐ Signature |
| ☐ Electronically |
| **Confirmed By** |
| Title |
| Name |
| Badge (if applicable) |

The information is the property of the U.S. Marshals Service, and Shall Not be Further Released or Disseminated Without a U.S. Marshals Service Authority.
UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
**United States Marshals Service**

CONRAD ROCKENHAUS (FID: (b)(7)(E) | **Subject Report**
Printed on 09 25 2025 at 12 47 EDT
Page 1 of 7

---



**ENTERED:** 09/04/2025

# ROCKENHAUS, CONRAD  `NOT IN NCIC FOR USMS`

**FID #** (b)(7)(E)
**USMS #:** 39400-480
**Sex:** Male
**Race:** White
**Height:** 6'01"
**Weight:** lbs
**DOB:** 02/03/1982

**Case Status:** Historical
**Prisoner Status:** In - Remanded - Judge Ordered - E/MI - DETROIT - FCI MILAN DETENTION CENTER
**Subject Category:**
**TOG Data Available:**
**USM-11s?** Yes
**USM-311?** No
**Has Attachments?** Yes
**Seized Items Exist?** No

## ALIAS

| SEQ. # | ALIAS | SEQ. # | ALIAS |
|---|---|---|---|
| 1 | | 5 | |
| 2 | (b)(7)(E) | 6 | (b)(7)(E) |
| 3 | | 7 | |
| 4 | | | |

## DATE OF BIRTH

| SEQ. # | DATE OF BIRTH | AGE |
|---|---|---|
| 1 | 02/03/1982 | 43 |

## PLACES OF BIRTH

| SEQ. # | COUNTRY | CITY | STATE |
|---|---|---|---|
| 1 | UNITED STATES | MILLINGTON | TENNESSEE |

## NATIONALITY

| SEQ. # | NATIONALITY |
|---|---|
| 1 | UNITED STATES |
| 2 | PHILIPPINES |

## CITIZENSHIP

| SEQ. # | COUNTRY |
|---|---|
| 1 | UNITED STATES |

## SOCIAL SECURITY NUMBER

| SEQ. # | SOCIAL SECURITY NUMBER |
|---|---|
| 1 | |
| 2 | (b)(6) (b)(7)(C) |

## MISCELLANEOUS NUMBERS

| SEQ. # | TYPE | MISCELLANEOUS NUMBER | REMARK |
|---|---|---|---|
| 1 | ORIGINATING AGENCY POLICE OR STATE IDENTIFICATION NUMBER (SID) | VA2106442J | |
| 2 | ORIGINATING AGENCY POLICE OR STATE IDENTIFICATION NUMBER (SID) | TX16044305 | |

UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
**United States Marshals Service**

**CONRAD ROCKENHAUS (FID:** ███████ **| Subject Report**
Printed on 09/25/2025 at 12:47 CDT
Page 2 of 7

---

## UCN/FBI NUMBER

| SEQ. # | UCN/FBI NUMBER |
|--------|----------------|
| 1 | 322202LD1 |

## SUBJECT DESCRIPTION

| SEQ. # | EYES | HAIR | HEIGHT | WEIGHT | SKIN | RACE | SEX |
|--------|------|------|--------|--------|------|------|-----|
| 1 | BROWN | | 6'01" | | | WHITE | MALE |
| 2 | BROWN | BROWN | 6'01" | 260 | | WHITE | MALE |

## SCARS, MARKS, TATTOOS, AND OTHER CHARACTERISTICS

| SEQ. # | SMT/DRUG USE/MEDICAL DEVICES | REMARKS |
|--------|------------------------------|---------|
| 1 | SC R HND | |
| 2 | TAT UR ARM | |
| 3 | TAT UL ARM | |
| 4 | TAT RF ARM | |
| 5 | TAT RF ARM | |

## INVESTIGATIVE CAUTIONS

| SEQ. # | CAUTION | REMARKS | ADDED BY | DATE ADDED |
|--------|---------|---------|----------|------------|
| 1 | 70 SUICIDAL | STATED HE JUST WANTS TO DIE ███████ | | 12/04/2019 |

