4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



**FILED**

OCT 0 7 2025

**CLERK'S OFFICE
DETROIT**

Conrad Rockenhaus,

Petitioner(s),

v.

Tarneseia Pringle,

Respondent(s),

Case No. 2:25-cv-12913-JJCG-CI
Hon. Jonathan J.C. Grey

---

## NOTICE REGARDING PARTIES' RESPONSIBILITY
## TO NOTIFY COURT OF ADDRESS CHANGE

**THIS NOTICE IS A REMINDER** that you are required, pursuant to E.D. Mich. LR 11.2, to promptly file a notice with the Clerk and serve a copy of the notice on all parties whenever your address, e-mail address, phone number and/or other contact information changes. In addition, Rule 11 of the Federal Rules of Civil Procedure requires you to include your address on every document filed with the Clerk.

Failure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of your case.

Notices regarding changes to your address or other contact information should include the following:

- Your Name
- Your New Address
- Your New E-Mail Address and/or Telephone Number
- Your Case Number
- If you are a prisoner, your Inmate Number

Send your notice to the Clerk at:

United States District Court
Clerk's Office
231 Lafayette Boulevard
Detroit, Michigan 48226

Remember, your failure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of your case.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/M Sylvester
Deputy Clerk

Dated: September 18, 2025

CONRAD ROCKENHAUS
483218
204 HIGHLANDER STREET
HOWELL, MI 48843



# ELIZABETH HUNDLEY
# LIVINGSTON COUNTY CLERK

Circuit Court Clerk
204 S. Highlander Way, Suite 4
Howell, MI 48843
Phone: (517) 546-9816
circuitcourtclerk@livgov.com
colllections@livgov.com

Date: 10 / 02 / 25

File: 2:25-cv-12913-JJCG-CI

Re: Mail

To who it may concern—
    We have received the enclosed letter
to the 44th Circuit Court Clerk's office. We
have attempted to return to sender twice,
however it was brought back to our office
both times. Mr. Rockenhaus does not
reside or work at the Livingston County
Clerk's office. We wanted to notify you
as the enclosed letter will not be reaching
its intended recipient through our office.
Please reach out if we can assist further.

Thank you,
Victoria Dufour

_____, Deputy Collections Clerk

(517) 540-7611

Elizabeth Hundley
**Livingston County Clerk**
Judicial Center
204 S. Highlander Way, Suite 4
Howell, Michigan 48843-1953

GRAND RAPIDS MI 493

4 OCT 2025 PM 4 L

RECEIVED

OCT 07 2025

CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
Eastern District of MI
Office of the Clerk
231 West Lafayette Blvd Room 564
Detroit, MI 48226

48226-271839