UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONRAD ROCKENHAUS,

        Petitioner,        Case Number: 24-cv-11828
                                        Honorable Jonathan J.C. Grey

v.

TARNESEIA PRINGLE,

        Respondent.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Opinion and Order entered on this date, this cause of action is **DISMISSED**.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                        BY:  **s/Sandra Osorio**
                                   Sandra Osorio, Deputy Clerk

APPROVED:

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 18, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager
