UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

**CONRAD ROCKENHAUS**



FILED
JAN 21 2026
CLERK'S OFFICE
DETROIT

Register Number: 39400-480,

FCI Milan 4000 E Arkona Rd

Milan, MI 48160

(by and through his Next Friend,

Adrienne Rockenhaus),

Petitioner,

v.

Case No.: 2:25-cv-12913

Hon. Jonathan J.C. Grey

**LT. TARNESEIA PRINGLE, et al.,**

Respondents.

**NOTICE OF APPEAL**

Notice is hereby given that **Petitioner CONRAD ROCKENHAUS**, by and through his Next Friend Adrienne Rockenhaus, hereby appeals to the **United States Court of Appeals for the Sixth Circuit** from the:

1. **Opinion and Order Dismissing Petition for Writ of Habeas Corpus** (ECF No. 15), entered in this action on **December 18, 2025**; and

2. **Judgment** (ECF No. 16), entered in this action on **December 18, 2025**.

This appeal is timely filed pursuant to **Fed. R. App. P. 4(a)(1)(A)** and **Fed. R. App. P. 26(a)(1)(C)**, as the 30-day deadline (January 17, 2026) fell on a Saturday and the following Monday is a Federal Holiday, extending the deadline to **Tuesday, January 20, 2026**.

## ASSERTION OF "NEXT FRIEND" STATUS

The Petitioner is currently incarcerated, suffering from a severe Traumatic Brain Injury (TBI) and untreated seizures, and is being chemically restrained (Zyprexa) by custodians, rendering him physically and mentally unable to sign or file this Notice on his own behalf. Adrienne Rockenhaus re-asserts her standing as Next Friend pursuant to Whitmore v. Arkansas.

## REQUEST FOR STATUS QUO (FRAP 23(a)) WITH MEDICAL EXCEPTION

Pursuant to **Fed. R. App. P. 23(a)**, the Petitioner explicitly asserts that pending review of this decision, custody of the prisoner must not be transferred to another correctional facility. **Petitioner explicitly consents to, and demands, transfer solely to a local VA Medical Center, a local civilian Emergency Room, or home confinement for the purpose of receiving urgently needed, life-saving emergency medical treatment.**

Respectfully submitted,

*/s/ A. Rockenhaus*

Adrienne Rockenhaus

**Date:** January 17, 2026

Next Friend for Conrad Rockenhaus

734-585-6277 | <adrienne@rockenhaus.com>

35560 Grand River Ave 244

Farmington Hills, MI 48335

**CERTIFICATE OF SERVICE**

**NOTICE OF APPEAL**

I hereby certify that on this date, Jan 17, 2026, I served a true and correct copy of the foregoing document by placing it in the U.S. Mail, postage prepaid, addressed to the following:

Office of the United States Attorney Eastern District of Michigan
Attn: Corinne M. Lambert & John Neal, 211 W. Fort Street, Suite 2001
Detroit, MI 48226

Warden FCI Milan 4000 East Arkona Road Milan, MI 48160

Lt. Pringle Livingston County Jail 150 S. Highlander Way Howell, MI 48843

Dated: Jan 17, 2026

*Adrienne Rockenhaus* (signature)

Adrienne Rockenhaus
Next Friend, POA, and Designated (SSA) Representative for Conrad Rockenhaus



**PRIORITY MAIL EXPRESS®**

Click-N-Ship®

usps.com
$37.35
US POSTAGE

9472 4301 0935 5000 1886 87 0289 5001 0004 8226

U.S. POSTAGE PAID

01/17/2026
1 lb 0 oz    Mailed from 48335    091891114461758

**PRIORITY MAIL EXPRESS®**

ADRIENNE ROCKENHAUS
35560 GRAND RIVER AVE PMB 244
FARMINGTON HILLS MI 48335-3123

Created 2026-01-17
Flat Rate Envelope
RDC 07
C052

SIGNATURE REQUIRED

THEODORE LEVIN US COURTHOUSE
CLERK'S OFFICE US DISTRICT COURT
231 W LAFAYETTE BLVD
DETROIT MI 48226-2700

USPS ADULT SIG 21 OR OLDER

9472 4301 0935 5000 1886 87

EMERGENCY FILING
PLEASE OPEN IMMEDIATELY

RECEIVED
JAN 21 2026
CLERK'S OFFICE
DETROIT