UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Conrad Rockenhaus,

        Plaintiff(s),

v.                                                   Case No. 2:25−cv−12913−JJCG−CI
                                                  Hon. Jonathan J.C. Grey

Tarneseia Pringle,

        Defendant(s).

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on January 21, 2026.

                                      KINIKIA D. ESSIX, CLERK OF COURT

                                      By: s/ Carolyn M Ciesla
                                            Deputy Clerk

Dated:   January 21, 2026