United States District Court
Eastern District of Michigan
Southern Division

Conrad Rockenhaus
Petitioner

v.

Tarnescia Pringle
Respondent

F I L E D
FEB 18 2026
CLERK'S OFFICE
DETROIT

Case No 25-cv-12913
Hon. Jonathan J.C. Grey

# MOTION

Adrienne Rockenhaus filed a Habeas Corpus Petiton as a Next Friend and has since appealed the decision of this Court. I implore this Court to no longer accept any filings from Adrienne Rockenhaus as my Next Friend and Power of Attorney.

Please be advised that the Power of Attorney that I granted to her was revoked by me on 1/25/26

Respectfully Submitted,

Conrad Rocken

2/11/2026

Case 2:25-cv-12913-JJCG-CI ECF No. 19, PageID.165 Filed 02/18/26 Page 2 of 2

Conrad Rockenhaus
NAME

39400-460
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

12 FEB 2026 PM 9 L

RECEIVED
FEB 18 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

Theodore Levin United States Courthouse
Attn: Court Clerk
231 West Lafayette Boulevard, 5th Floor
Detroit, MI 48226

48226-277758