Case No. 26-1084

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CONRAD ROCKENHAUS

      Petitioner - Appellant

v.

ERIC RARDIN, Warden

      Respondent - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED,** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: February 19, 2026

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 02/19/2026.

**Case Name:**   Conrad Rockenhaus v. Eric Rardin
**Case Number:**   26-1084

**Docket Text:**
ORDER filed granting motion to dismiss voluntarily pursuant to FRAP 42(b) [7488195-2].

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Conrad Rockenhaus
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix