UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DEVISION

2

Conrad Rockenhaus
   Petitioner

v.

Tarnescia Pringle
   Respondent.



FEB 20 2026

CLERK'S OFFICE
DETROIT

25-12913

Case Number: ███████

Hon. Jonathan J.C. Grey

## MOTION FOR EMERGENCY PROTECTIVE ORDER TO RETAIN RECORDS

Petitioner Conrad Rockenhaus asks that this Honorable Court grant an Emergency Protective Order ("EPO") which orders Livingston County Jail ("LCJ") and The Bureau of Prisons ("BOP") as well as Next-Friend Adrienne Rockenhaus ("Adrienne") to retain all records from 09/07/25-present that may need to be produced for a future Motion for Sanctions/Civil and or Criminal Contempt against Adrienne that Petitioner is considering filing. Petitioner is not requesting production of these records at this time, only an order to protect and retain the requested information.

Petitioner requests that LCJ and BOP be ordered to retain all visit logs, all electronic and physical correspondence that the sent and received, all call logs and recordings, any medical records, and any other electronic and physical correspondence regarding him within the time period. Conrad requests that Adrienne be ordered to retain all electronic and physical correspondence, Social Media Posts, call logs, call recordings, voicemails, video recordings, audio recordings, financial documents, and any other documents that relate to Petitioner and/or relate or could have any effect or would be of any interest to the interpersonal family framework between the Petitioner and Adrienne.

Petitioner feels safe guarding these records is required as production may be needed to further litigate his motion to hold Next Friend in Contempt or other Sanction for her conduct.

Respectfully Submitted,

Conrad Rockenhaus

2/13/2026

Conrad Rockenbas
_____
NAME

394CC-460
_____
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Legal / Court

Mail

METROPLEX MI 480

17 FEB 2026   PM 15 L



RECEIVED

U.S. MARSHALS

FEB 20 2026

CLERK'S OFFICIAL
U.S. DISTRICT COURT

Theodore Levin United States Courthouse

Attn: Clerk

231 West Lafayette Boulevard, 5th Floor

Detroit, MI 48226

48226-277758