UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2

25-12913

Conrad Rockenhaus
Petitioner,

v.

Tamesin Pringle.
Respondent.

F I L E D

FEB 20 2026

CLERK'S OFFICE
DETROIT

Case Number,

Hon. Jonathan J. C. Grey

## MOTION TO REOPEN

Petitioner Conrad Rockenhaus asks that this Honorable Court grant an Motion to Reopen for the purposes of considering an Emergency Protective Order to Retain Records and a Possible Future Motion for Sanctions / Civil and/or Criminal Contempt against Next Friend Adrienne Rockenhaus.

Since 02/09/2026, multiple sources of evidence have come to light that Adrienne has engaged in conduct not in Petitioner's interest and that this entire Habeas petition may of been an extension of that process.

Petitioner asks that the Court grant this Motion for this sole purpose and he will either file for Sanctions or withdraw this motion or file for dismissal as the investigation continues.

Respectfully Submitted,

2/13/2026

Conrad Rickenbacks
_____
NAME

39400-480
_____
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

17 FEB 2026 PM 15 L



U.S. MARSHALS

RECEIVED
FEB 20 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

Legal/Court
Mail

Theodore Levin United States Courthouse
Attn: Clerk
231 West Lafayette Boulevard, 5th Floor
Detroit, MI 48226

48226-277758