**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Petitioner

v.

TARNESEIA PRINGLE,
        Respondent.
_____/

Case No. 25-cv-12913
Hon. Jonathan J.C. Grey

**NOTICE OF CHANGE OF ADDRESS**

Petitioner, Conrad Rockenhaus, hereby notifies the court of his new address:

312 West Huron Street
Ann Arbor, MI 48103
Email: conradrockenhausa2@gmail.com

        /s/
        Conrad Rockenhaus
        Petitioner Pro Se