**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

                Petitioner

v.

TARNESEIA PRINGLE,
                Respondent.
_____/

Case No. 25-cv-12913
Hon. Jonathan J.C. Grey

**PETITIONER'S OMNIBUS MOTION FOR SANCTIONS (RULE 11), FINDING OF CIVIL CONTEMPT, AND ORDER TO SHOW CAUSE AGAINST ADRIENNE ROCKENHAUS**

Petitioner Conrad Rockenhaus, appearing *pro se*, respectfully moves this Honorable Court to impose sanctions against Adrienne Rockenhaus pursuant to Fed. R. Civ. P. 11, to find her in Civil Contempt of this Court's December 18, 2025 Order (ECF No. 15), and to issue an Order to Show Cause. In support, Petitioner states:

1. Adrienne Rockenhaus utilized this Court's docket for the improper purpose of media self-promotion and the monetization of Petitioner's incarceration via a personal YouTube channel, an X.com account (@adezero), and three dedicated websites: rockenhaus.com, lawflaws.com, and fitspo.net.

2. She knowingly misrepresented Petitioner's medical status to the Court and the public for digital "engagement," despite having zero communication with Petitioner or his medical providers during his incarceration.

3. She misappropriated approximately $27,000 in Petitioner's Veterans Disability Compensation, retaining roughly $4,400 per month for her personal use while Petitioner was incarcerated.

4. On February 17, 2026, Petitioner served Adrienne Rockenhaus with certified letters explicitly revoking her authority to receive further direct deposits and demanding the return of all funds.

5. In direct defiance of this revocation and the Court's prior ruling on her lack of standing, she intercepted Petitioner's March 2026 payment and rendered him homeless upon his release in Ann Arbor.

6. She engaged in malicious harassment of a third party whom Petitioner has not contacted in four years. She utilized a TRULINCS invite—which Petitioner had sent directly to her account as a tactical attempt to gain her attention and signal his awareness of her outside affairs—as a bad-faith pretext to contact the third party's employer to seek her termination.

7. While Petitioner was isolated and she refused all communication with him, she pursued emotional and likely physical affairs with others starting in October 2025, using Petitioner's funds to support her lifestyle.

**WHEREFORE**, Petitioner requests this Court grant this Motion and issue an Order to Show Cause.

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 10, 2026