**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

          Petitioner                         Case No. 25-cv-12913

                                              Hon. Jonathan J.C. Grey

v.

TARNESEIA PRINGLE,

                Respondent.

_____/

**LOCAL RULE 7.1 STATEMENT**

**STATEMENT OF CONCURRENCE** Pursuant to E.D. Mich. LR 7.1(a), Petitioner, Conrad

Rockenhaus, hereby certifies that on January 22, 2026, and again on March 8, 2026, he contacted

Adrienne Rockenhaus regarding the relief requested in this motion. No concurrence was obtained,

necessitating the filing of this Motion.

                                          Respectfully submitted,

                                                  /s/
                                          Conrad Rockenhaus
                                          312 W. Huron St
                                        Ann Arbor, MI 48103
                                      crockenhaus@icloud.com
                                          (254) 340-7910
                                        Dated: March 10, 2026