**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Petitioner

v.

TARNESEIA PRINGLE,
        Respondent.
_____/

Case No. 25-cv-12913
Hon. Jonathan J.C. Grey

**PETITIONER'S MOTION FOR AN EMERGENCY PRESERVATION ORDER**

Petitioner Conrad Rockenhaus, appearing *pro se*, respectfully moves this Honorable Court for an Emergency Preservation Order directed at Adrienne Rockenhaus, the Federal Bureau of Prisons (BOP), and the Livingston County Jail. Petitioner seeks to prevent the destruction, alteration, or deletion of evidence vital to his pending Omnibus Motion for Sanctions and Contempt. In support, Petitioner states:

1. Petitioner has filed an Omnibus Motion alleging that Adrienne Rockenhaus abused her purported "Next Friend" status and fiduciary authority for financial gain, social media promotion, and malicious harassment.

2. To prove these allegations and to establish that Adrienne Rockenhaus acted with "Unclean Hands," Petitioner requires the preservation of electronically stored information (ESI) and physical records in the possession of Adrienne Rockenhaus, including:

   - **Communications Indicating Extramarital Affairs:** All text messages, emails, and call logs from September 2025 to the present that demonstrate Adrienne Rockenhaus was engaging in emotional or physical affairs while simultaneously claiming to act as Petitioner's "Next Friend" and fiduciary;

   - **Social Media Evidence:** All posts, direct messages, and metadata from accounts (including X.com @adezero, YouTube, and Facebook);

- ○ **Financial Records:** All documentation regarding the receipt and disbursement of Petitioner's VA Disability Compensation into her personal accounts; and

- ○ **Digital Assets:** Records of the websites rockenhaus.com, lawflaws.com, and fitspo.net.

3. Furthermore, to rebut her false claims regarding Petitioner's medical status and alleged communications, Petitioner requires the preservation of official records from the Livingston County Jail and the Bureau of Prisons (BOP), including:

- ○ Complete TRULINCS message history and call recordings;

- ○ Visitor logs and correspondence logs (incoming/outgoing);

- ○ Copies of all incoming and outgoing letters; and

- ○ All internal emails or official correspondence regarding Petitioner's health or status.

4. Preservation is urgent because the evidence of her "unclean hands"—specifically her outside affairs and the monetization of this case—is central to proving her "improper purpose" under Rule 11.

**WHEREFORE**, Petitioner requests that this Court issue an Order requiring the aforementioned parties to preserve all relevant evidence during the pendency of this litigation.

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 10, 2026