**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

      Petitioner                            Case No. 25-cv-12913

                                          Hon. Jonathan J.C. Grey

v.

TARNESEIA PRINGLE,

               Respondent.

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, I served a true and correct copy of the following documents:

1. Omnibus Motion for Sanctions, Civil Contempt, and Order to Show Cause;

2. Brief in Support of Omnibus Motion;

3. Statement of Concurrence (LR 7.1); and

4. Motion for an Emergency Preservation Order.

Upon Adrienne Rockenhaus via Certified Mail, Return Receipt Requested, 35560 Grand River Ave, #244, Farmington Hills, MI 48335

I further certify that initial notice was served on Jan 22, 2026, and a formal revocation of funds was served via certified mail on Feb 17, 2026, satisfying the "Safe Harbor" requirements of Rule 11.

                                       Respectfully submitted,

                                                  /s/

                                         Conrad Rockenhaus

                                             312 W. Huron St

                                         Ann Arbor, MI 48103

                                       crockenhaus@icloud.com

                                             (254) 340-7910

                                       Dated: March 10, 2026