**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

                Petitioner

v.

TARNESEIA PRINGLE,
                Respondent.
_____/

Case No. 25-cv-12913
Hon. Jonathan J.C. Grey

**PETITIONER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CHALLENGE TO "NEXT FRIEND" STANDING**

**I. MATTERS FOR WHICH NOTICE IS REQUESTED**

Petitioner requests judicial notice of the following public records from the Third Judicial Circuit of Wayne County Circuit Court:

1. Petition for Personal Protection Order (PPO): Case No. 26-102221-PP, filed by Adrienne Rockenhaus against Petitioner on February 20, 2026.

**II. LEGAL STANDARD**

Under Fed. R. Evid. 201(b), a court may take judicial notice of a fact that is "not subject to reasonable dispute" because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Federal courts routinely take judicial notice of state court dockets and filings as matters of public record.

**III. RELEVANCE TO "NEXT FRIEND" STANDING**

To maintain standing as a "next friend" under *Whitmore v. Arkansas*, 495 U.S. 149, 163-64 (1990), the proposed next friend must be "truly dedicated to the best interests of the person on whose behalf he seeks to litigate." Furthermore, a next friend cannot have interests that are adversarial to the petitioner.

The requested judicial notice establishes that:

- **Adversarial Relationship:** On February 20, 2026, Adrienne Rockenhaus initiated formal legal hostilities against the Petitioner by seeking a PPO.

- **Retaliatory Timing:** This filing occurred a mere 48 hours after Petitioner filed a Motion to Sever in his related federal *Bivens* action (Case No.: 2:25-cv-12716) suggesting the PPO was a tactical response to Petitioner asserting his own legal rights.

- **Conflict of Interest:** A person seeking to restrain a Petitioner through a PPO cannot simultaneously claim to be "truly dedicated" to that Petitioner's best interests for the purposes of Habeas standing.

## IV. CONCLUSION

The existence of the PPO filing proves an irreconcilable conflict of interest. Petitioner moves this Court to take judicial notice of these facts to demonstrate that Adrienne Rockenhaus lacks the requisite standing to act as a "next friend" in these proceedings.

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 10, 2026