UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONRAD ROCKENHAUS,

        Petitioner

v.

TARNESEIA PRINGLE,
        Respondent.
_____/

Case No. 25-cv-12913
Hon. Jonathan J.C. Grey

CONRAD ROCKENHAUS,

        Plaintiff

v.

STYLIANOS AGAPIOU, et al.,
        Defendants.
_____/

Case No. 2:25-cv-12716
Hon. Jane M. Beckering

**NOTICE OF RELATED CASES AND OVERLAPPING FACTUAL RECORD**

Petitioner/Plaintiff, Conrad Rockenhaus, appearing pro se, respectfully submits this Notice of Related

Cases to the Court. This notice is intended to ensure judicial economy and to alert the Court to a series of

overlapping filings that establish a pattern of retaliatory conduct relevant to both proceedings.

**I. IDENTIFICATION OF RELATED CASES**

The following two matters currently pending before this Court involve the same parties and arise from the

same nucleus of operative facts:

1. **Habeas Proceeding:** CONRAD ROCKENHAUS v. TARNESEIA PRINGLE, Case No.

   25-cv-12913.

2. **Bivens Action:** CONRAD ROCKENHAUS v. STYLIANOS AGAPIOU, et al., Case No. 2:25-cv-12716.

## II. RELEVANT OVERLAPPING FACTS

The record in both cases is now impacted by the following timeline of events:

- **January 29, 2026:** Petitioner/Plaintiff formally revoked the Power of Attorney previously held by Adrienne Rockenhaus.
- **February 18, 2026:** In the Bivens action 2:25-cv-12716, Petitioner/Plaintiff filed a **Motion to Sever** Adrienne Rockenhaus from the litigation.
- **February 20, 2026:** Precisely **48 hours later**, Adrienne Rockenhaus filed a Personal Protection Order (PPO) against the Petitioner/Plaintiff in state court (Case No. 26-102221-PP)
- **March 6, 2026:** This Court granted the Motion to Sever in the Bivens action.

## III. NECESSITY OF NOTICE

This notice is filed to clarify the record in both proceedings:

1. **In the Habeas Case:** The PPO filing confirms that Adrienne Rockenhaus's interests were adversarial to the Petitioner, justifying her removal as "next friend" for lack of standing under Whitmore v. Arkansas.
2. **In the Bivens Case:** The PPO filing, occurring immediately after the Motion to Sever, serves as evidence of retaliatory intent and ongoing interference with the Petitioner's access to the courts.

## IV. CONCLUSION

Petitioner/Plaintiff requests that the Court consider these related filings when evaluating the credibility of the parties and the context of the underlying litigation.

Respectfully submitted,

/s/
Conrad Rockenhaus
312 W. Huron St
Ann Arbor, MI 48103
crockenhaus@icloud.com
(254) 340-7910
Dated: March 10, 2026