**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CONRAD ROCKENHAUS,

        Petitioner                        Case No. 25-cv-12913
                                         Hon. Jonathan J.C. Grey

v.

TARNESEIA PRINGLE,
               Respondent.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, I served a true and correct copy of the following documents:

1.  Petitioner's Request for Judicial Notice

2.  Petitioner's Notice of Related Cases

Upon Adrienne Rockenhaus via Certified Mail, Return Receipt Requested, 35560 Grand River Ave, #244, Farmington Hills, MI 48335

I herby certify that the above documents were served upon the US Attorney via PACER/ECF.

                                           Respectfully submitted,

                                               /s/
                                        Conrad Rockenhaus
                                        312 W. Huron St
                                        Ann Arbor, MI 48103
                                        crockenhaus@icloud.com
                                        (254) 340-7910
                                        Dated: March 10, 2026