## SECURITY CAUTIONS AND MEDICAL CONDITIONS

| SEQ. # | CAUTION | TYPE | SOURCE | START DATE | END DATE |
|--------|---------|------|--------|------------|----------|
| 1 | ASTHMA | MEDICAL | MEDICAL CONDITIONS SCREENING | 09/04/2025 | |
| 2 | DIABETIC | MEDICAL | MEDICAL CONDITIONS SCREENING | 09/04/2025 | |
| 3 | DRUG ABUSE | MEDICAL | DRUG SCREENING | 09/04/2025 | |
| 4 | HEART OR CIRCULATORY DISEASES | MEDICAL | MEDICAL CONDITIONS SCREENING | 09/04/2025 | |
| 5 | SEIZURES | MEDICAL | MEDICAL CONDITIONS SCREENING | 09/04/2025 | |
| 6 | USE OF FORCE | SECURITY | INCIDENT | 09/04/2025 | |
| 7 | DIABETIC | MEDICAL | MEDICAL CONDITIONS SCREENING | 05/06/2025 | |
| 8 | DRUG ABUSE | MEDICAL | DRUG SCREENING | 05/06/2025 | |
| 9 | HEART OR CIRCULATORY DISEASES | MEDICAL | MEDICAL CONDITIONS SCREENING | 05/06/2025 | |
| 10 | MEDICATION REQUIRED | MEDICAL | MEDICAL CONDITIONS SCREENING | 05/06/2025 | |
| 11 | SEIZURES | MEDICAL | MEDICAL CONDITIONS SCREENING | 05/06/2025 | |
| 12 | SUICIDAL TENDENCIES (PAST AND PRESENT) | MEDICAL | | | |

## ADDRESSES

| SEQ. # | ADDRESS | RELATIVE LOCATION | RELATIVE LOCATION DESCRIPTION | LATITUDE | LONGITUDE |
|--------|---------|-------------------|-------------------------------|----------|-----------|

UNCLASSIFIED/ LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
**United States Marshals Service**

**CONRAD ROCKENHAUS (FID:** ▉(b)(7)(E)▉ **| Subject Report**

Printed on 09/25/2025 at 12:47 EDT
Page 1 of 7

| | |
|---|---|
| 1 | 2468 FERNWOOD AVE, ANN ARBOR, MI, 48104, USA |
| 2 | ▉(b)(6), (b)(7)(C)▉ |
| 3 | ▉(b)(6), (b)(7)(C)▉ |
| 4 | ▉(b)(6), (b)(7)(C)▉ |

## SUBJECT PHONE NUMBERS

| SEQ. # | TYPE | COUNTRY CODE | PHONE NUMBER | EXTENSION |
|---|---|---|---|---|
| 1 | MOBILE | 1 | | |
| 2 | MOBILE | 1 | ▉(b)(6), (b)(7)(C)▉ | |
| 3 | WORK | 1 | | |
| 4 | | 1 | | |

## SUBJECT PROFILE

### Overview

| DEA Most Wanted | ATF Most Wanted | RPOT | CPOT |
|---|---|---|---|
| No | No | No | No |

### Subject Intel

| Subject Intel | Y/N |
|---|---|
| Escapee | No |
| Organized Crime | No |
| International Terrorist | No |
| Gang Member | No |
| Multiple Defendants | No |
| Planned Murder | No |
| Domestic Terrorist | No |
| Death Penalty Case | No |
| RAM SUB | No |
| Money Launderer | No |
| Firearms | No |
| Violent Offender | No |
| International Lookouts Placed | No |

### Felony History

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
**United States Marshals Service**

**CONRAD ROCKENHAUS (FID:** (b)(7)(E) **| Subject Report**

Printed on 09/25/2025 at 12:47 EDT
Page 4 of 7

| Criminal Activity | Arrests | Convictions |
|---|---|---|
| Immigration | 0 | 0 |
| Kidnapping | 0 | 0 |
| Assault/Battery | 0 | 0 |
| Burglary/Larceny/Theft | 1 | 1 |
| Weapons (Firearms) | 0 | 0 |
| Weapons (Other) | 0 | 0 |
| Forgery/Fraud | 4 | 3 |
| Homicide | 0 | 0 |
| Robbery | 0 | 0 |
| Narcotics | 0 | 0 |
| Extortion | 0 | 0 |
| Escape | 0 | 0 |
| Bond Violation | 1 | 0 |
| Failure to Appear | 2 | 0 |
| Probation Violation | 1 | 0 |

### Felony Sex Offense

| Criminal Activity | Arrests | Convictions |
|---|---|---|
| Failure to Register/Failure to Comply | 0 | 0 |
| Rape/Sex Assault | 0 | 0 |

### Remarks

**Remarks**
mental health history bi-polar and PTSD (military veteran)
CCH FBI VA TX 04/29/2025
Updated 08/21/2025 ag

## INCIDENTS

### Incidents

| SEQ. # | DATE | INCIDENT ID | INCIDENT TYPE | INCIDENT SUB-TYPE | REPORTING OFFICE | DISTRICT OF OCCURRENCE | STATUS |
|---|---|---|---|---|---|---|---|
| 1 | 12/04/2019 | INCID-20-1757 | NON-COMPLIANCE | | W/TX - WACO | W/TX | CLOSED |
| 2 | 04/17/2022 | INCID-22-7562 | MEDICAL EMERGENCY | | E/TX - PLANO | E/TX | CLOSED |
| 3 | 09/04/2025 | INCID-25-13892 | MEDICAL EMERGENCY | | E/MI - DETROIT | E/MI | ACTIVE |
| 4 | 09/04/2025 | INCID-25-13860 | TACTICAL BREACH | | E/MI - DETROIT | E/MI | ACTIVE |
| 5 | 09/04/2025 | INCID-25-13861 | USE OF FORCE | | E/MI - DETROIT | E/MI | ACTIVE |

### PICTURES/IMAGES

Seq # 2

Date Taken: 09/04/2025

Seq # 3

Date Taken: 09/04/2025

Seq # 4

Date Taken: 05/06/2025

Seq # 5

Date Taken: 05/06/2025

Seq # 6

Date Taken: 05/06/2025

Seq # 7

Date Taken: 11/19/2021

Seq # 8

Date Taken: 11/19/2021

Seq # 9

Date Taken: 11/19/2021

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
**United States Marshals Service**

**CONRAD ROCKENHAUS (FID:** ▊▊▊ **) | Subject Report**
Printed on 09/25/2025 at 12:47 EDT
Page 5 of 7

---

## NCIC INFORMATION

### SEQUENCE #1

NIC Number W882701896
**Caution** Yes
Warrant Number 2539-0821-1722-B
Date Entered 08/21/2025
Date Cleared 09/04/2025

### SEQUENCE #2

NIC Number W541771968
**Caution** Yes
Warrant Number 2539-0429-1034-D
Date Entered 04/29/2025
Date Cleared 05/06/2025

### SEQUENCE #3

NIC Number W035209302                    Hit Confirmation 11/18/2021
**Caution** Yes                          Located ORI VAUSM0000
Warrant Number 2278-1118-0585-B
Date Entered 11/18/2021
Date Cleared 11/18/2021

---

## CLOSED CASE LIST

### 2539-0821-1722-B

Sealed Warrant?              No
Originating District        E/MI - DETROIT - 039
Lead Personnel              ▊▊▊▊▊▊▊▊

#### Charge Information

Agency                      USMS
Task Force                  DFAT
Charge                      5002 - Bail - Personal Recog
Date Issued                 08/20/2025
Date Received               08/21/2025
Referred?                   No

#### Original Charge Information

Original Charge             2999 - Damage Property

#### Close Information

Date Executed               09/04/2025
Closed Date                 09/04/2025
Close Reason                A - Physical Arrest
Arresting/Closing District/Task Force    E/MI - DETROIT - 039
Close Summary               Subject was arrested by DFAT Team 3
                            on 09/04/2025. Please see the USM 11
                            for details. case closed.

### 2539-0429-1034-D

Sealed Warrant?             No
Originating District        E/MI - DETROIT - 039
Lead Personnel              ▊▊▊▊▊▊▊▊

#### Charge Information

---

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
**United States Marshals Service**

CONRAD ROCKENHAUS (FID: (b)(7)(E) | **Subject Report**
Printed on 09/25/2025 at 12:47 EDT
Page 6 of 7

| | |
|---|---|
| Agency | USMS |
| Task Force | DFAT |
| Charge | 5012 - Prob Violation - See Mis |
| Date Issued | 04/29/2025 |
| Date Received | 04/29/2025 |
| Referred? | No |

### Original Charge Information

| | |
|---|---|
| Original Charge | 2999 - Damage Property |

### Close Information

| | |
|---|---|
| Date Executed | 05/06/2025 |
| Closed Date | 05/06/2025 |
| Close Reason | A - Physical Arrest |
| Arresting/Closing District/Task Force | E/MI - DETROIT - 039 |
| Close Summary | Subject was arrested by DFAT team 4 on 05/05/2025, appeared for IA 05/06/2025. case closed. |

## 2278-1118-0585-B

| | |
|---|---|
| Sealed Warrant? | No |
| Originating District | E/TX - PLANO - F78 |
| Lead Personnel | (b)(6)  (b)(7)(C), (b)(7)(E) |

### Charge Information

| | |
|---|---|
| Agency | USMS |
| Task Force | JETF |
| Charge | 5001 - Bail - Secured Bond |
| Date Issued | 11/17/2021 |
| Date Received | 11/17/2021 |
| Referred? | No |

### Original Charge Information

| | |
|---|---|
| Original Charge | 2999 - Damage Property |

### Close Information

| | |
|---|---|
| Date Executed | 11/18/2021 |
| Close Reason | B - Directed Arrest |
| Arresting/Closing District/Task Force | W/TX - WACO - G80 |
| Close Summary | SUBJECT ARRESTED VA POLICE IN TEMPLE, TX. BOOKED INTO BELL COUNTY JAIL FOR IA ON 11-19 IN WACO, TX |

## 2078-1121-0365-J

| | |
|---|---|
| Sealed Warrant? | No |
| Originating District | E/TX - SHERMAN - B78 |
| Lead Personnel | |

### Charge Information

| | |
|---|---|
| Agency | FBI |
| Task Force | |
| Charge | 5012 - Prob Violation - See Mis |
| Date Issued | 11/21/2019 |
| Date Received | 11/21/2019 |
| Referred? | No |

### Original Charge Information

| | |
|---|---|
| Original Charge | 2999 - Damage Property |

### Close Information

UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE


**U.S. Department of Justice**
**United States Marshals Service**

**CONRAD ROCKENHAUS (FID:** ⬛⬛⬛⬛ **) | Subject Report**
Printed on 09/25/2025 at 12:47 EDT
Page 7 of 7

| | |
|---|---|
| Date Executed | 12/04/2019 |
| Close Reason | A - Physical Arrest |
| Arresting/Closing District/Task Force | E/TX - SHERMAN - B78 |
| Close Summary | ARRESTED IN WACO, TX BY USMS |

## 1978-0815-2627-J

| | |
|---|---|
| Sealed Warrant? | No |
| Originating District | E/TX - SHERMAN - B78 |
| Lead Personnel | |

### Charge Information

| | |
|---|---|
| Agency | FBI |
| Task Force | |
| Charge | 2999 - Damage Property |
| Date Issued | 08/14/2019 |
| Date Received | 08/14/2019 |
| Referred? | No |

### Close Information

| | |
|---|---|
| Date Executed | 08/22/2019 |
| Close Reason | E - Arrest by Other Agency |
| Arresting/Closing District/Task Force | E/TX - SHERMAN - B78 |
| Close Summary | ARRESTED BY FBI IN HEWITT, TX |

UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
United States Marshals Service

**USM-11-25-** (b)(7)(E)
Printed on: 09/25/2025 at 12:45 EDT
Page 1 of 1

# REPORT OF INVESTIGATION

**FID:** (b)(7)(E)
**Subject Name:** ROCKENHAUS, CONRAD
**Associated Cases:** (b)(6), (b)(7)(C)

**Type of Report:** Arrest, Close
**Reporting District:** E/MI - DETROIT
**Reported By:** (b)(6), (b)(7)(C), (b)(7)(F) Deputy US Marshal (DUSM)
**Reported Date/Time:** 08/05/2025 at 16:03 EDT
**Approved By:** (b)(6), (b)(7)(C), (b)(7)(F)
(b)(6), (b)(7)(C), (b)(7)(F)
**Approved Date/Time:** 08/06/2025 at 13:20 EDT
**BWC Footage Exists?** TFO, USMS
**BWC Footage Reviewed?** N/A

**Arrest Location**
2468 Fernwood Ave, Ann Arbor, MI, 48104, USA

The E/MI DFAT arrested ROCKENHAUS on 5-5-2025 at his house. He was observed outside getting into a vehicle and was taken into custody without incident on his probation violation charges.

ROCKENHAUS was transported to Livingston County Jail.

Case closed.

DFAT investigators present:



(b)(6), (b)(7)(C)
(b)(7)(F)

Confidentiality Note: This report contains unclassified law enforcement sensitive information and is the property of the U.S. Marshals Service. Neither it nor its contents may be disseminated outside the agency of personnel to which loaned without prior U.S. Marshals Service Authority. It is to be returned, destroyed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 U.S.C. § 552A.
UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE